## IN THE UNITED STATE DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, acting by and through Philadelphia District Attorney Lawrence S. Krasner | : | Case No. |
| Plaintiff, | : | |
| v. | : | |
| AMERICA PAC and ELON MUSK, | : | |
| Defendant. | : | |

## NOTICE OF REMOVAL

**NOW COME** the Defendants, America PAC and Elon Musk, by and through their undersigned counsel, without waiving any defense or counterclaim or the right to deny any allegations, and pursuant to Article III, Section 2 of the Pennsylvania Constitution and 28 U.S.C. 13311, 1332, 1441, and 1446, hereby give notice of removal of the above-captioned action from the Court of Common Pleas of Philadelphia County where the action is now pending to the U.S. District Court for the Eastern District of Pennsylvania, and respectfully state as follows.

## I.   PROCEDURAL HISTORY AND ALLEGATIONS

This action may be removed to this Court pursuant to Article III, Section 2 of the United States Constitution and 28 U.S.C. §§ 13311, 1332, 1441, and 1446. On October 28, 2024, Plaintiff Larry Krasner, in his official capacity as the District

Attorney of Philadelphia (DA Krasner), commenced this matter in the Court of
Common Pleas of Philadelphia County, First Judicial District, Trial Division. (Case
No. 03509). *See* Complaint, attached as Exhibit A. This notice of removal is
therefore filed within thirty (30) days after Defendants received a copy of the
Complaint.

## II.    GROUNDS FOR REMOVAL: FEDERAL QUESTION JURISDICTION

In *Grable & Sons Metal Products, Inc. v. Darue Engineering &
Manufacturing*, 545 U.S. 308 (2005), the United States Supreme Court recited the
roughly century-old principle that federal court jurisdiction is proper "over state-law
claims that implicate **significant federal issues**." *Grable*, 545 U.S. at 312
(emphasis added).[1] As relayed by the *Grable* Court, reduced to its essence, the
jurisdictional inquiry in this regard is whether "a state-law claim necessarily raise a
stated federal issue, actually disputed and substantial, which a federal forum may
entertain without disturbing any congressionally approved balance of federal and
state judicial responsibilities." *Grable*, 545 U.S. at 314. As addressed below,
Plaintiff Philadelphia District Attorney's claims against the Defendants in this case
meet the *Grable* federal question standard for removal.

To explain, while the Complaint purports to raise only state-law claims
relating to public nuisance and consumer protection, DA Krasner's claims, as

---

[1] Indeed, this doctrine of federal question jurisdiction has its genesis in *Smith
v. Kansas City Title & Trust Co.*, 255 U.S. 180, 199 (1921), wherein the Supreme
Court first held that federal court jurisdiction is appropriate "where it appears from
the bill or statement of the plaintiff that the right to relief depends upon the
construction or application of the Constitution or laws of the United States." *Smith*,
255 U.S. at 199.

evident on the face of the Complaint, turn principally on the allegation that

Defendants are somehow unlawfully interfering with a federal election. This central

theme recurs throughout the Complaint. For example, Paragraph 8 of the

Complaint alleges that "America PAC and Musk must be stopped, immediately,

before the upcoming Presidential Election on November 5. That is because America

PAC and Musk hatched their illegal lottery scheme to influence voters in that

election." Indeed, although the Complaint insists that it does not concern federal

election laws in Paragraph 9, that sentiment is immediately undermined by

Paragraph 10, which states that, "[i]f not enjoined, [the Defendants] lottery scheme

will irreparably harm Philadelphians – and others in Pennsylvania[] – and **tarnish

the public's right to a free and fair election**." (Emphasis added).  Once again,

in Paragraphs 18 and 19, the Complaint avers that America PAC "is spending

money in Pennsylvania targeted to influence Pennsylvania voters" and Elon Musk

"has directed that substantial sums be spent in Philadelphia to influence

Pennsylvania voters." In section (c) of Paragraph 86, the Plaintiff sums up the true

intent of this politically motivated lawsuit:

> The lottery interferes with a public right to vote without undue
> influence and others injects illegal activity into the integrity of the
> electoral process. Pennsylvania voters, including voters in
> Philadelphia, have the right to public peace, public comfort, and public
> convenience to engage in the electoral process without interference
> from outside third parties offering the chance of a reward in exchange
> for providing personal information.

Plaintiffs then go further, arguing that Defendants activities "further

encourage[] pervasive conduct by other parties seeking to undermine the

integrity of Pennsylvania's electoral process[,]" Compl. at ¶ 87, and

3

"Defendants knew, or should have known, that their promotion and operation of an illegal lottery not authorized by state law would create a public nuisance by injecting instability into Pennsylvania's electoral process." *Id.* at ¶ 91.

Further, in the first subpart of the Complaint's factual allegations (which itself is titled "America PAC and Musk Target Pennsylvania to Influence Pennsylvania Voters") the Complaint provides a lengthy rendition of Defendants' expenditures—all of which, notably, are legally protected expenditures and political speech. In this regard, Paragraph 21, for example, states that "[a]s of September 30, 2024, America PAC reported having spent $133,841,660 on independent expenditures to support or oppose 2024 federal candidates." Paragraph 22 then continues, "[i]n the daily reports filed since October 21, 2024, America PAC has disclosed millions of dollars in additional spending on political communications." Next, Paragraph 23 avers that, "[o]n October 24, 2024, the New York Times reported, 'Mr. Musk, the leader of Space X, Tesla and X, has already poured $75 million into a pro-Trump super PAC called America PAC,' and is accelerating his spending in this final stretch before Election Day." And Paragraph 25 also specifically discusses Defendants' use of the social media platform X, owned by Defendant Elon Musk, on which Defendants purportedly have "spent tens of thousands of dollars [in] advertising . . . targeting swing state voters, alongside Mr. Musk's own repeated endorsements of Mr. Trump on X." ¶ 25.

In short, the nature of the Complaint's pleadings demonstrates that the Complaint, in truth, has little to do with state-law claims of nuisance and consumer protection. Rather, although disguised as state law claims, the Complaint's focus is to prevent Defendants' purported "interference" with the forthcoming Federal Presidential Election by any means, and to do so—In the Complaint's own words, "immediately[] before the upcoming Presidential Election on November 5." Compl. at ¶ 8. The Complaint also narrowed its focus to two of the Defendants' election-related activities with which DA Krasner disagrees—independent expenditures to influence campaigns for federal office and the core political speech *via* petition gathering—both of which raise significant questions of federal law that are within the exclusive province of this Court.

Indeed, taking DA Krasner at his own word, that much is abundantly clear from the face of the Complaint: Plaintiff is seeking emergency relief which, in and of itself, would require judicial intervention into the progress of an ongoing federal election. This, however, a state court cannot do, as the issue of whether a federal political action committee like America PAC—which is focused on making independent expenditures to influence campaigns for federal office, not state or local offices—is exclusively governed by federal law and the First Amendment to the United States Constitution. As shown, Plaintiff makes the case for this fact in Paragraph 21 of the Complaint, as 100% of the independent expenditures listed in Exhibit 2 were federally regulated disbursements subject to the Federal Election Campaign Act of 1971, as amended, and its implementing regulations.

Congress has clearly vested the Federal Election Commission with the exclusive authority to regulate federal elections, *see* 52 U.S.C. Section 30143(a) (FECA preempts state laws "with respect to election to Federal office."). And there is no question that America PAC's independent expenditures to influence campaigns for federal office and core political speech are entitled to First Amendment protections. Thus, the allegations in the Complaint necessarily raise federal questions that are substantial and disputed—*i.e.*, the legality of the Defendants' campaign expenditures and political speech.

Finally, because this matter involves claims that are inherently federal in nature, far from undermining "congressionally approved balance of federal and state judicial responsibilities[,]" removal would restore the balance. *Grable*, 545 U.S. at 314. Allegations of interference in a federal election for President of the United States, as explained above, necessarily are matters for the federal judiciary. As such, the questions raised in this case satisfy the factors set forth in *Grable* and removal of this case to federal court is proper.[2]

## III.   DIVERSITY JURISDICTION

Removal based on diversity jurisdiction under 28 U.S.C. § 1332 requires that: (1) the notice of removal be timely; (2) every plaintiff must be of diverse state citizenship from every defendant; and (3) the matter in controversy exceeds the sum

---

[2] If there was any doubt about the Complaint's true intent, a letter from District Attorney's counsel to the Honorable Angelo J. Foglietta presiding over the matter in the Court of Common Pleas of Philadelphia County states that "[t]his is an election related matter and the Presidential Election is only a week away." Exhibit A.

or value of $75,000.00, exclusive of interest and costs. *See* 28 U.S.C. § 1441(b) and 28 U.S.C. § 1332(a)(1)-(4). "To remove a case based on diversity jurisdiction, the diverse defendant must aver that all of the requirements of diversity jurisdiction have been met." *Brown v. Eli Lilly & Co.*, 654 F.3d 347, 356 (2d Cir. 2011). Pursuant to 28 U.S.C. § 1446(a), "[a] defendant or defendants desiring to remove any civil action from a State court shall file in the district court of the United States for the district and division within which such action is pending a notice of removal," which should contain "a short and plain statement of the grounds for removal, together with a copy of all process, pleadings, and orders served upon such defendant or defendants in such action." As explained below, Defendants meet the foregoing requisite factors and diversity jurisdiction, therefore, is proper.

*First*, given that the Complaint was filed on October 28, 2024, the present Notice of Removal is timely filed as within thirty (30) days. 28 U.S.C. 1446(b)(1).

*Second*, there is diversity of citizenship because neither Defendant is a citizen of Pennsylvania (as the Complaint acknowledged) and the District Attorney, in bringing the present action against the Defendants, is not acting on behalf of the Commonwealth. To explain, under the Commonwealth Attorneys Act, a local district attorney acts on behalf of the Commonwealth when *enforcing criminal law*. *See* 71 P.S. § 732-206(a). And thus, when doing so, he (as the Commonwealth's agent) would not be treated as a "citizen" for diversity purposes. *Moor v. Cnty. of Alameda*, 411 U.S. 693, 717 (1973). But "[s]uch is not the case with civil matters."

7

*Commonwealth by and through Krasner v. Attorney General*, 309 A.3d 265, 276 (Pa. Cmwlth. 2024).

Here, according to DA Krasner himself, the Complaint is brought as a:

*public enforcement action* against the Defendants, America PAC and Elon Musk, pursuant to Pennsylvania *nuisance law* and the *Pennsylvania Unfair Trade Practices and Consumer Protection Law*, 73 P.S. §§ 201-1 et seq. ("UTPCPL")

Compl. at ¶ 2 (emphasis added). Thus, insofar as the claims actually sound in public nuisance and consumer protection—rather than some unknown species of federal election interference—there is simply no criminal aspect to the Complaint. Indeed, nowhere in the Complaint does DA Krasner suggest that he is seeking criminal penalties. To the contrary, Count I of the Complaint seeks injunctive relief "prohibiting Defendants America PAC and Musk from creating, maintaining, operating, or participating in the creation, maintenance, operation of their lottery," and a general abatement of the Defendants' nuisance. Complaint at 20, Wherefore Clause.

As to Count II, the civil (rather than criminal) nature of the claim is equally clear.  Specifically, it is well-established that "UTPCPL enforcement actions are civil in nature." *Krasner*, 309 A.3d at 276. The relief sought under Count II also strictly includes injunctive relief to prevent the Defendants "from engaging in any unfair or deceptive acts or practices in connection with their Lottery." Compl. at ¶ 24, Wherefore Cl. Thus, because the entirety of DA Krasner's claims and requested penalties sound in civil, not criminal, law, the District Attorney is acting merely in his capacity as the District Attorney, rather than on behalf of the Commonwealth.

As such, the District Attorney is a citizen of Pennsylvania and diversity citizenship is satisfied.

*Third*, the civil penalties under 73 P.S. § 201-8(b) of the UTPCPL demonstrate that the amount in controversy is over $75,000. Specifically, that section provides that "if the court finds that a person, firm or corporation is willfully using or has willfully used a method, act or practice declared [the authority] may recover . . . a civil penalty of not exceeding one thousand dollars ($1,000) per violation." *Id.* Thus, given the amount of violations alleged by DA Krasner—*i.e.*, 280,000 petition signers received by America PAC—the civil penalties would exceed $75,000. For all these reasons, diversity jurisdiction is proper under 28 U.S.C. 1332.

## IV.   NON-WAIVER OF DEFENSES

By removing this action from the Court of Common Pleas of Philadelphia County, the Defendants do not waive any defenses available to them. Furthermore, by removing this action the Defendants do not admit any of the allegations contained in Plaintiff's Complaint.

## V.   CONCLUSION

In short, for the reasons set forth above, this Court, has jurisdiction over Plaintiff's claims by virtue of Article III, Section 2 of the United States Constitution and 28 U.S.C. § 1331; thus, this action is properly removable to this Court. Finally, the Defendants will give written notice of the filing of this Notice to the adverse parties as required by 28 U.S.C. § 1446(d), and a copy of this notice will be filed

with the Clerk of the Court of Common Pleas of Philadelphia County, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendants respectfully request that the above-captioned action be removed from the Court of Common Pleas of Philadelphia County, to the United States District Court for the Eastern District of Pennsylvania.

Respectfully submitted,

Dated: October 30, 2024

| | |
|---|---|
| Chris Gober (*pro hac vice pending*) | /s/ Matthew H. Haverstick |
| Andy Taylor (*pro hac vice pending*) | Matthew H. Haverstick (No.85072) |
| THE GOBER GROUP PLLC | Shohin H. Vance (No. 323551) |
| 14425 Falcon Head Blvd. E-100 | KLEINBARD LLC |
| Austin, TX 78738 | Three Logan Square |
| Ph: 512-354-1787 | 1717 Arch Street, 5th Floor |
| Eml: cgober@vantage.network | Philadelphia, PA 19103 |
| ataylor@vantage.network | Ph: 215-568-2000 |
| | Fax: 215-568-0140 |
| | Eml: mahverstick@kleinbard.com |
| | svance@kleinbard.com |

*Attorneys for Defendants*

# Exhibit A

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

**OCTOBER 2024** 03509

E-Filing Number: 2410062042

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| COMMONWEALTH OF PA, BY DISTRICT ATTORNEY LAWRENCE S. KRASNER | AMERICA PAC |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 3 S. PENN SQUARE PHILADELPHIA PA 19107 | P.O. BOX 341027 AUSTIN TX 78734 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | ELON MUSK |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | 52448-54298 BOCA CHICA BLVD BROWNSVILLE TX 78521 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 2 | ☒ Complaint  ☐ Petition Action  ☐ Notice of Appeal<br>☐ Writ of Summons  ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| ☐ $50,000.00 or less<br>☐ More than $50,000.00 | ☐ Arbitration<br>☐ Jury<br>☒ Non-Jury<br>☐ Other: | ☐ Mass Tort<br>☐ Savings Action<br>☐ Petition | ☐ Commerce<br>☐ Minor Court Appeal<br>☐ Statutory Appeals | ☐ Settlement<br>☐ Minors<br>☐ W/D/Survival |

**CASE TYPE AND CODE**

E3 - EQUITY - NO REAL ESTATE (TRO)

**STATUTORY BASIS FOR CAUSE OF ACTION**

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | IS CASE SUBJECT TO COORDINATION ORDER? |
|---|---|
| **FILED PRO PROTHY** OCT **28** 2024 **J. BOYD** | YES      NO |

**TO THE PROTHONOTARY:**

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: COMMONWEALTH OF PA, BY DISTRICT ATTORNEY LAWRENCE S. KRASNER

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| JOHN S. SUMMERS | ONE LOGAN SQUARE 27TH FLOOR PHILADELPHIA PA 19103 |

| PHONE NUMBER | FAX NUMBER | |
|---|---|---|
| (215)496-7007 | (215)568-0300 | |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 41854 | jsummers@hangley.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| JOHN SUMMERS | Monday, October 28, 2024, 09:00 am |

FINAL COPY (Approved by the Prothonotary Clerk)

HANGLEY ARONCHICK SEGAL
PUDLIN & SCHILLER
By:   John S. Summers (Atty. I.D. No. 41854)
        jsummers@hangley.com
        Andrew M. Erdlen (Atty. I.D. No. 320260)
        aerdlen@hangley.com
One Logan Square, 27th Floor
Philadelphia, PA 19103-6933
(215) 568-6200
(215) 568-0300 (facsimile)



*Attorneys for Plaintiff*

## IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
## FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
## CIVIL TRIAL DIVISION

| | |
|---|---|
| **COMMONWEALTH OF PENNSYLVANIA,** | OCTOBER TERM, 2024 |
| acting by and through Philadelphia District Attorney Lawrence S. Krasner, | No. _____ |
| 3 S. Penn Square Philadelphia, PA 19107, | NOT AN ARBITRATION CASE |
| Plaintiff, | CIVIL ACTION |
| v. | |
| **AMERICA PAC** P.O. Box 341027 Austin, TX 78734 | |
| and | |
| **ELON MUSK** 52448-54298 Boca Chica Blvd. Brownsville, TX 78521 | |
| Defendants. | |

## NOTICE TO DEFEND – CIVIL

**NOTICE** You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you. YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

**PHILADELPHIA COUNTY BAR ASSOCIATION**
LAWYER REFERRAL AND INFORMATION SERVICE, 1101 MARKET STREET, 11th FLOOR PHILADELPHIA, PENNSYLVANIA 19107 TELEPHONE: (215) 238-1701

**AVISO** Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de lan demanda y la notificacion. Hace falta asentar una comparesencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiendandes u otros derechos importantes para uted. LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIOI, VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

**ASOCIACION DE LICENCIADOR DE PHILADELPHIA** VICIO DE REFERENCIA DE INFORMACION LEGAL 1101 MARKET STREET, 11th FLOOR PHILADELPHIA, PENNSYLVANIA 19107 TELEFONO: (215) 238-1701

Case ID: 241003509
Control No.: 24105617

HANGLEY ARONCHICK SEGAL
PUDLIN & SCHILLER
By:  John S. Summers (Atty. I.D. No. 41854)
      jsummers@hangley.com
      Andrew M. Erdlen (Atty. I.D. No. 320260)
      aerdlen@hangley.com
One Logan Square, 27th Floor
Philadelphia, PA 19103-6933
(215) 568-6200
(215) 568-0300 (facsimile)                    *Attorneys for Plaintiff*

### IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
### FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
### CIVIL TRIAL DIVISION

|  |  |
|---|---|
| **COMMONWEALTH OF PENNSYLVANIA,** | : OCTOBER TERM, 2024 |
| acting by and through Philadelphia District Attorney Lawrence S. Krasner, | : No. _____ |
| 3 S. Penn Square Philadelphia, PA 19107, | : NOT AN ARBITRATION CASE |
| Plaintiff, | : CIVIL ACTION |
| v. | : |
| **AMERICA PAC** P.O. Box 341027 Austin, TX 78734 | : |
| and | : |
| **ELON MUSK** 52448-54298 Boca Chica Blvd. Brownsville, TX 78521 | : |
| Defendants. | : |

### VERIFIED COMPLAINT

Case ID: 241003509
Control No.: 24105617

Plaintiff Commonwealth of Pennsylvania, acting by and through Philadelphia District Attorney Lawrence S. Krasner ("Philadelphia District Attorney" or "DA Krasner"), brings this public enforcement action against the Defendants, America PAC and Elon Musk, pursuant to Pennsylvania nuisance law and the Pennsylvania Unfair Trade Practices and Consumer Protection Law, 73 P.S. §§ 201-1 *et seq.* ("UTPCPL"), and in support of this Verified Complaint, the Philadelphia District Attorney alleges as follows:

## I.     INTRODUCTION

1.      America PAC and Elon Musk are running an illegal lottery in Philadelphia (as well as throughout Pennsylvania).

2.      At an October 19, 2024 rally, on Musk's X platform and on America PAC's website, America PAC and Musk launched their scheme.  They announced that if a registered voter (1) turns over their personal identifying information (i.e., address, cell phone number and e-mail address) and makes a political pledge by signing a petition pledging support for "the Constitution, especially freedom of speech and the right to bear arms"; they (2) are eligible to be selected "randomly"; to (3) win $1 million.

3.      This announcement came after America PAC launched, on October 7, a "Petition in Favor of Free Speech and the Right to Bear Arms," with an offer to pay individuals—including Pennsylvania registered voters—"$47 for each registered voter you refer that signs this petition," which was later raised to $100 for Pennsylvania registered voters.

4.      In other words, America PAC and Musk are lulling Philadelphia citizens – and others in the Commonwealth (and other swing states in the upcoming election) – to give up their personal identifying information and make a political pledge in exchange for the chance to win $1 million.  That is a lottery.

Case ID: 241003509
Control No.: 24105617

5.     And it is indisputably an unlawful lottery.   Under unambiguous Pennsylvania law, all lotteries in Pennsylvania must be regulated by the Commonwealth of Pennsylvania.  The Commonwealth's lottery law establishes a lottery to be operated and administered by the state, for the benefit of those 65 years of age or older.  72 P.S. § 3761-101; 3761-303; 61 Pa. Code § 801.3.  State regulations govern many aspects of the lottery, including the procedures for claiming prizes, the use of lottery funds, and even require the disclosure of the odds of a participant's chances of winning.  *See* 61 Pa. Code § 801.1, *et seq.* (regulations).

6.     America PAC's and Musk's lottery is plainly not a lawful lottery.  Under unambiguous Pennsylvania law, moreover, the Pennsylvania General Assembly has declared that illegal lotteries are a public "nuisance" and empowered law enforcement officers such as DA Krasner to seek an injunction in court to stop them.

7.     America PAC's and Musk's illegal lottery scheme also violates the Commonwealth's consumer protection laws.  In connection with their scheme, they are deploying deceptive, vague or misleading statements that create a likelihood of confusion or misunderstanding.  For example, they have not published a complete set of lottery rules or shown how they are protecting the privacy of participants' personal information.  Also, though Musk says that a winner's selection is "random," that appears false because multiple winners that have been selected are individuals who have shown up at Trump rallies in Pennsylvania.  The General Assembly's consumer protection laws empower DA Krasner to seek an injunction to stop that misconduct as well.

8.     Running an illegal lottery and violating consumer protections is ample basis for an injunction and concluding that America PAC and Musk must be stopped, immediately, before the upcoming Presidential Election on November 5.  That is because

- 3 -

Case ID: 241003509
Control No.: 24105617

America PAC and Musk hatched their illegal lottery scheme to influence voters in that election.

9.      To be clear, this is not a case about whether Defendants have violated state or federal laws prohibiting vote-buying.  Instead, this case is very simple because America PAC and Musk are indisputably violating Pennsylvania's statutory prohibitions against illegal lotteries and deceiving consumers.

10.      DA Krasner therefore brings this action to immediately stop America PAC and Musk from these violations of Pennsylvania law.  If not enjoined, their lottery scheme will irreparably harm Philadelphians – and others in Pennsylvanians – and tarnish the public's right to a free and fair election.

## II.      JURISDICTION & VENUE

11.      This Court has jurisdiction over this action pursuant to 42 Pa. C.S. § 931(a).

12.      There is no federal jurisdiction over this dispute.  This is a Pennsylvania law matter, not a federal question.  It is for this state court to interpret the Commonwealth's laws.  Additionally, there is no diversity of citizenship between the parties because Plaintiff is District Attorney Krasner, acting in the name of the Commonwealth of Pennsylvania, which is not a "citizen" that can be diverse to other citizens within the meaning of 28 U.S.C. § 1332.  *Moor v. Cnty. of Alameda*, 411 U.S. 693, 717 (1973).

13.      Venue is proper in Philadelphia County.  That is where the cause of action arose, Pa. R. Civ. P. 1006(a)(2), 2156(a)(2), where District Attorney Krasner has the authority to bring a cause of action (a) for public nuisance to enjoin "an unreasonable interference with a right common to the general public" in Philadelphia; and (b) to enjoin unlawful methods, acts or practices under the Unfair Trade Practices and Consumer Protection Law, 73 P.S. §§ 201-1 *et seq.* ("UTPCPL") in the name of the Commonwealth.

Case ID: 241003509
Control No.: 24105617

14.     America PAC claims it has received over 280,000 petition signers who are registered voters in Pennsylvania, and on information and belief, among those 280,000 petition signers are residents of Philadelphia County.  As alleged herein, those signers have accepted America PAC's offer to: (a)  provide their personal data in exchange for an opportunity to win the lottery; (b) provide their personal data in exchange for the $100 compensation; or (c) pay them in exchange for referring the names of others for the purpose of procuring additional individuals who will provide personal data, sign the petition, or otherwise endorse America PAC.

## III.   PARTIES

15.     Plaintiff is Philadelphia District Attorney Lawrence S. Krasner, acting in the name of the Commonwealth of Pennsylvania.

16.     The District Attorney is empowered to bring a cause of action for public nuisance to enjoin "an unreasonable interference with a right common to the general public" on behalf of Philadelphia's citizens.  *See Atl. Richfield Co. v. Cnty. of Montgomery*, 294 A.3d 1274, 1283 (Pa. Cmwlth. 2023) (quoting Restatement (Second) of Torts § 821B (1979)).  "All unlawful lotteries or numbers games are . . . common nuisances." 18 Pa. C.S. § 5512(a).

17.     The District Attorney is expressly authorized to bring an action in the name of the Commonwealth under the UTPCPL whenever the District Attorney has reason to believe that any person is using or is about to use any method, act, or practice declared by the UTPCPL to be unlawful, and that such proceedings would be in the public interest. 73 P.S. § 201-4.

18.     Defendant America PAC is a political action committee "to support candidates who champion Secure Borders, Sensible Spending, Safe Cities, Fair Justice

Case ID: 241003509
Control No.: 24105617

System, Free Speech and Self-Protection," especially the candidacy of former President Donald Trump. *See* America PAC, https://x.com/america (last visited Oct. 24, 2024); America PAC, https://theamericapac.org/ (last visited Oct. 24, 2024). This Court has personal jurisdiction over America PAC because, among other things, it is operating an illegal lottery in Pennsylvania, it is spending money in Pennsylvania targeted to influence Pennsylvania voters, it has transacted business in the Commonwealth, and it has caused harm or tortious injury by its acts or omissions inside or outside the Commonwealth. 42 Pa. C.S § 5322(a).

19.    Defendant Elon Musk is the founder of America PAC. Mr. Musk funded America PAC, is involved in America PAC's operations, made representations to Philadelphians on behalf of America PAC, and benefits from increased traffic generated by America PAC on the social media platform X, of which Mr. Musk is the majority owner. This Court has personal jurisdiction over Mr. Musk because, among other things, he has funded an illegal lottery operating in Pennsylvania, he has traveled to Pennsylvania as part of the operation of his illegal lottery, he has directed that substantial sums be spent in Philadelphia to influence Pennsylvania voters, he has transacted business in the Commonwealth, and he has caused harm or tortious injury in Pennsylvania by his acts or omissions inside or outside the Commonwealth. 42 Pa. C.S § 5322(a).

## IV.    FACTUAL ALLEGATIONS

### A.    America PAC and Musk Target Pennsylvania to Influence Pennsylvania Voters

20.    America PAC filed a statement of organization with the Federal Election Commission ("FEC") on May 22, 2024, as an "independent expenditure-only political committee" or "Super PAC," listing a P.O. Box in Austin, Texas as its business address.

Case ID: 241003509
Control No.: 24105617

*See* Exhibit 1, America PAC, Statement of Organization (May 22, 2024), *available at* https://www.fec.gov/data/committee/C00879510/?tab=filings.

21. As of September 30, 2024, America PAC reported having spent $133,841,660 on independent expenditures to support or oppose 2024 federal candidates. *See* Exhibit 2, PAC Profile: America PAC (Texas), Opensecrets.org (last visited Oct. 24, 2024), https://www.opensecrets.org/political-action-committees-pacs/america-pac-texas/C00879510/summary/2024; *see also* Exhibit 3, America PAC, Committee Filings, FEC.gov (last visited Oct. 24, 2024), *available at* https://www.fec.gov/data/committee/C00879510/?tab=filings.

22. In the daily reports filed since October 21, 2024, America PAC has disclosed millions of dollars in additional spending on political communications.

23. On October 24, 2024, the *New York Times* reported, "Mr. Musk, the leader of Space X, Tesla and X, has already poured $75 million into a pro-Trump super PAC called America PAC," and is accelerating his spending in this final stretch before Election Day. Exhibit 4, Theodore Schleifer, *Elon Musk Plots His Final Moves for Trump*, N.Y. Times (Oct. 24, 2024), https://www.nytimes.com/2024/10/24/us/elections/elon-musk-trump-campaign.html.

24. According to this report, Mr. Musk is particularly focused on Pennsylvania, and a close political ally is quoted as saying, "Elon is literally campaigning every day in Pennsylvania." *Id.*

25. Mr. Musk is also the majority owner of the social media company, X. Among its other expenditures, America PAC has spent tens of thousands of dollars advertising on X targeting swing state voters, alongside Mr. Musk's own repeated endorsements of Mr. Trump on X. Exhibit 5, Vittoria Elliot, *Elon Musk's PAC Is Buying*

Case ID: 241003509
Control No.: 24105617

*Ads for Donald Trump on Elon Musk's X*, Wired (Oct. 21, 2024), https://www.wired.com/story/elon-musks-pac-is-buying-ads-for-donald-trump-on-elon-musks-x/.

26.     America PAC relies heavily on X to communicate with the public, posting political communications throughout each day, and the @America and @ElonMusk X handles work together to re-share and boost each other's content.

27.     X makes money in two different ways—advertising and data licensing—both of which are correlated to overall traffic to the platform.  As the majority owner, Mr. Musk personally benefits from X's revenue generation.

28.     Internet archives show that, on or about October 7, 2024, America PAC first launched a "Petition in Favor of Free Speech and the Right to Bear Arms," with an offer to pay individuals—including Pennsylvania registered voters—"$47 for each registered voter you refer that signs this petition."  That petition stated it was "exclusively open to registered voters in Pennsylvania, Georgia, Nevada, Arizona, Michigan, Wisconsin and North Carolina" and "[e]xpires October 21."  Exhibit 6, America PAC, Petition (archive from Oct. 7, 2024), *available at* https://web.archive.org/web/20241007081443/ https://petition.theamericapac.org/.

**B.     Musk Travels to Pennsylvania To Announce His (Illegal) Lottery**

29.     On Saturday, October 19, 2024, during an America PAC event in Harrisburg, Pennsylvania, Mr. Musk announced a "surprise" before a live crowd.  *See* Exhibit 7, America PAC (@America), "ELON MUSK: 'I have a surprise for you . . . .'" X (Oct 19, 2024, 11:06 P.M.), https://x.com/america/status/1847851986495881434; *see also* Exhibit 8, Mike Catalini, *Musk offers voters $1 million a day to sign PAC petition backing the Constitution. Is that legal?*, Associated Press (updated Oct. 20, 2024 5:10

- 8 -

Case ID: 241003509
Control No.: 24105617

P.M.),     https://apnews.com/article/musk-1-million-giveaway-trump-voters-petition-b4e48acbfe04fde735e60b1911ad0197.

30.     Mr. Musk said, "we're gonna be awarding a million dollars, *randomly*, every day from now until the election," because "I figured, 'How do we get people to know about it?'" Exhibit 7, America PAC (@America), "ELON MUSK: 'I have a surprise for you . . . .'" X (emphasis added),   https://x.com/america/status/1847851986495881434   (video embedded in URL).

31.     He explained that this news would "really fly" and would help publicize America PAC's petition and, in turn, the PAC's efforts to elect Donald Trump.  *Id.*

32.     Mr. Musk then said that he would announce the first winner that evening, and called the name "John Dreher."  *Id.*

33.     Mr. Dreher was in the audience and mounted the stage in a red MAGA hat. "By the way," Mr. Musk said, "John had no idea."  *Id.*

34.     When Mr. Dreher came onto the stage to accept an oversized check, Mr. Musk asked that, in exchange for the money, "the only thing we ask" is for John to agree to be a spokesperson for America PAC.  *Id.*

**C.     Musk Continues to Make Statements, including in Pennsylvania, Promoting Defendants' (Illegal) Lottery That He Says Will Operate Until Election Day**

35.     Shortly after Mr. Musk's live announcement of Mr. Dreher's lottery win on October 19, America PAC posted on X:  "Every day from now until Election Day, one registered swing state voter who signs the petition will be selected to earn $1 MILLION," and included a link to the petition on America PAC's website.  Exhibit 9, America PAC (@America), "John received $1 MILLION . . . ." X (Oct 19, 2024, 11:58 P.M.), https://x.com/america/status/1847864967816511758.

- 9 -

Case ID: 241003509
Control No.: 24105617

36.     Mr. Musk posted a similar message minutes before.  Exhibit 10, Elon Musk (@ElonMusk), "Every day, from now through Nov 5 . . . ." X (Oct 19, 2024, 11:25 P.M.), https://x.com/elonmusk/status/1847856712914555061.

37.     Then, the next day on October 20, 2024, during another America PAC event, this time in McKees Rocks, Pennsylvania, Mr. Musk conducted a second "random" drawing, selecting Kristine Fiskell as the winner, who was also in the audience that day. Exhibit 11, Adam Babetski, *Musk gives away $1 million at McKees Rocks pro-Trump rally, raising legal questions*, Pittsburgh Post-Gazette (Oct. 20, 2024, 6:36 P.M.), https://www.post-gazette.com/news/election-2024/2024/10/20/elon-musk-1-million-trump-legal-questions-pittsburgh/stories/202410200166.

### D.     The Supposed Rules of Defendants' (Illegal) Lottery

38.     America PAC's website still includes a page with the petition and the rules of the lottery, albeit in different form than what it originally published in early October 2024.  *See* Exhibit 12 (America PAC, *Petition in Favor of Free Speech and the Right to Bear Arms* (last visited Oct. 27, 2024), https://petition.theamericapac.org/.

39.     The subject America PAC website now describes the rules of the lottery as follows:

> Each day, one petition signer from either PA, GA, NV, AZ, MI, WI, or NC will earn $1,000,000. . . . Our goal is to get 1 million registered voters in swing states to sign in support of the Constitution, especially freedom of speech and the right to bear arms.  This program is exclusively open to registered voters in Pennsylvania, Georgia, Nevada, Arizona, Michigan, Wisconsin and North Carolina.  Expires November 5.

*Id.*

40.     The description of the lottery does not say anything about agreeing to be a spokesperson for America PAC, despite what Mr. Musk told the first winner.

Case ID: 241003509
Control No.: 24105617

41.     As consideration to enter the lottery and "sign" the petition, a participant must provide several data points of personal information: first and last name, email address, mailing address, and cell phone number.  *Id.*

42.     A participant must then click a button that says "Sign Petition," with a space above asking for cell phone information that: "Will only be used to confirm you are the legitimate petition signer.  No other purpose."  *Id.*

43.     In addition to entering the lottery, the website provides two additional offers of compensation to registered voters in exchange for signing the petition and providing personal information, with a "Special Offer for Pennsylvania Registered Voters."  *Id.*

44.     First, the website claims that Pennsylvania registered voters will receive $100 for providing their personal data and signing the petition, which is more money than what is offered to voters in other battleground states (*e.g.*, Georgia, Nevada, Arizona, Michigan, Wisconsin, or North Carolina).

45.     Second, the website claims that a Pennsylvania participant and petition signer who refers another Pennsylvania registered voter to provide personal data and sign the America PAC petition will receive $100, which is also more money than that offered for referrals in other battleground states.

46.     Specifically, the America PAC website states:

Offer valid from time of posting through 11:59 PM on 10/28.  New signers only.  $100 replaces standard $47 offer (not in addition to it)[.] To be eligible, both the referrer and the petition signer must be registered voters of Pennsylvania.

*Id.*

- 11 -

Case ID: 241003509
Control No.: 24105617

47.   The petition does not provide any information about how or when compensation will be paid.

48.   In smaller print at the bottom of the petition, it states:

> Each person may only sign this petition once.  Eligible people may only list one eligible person as their referrer.  Signing the petition on behalf of another person is not permitted.  Before payment is made, America PAC will verify the accuracy of all information of the referrer and referee. Payments of $600 or more will require the referrer to provide a signed IRS W-9 so an IRS 1099 can be issued.  To be eligible, both the referrer and the petition signer must be registered voters of Arizona, Michigan, Georgia, Nevada, North Carolina, Pennsylvania, or Wisconsin.

*Id.*

49.   The America PAC petition places no limitations on America PAC's use of or sale of the personal data it collects, nor does it provide any additional information about the planned use of data.  *Id.*

50.   Defendants' lottery is not authorized by state law.  Lotteries are highly regulated under Pennsylvania law.  *See generally* 72 P.S. § 3761-101, *et seq.*  The purpose of the State Lottery Law is "to establish a  lottery to be operated by the state," the proceeds of which benefit those 65 years of age or older.  72 P.S. § 3761-101.  The State Lottery Law is also intended to "provide a means through which to curb illegal gambling operations in Pennsylvania."  *Id.*   The Commonwealth Secretary of Revenue and Bureau of State Lotteries are empowered to operate and administer the lottery, including, for example, the types of lawful lotteries, the manner in which winners are selected, and the licensure of sales agents.  *Id.* § 3761-303; 61 Pa. Code § 801.3.  State regulations govern the powers and duties of the Secretary and the Director of the Bureau of State Lottery, the procedures for licensing, claiming prizes, the use of lottery funds, and further disclose the odds of a participant's chances of winning.  *See* 61 Pa. Code § 801.1, *et seq.* (regulations).  All

- 12 -

Case ID: 241003509
Control No.: 24105617

lotteries not specifically authorized by law are unlawful.  18 P.S. § 5512(d).  Defendant's lottery is not authorized by law and is illegal.

### E.    Defendants' Announcements of Winners of the (Illegal) Lottery

51.    Since launching on October 19, 2024, America PAC claims it awarded $1,000,000 checks to nine individuals through its lottery, four of whom live in Pennsylvania.  *Id*.  It made those awards on October 19, 20, 21, 22, 24, 25, 26, and 27, 2024.  No winner was announced on October 23.

52.    Each winner is featured on America PAC's website and X handle, and has garnered significant public and press attention.

53.    Indeed, the videos of the first and second lottery winners have garnered 27 million views and 10.9 million views, respectively, driving significant traffic to Mr. Musk's X platform.  *See* Exhibit 9, America PAC (@America), "John received $1 MILLION . . . ." X (Oct. 20, 2024, 12:58 AM), [https://x.com/america/status/1847864967816511758?s=46](https://x.com/america/status/1847864967816511758?s=46); Exhibit 13, America PAC (@America), "Kristine was today's recipient of the $1 MILLION . . . ." X (Oct. 20, 2024, 9:49PM), [https://x.com/america/status/1848179817050517567?s=46](https://x.com/america/status/1848179817050517567?s=46).

54.    This $1 million lottery has earned wall-to-wall media coverage of America PAC, Mr. Musk, and Mr. Trump since the lottery launched, including numerous stories in Philadelphia's newspaper of record, *The Philadelphia Inquirer*.

55.    America PAC claims it has received over 1,000,000 petition signers to date, with over 280,000 petition signers who are registered voters in Pennsylvania entering for a chance to win the $1 million prize.  Exhibit 14, America PAC (@America), "Over 280,000 registered voters in Pennsylvania signed our petition . . . ." X (Oct. 23, 2024, 1:03 P.M.), [https://x.com/america/status/1849134584182485476](https://x.com/america/status/1849134584182485476).

Case ID: 241003509
Control No.: 24105617

56.     Upon information and belief, among those 280,000 petition signers are residents of Philadelphia County, who have accepted America PAC's offer to provide their personal data in exchange for an opportunity to win the lottery.

57.     Upon information and belief, among those 280,000 petition signers are residents of Philadelphia County, who have accepted America PAC's offer to provide their personal data in exchange for the $100 compensation.

58.     Upon information and belief, among those 280,000 petition signers are residents of Philadelphia County, who have accepted America PAC's offer to pay them in exchange for referring the names of others for the purpose of procuring additional individuals who will provide personal data, sign the petition, or otherwise endorse America PAC.

59.     Upon information and belief, petition signers in Pennsylvania and Philadelphia have not been paid for their personal data, despite America PAC's claims. Nor have petition signers been given any information for how or when payment will be tendered.

60.     Upon information and belief, petition signers in Pennsylvania and Philadelphia have not been paid for referring other petition signers, despite America PAC's claims. Nor have petition signers been given any information for how or when payment will be tendered.

61.     Also, on October 23, it was reported that the United States Department of Justice sent a letter notifying America PAC that the $1 million lottery could violate the federal law against paying people to register to vote.

- 14 -

62.     Notwithstanding, on October 24, 2024, America PAC announced two additional $1 million lottery winners.  Exhibit 15, America PAC (@America), "Jason of Holland, Michigan received $1M for signing our petition to support the Constitution . . . ." X (Oct. 24, 2024, 10:37 P.M.), https://x.com/america/status/1849641342051418536; Exhibit 16, America PAC (@America), X (Oct. 24, 2024 11:00 P.M.), https://x.com/america/status/1849647294355825052.

### F.     Defendants' Deceptive Conduct and Statements in Connection with Their Lottery

63.     As enumerated more fully below, Defendants have engaged in conduct and made statements that are deceptive and which create a likelihood of confusion or misunderstanding.

64.     For example, Defendants have shrouded key aspects of the lottery in secrecy, including without limitation the following:

   a.   Defendants have not provided a complete set of lottery or contest rules, including the odds of winning or how winners will be selected.

   b.   Defendants have not provided information about when they will make payments to participants.

   c.   Defendants have not provided what privacy policy, if any, will protect participants' personal information

65.     Also by way of example, Defendants appear to be making false statements about the lottery, including without limitation the following:

   a.   Defendants say that the winners are chosen at random; yet, on information and belief, winners are not actually chosen at random.  For example, the October 19 and October 20 winners appear not to be chosen at random

Case ID: 241003509
Control No.: 24105617

because both just happened to live near the locations of Musk's pro-Trump rallies and both were in attendance at those rallies.

b.  Defendants promise to pay $100 to all participating registered voters who sign America PAC's petition yet, on information and belief, Defendants have not made those payments.

66.  Accordingly, Defendants are operating an illegal lottery in violation of Pennsylvania statutes.

67.  To be clear, it would be no defense for America PAC and Musk to argue that it was not engaging in a lottery if their scheme actually did not involve a chance or random selection of winners.  In that event, (a) they would be admitting to acting deceptively and in violation of the Commonwealth's consumer protection law; and (b) they would still be in violation of the Commonwealth's prohibition against the operation of unlawful lotteries.

### G.    Plaintiff Is Entitled to Injunctive Relief

68.  As alleged herein, Plaintiff has established a clear right to relief and is likely to succeed on the merits of his claims.  *See* Plaintiff's Emergency Petition for Preliminary Injunctive Relief, at ¶¶ 71-111.

69.  Plaintiff and the public will be irreparably harmed if the requested injunction is not entered, including because irreparable harm *per se* exists due to Defendants' ongoing statutory violations.  *Id.* ¶¶ 112-16.

70.  The denial of injunctive relief will result in greater harm than by granting injunctive relief.  *Id.* ¶¶ 117-25.

71.  The requested preliminary injunction will restore the status quo.  *Id.* ¶¶ 126-30.

- 16 -

Case ID: 241003509
Control No.: 24105617

72.     The requested injunction is reasonably suited to abate the offending conduct.  *Id.* ¶¶ 131-33.

73.     An injunction will not adversely affect the public interest; to the contrary, it will advance the public interest.  *Id.* ¶¶ 134-37.

<div align="center">

**COUNT I**
**PUBLIC NUISANCE**

</div>

74.     DA Krasner incorporates herein the preceding paragraphs of this Complaint.

75.     All lotteries in Pennsylvania are regulated and conducted by the state for the benefit of public programs.  *See* 72 P.S. § 3761-101, *et seq.* (the "State Lottery Law"). Any lottery not specifically authorized by law is unlawful and illegal.  18 Pa. C.S. § 5512(d).

76.     Under Pennsylvania law, a scheme is an unlawful lottery if it satisfies three elements:  (1) a prize to be won; (2) a winner to be determined by chance; and (3) the payment of a consideration by the player. *Com. v. Lane*, 363 A.2d 1271, 1272 (Pa. Super. Ct. 1976).

77.     The General Assembly has also expressly declared that unlawful lotteries are "common nuisances."  18 Pa. C.S. § 5512(a).

78.     America PAC and Musk's lottery described above is an illegal lottery.

79.      Specifically:  (1) the prize to be won in the lottery is $1 million offered by America PAC; (2) a winner is, according to Defendants, drawn at random; and (3) the players – citizens of Philadelphia and other citizens of the Commonwealth – provide at least two forms of consideration to participate and be eligible to receive the $1 million: (a) they provide personal information (*i.e.*, first and last name, email address, mailing

Case ID: 241003509
Control No.: 24105617

address, and cell phone number) inputted into America PAC's electronic system; and (b) they bind their own future conduct through a pledge to support specified positions.

80.     Lotteries are highly regulated under Pennsylvania law. *See generally* 72 P.S. § 3761-101, *et seq.* The purpose of the State Lottery Law is "to establish a lottery to be operated by the state," the proceeds of which benefit those 65 years of age or older. 72 P.S. § 3761-101. The State Lottery Law is also intended to "provide a means through which to curb illegal gambling operations in Pennsylvania." *Id.* All lotteries not specifically authorized by law are unlawful. 18 P.S. § 5512(d).

81.     Defendants' lottery is not authorized by Pennsylvania law and is unlawful.

82.     Defendants' lottery and its creation, maintenance, promotion and operation is also a common nuisance. 18 Pa. C.S. § 5512(a).

83.     Defendants have created, maintained, published, advertised, promoted and operated, or participated in the creation, maintenance, promotion and operation of the illegal lottery.

84.     Defendants' creation, maintenance, promotion and operation of the lottery is harmful to residents of Philadelphia and the Commonwealth and interferes with their public rights.

85.     Defendants' conduct alleged above creates or has the potential to create hazards to public health, safety, and general welfare.

86.     Among other things:

    a. The lottery imposes a substantial danger to economic and general welfare, irreparably harms the integrity of Pennsylvania's legitimate State Lottery, and otherwise inflames gambling instincts and corrupts public morals among Pennsylvania citizens.

- 18 -

Case ID: 241003509
Control No.: 24105617

b.   The lottery is a menace to public welfare in Pennsylvania since illegal gambling has the strong potential to exploit vulnerable populations including children, the elderly, and those with limited means.

c.   The lottery interferes with a public right to vote without undue influence and otherwise injects illegal activity into the integrity of the electoral process.  Pennsylvania voters, including voters in Philadelphia, have the right to public peace, public comfort, and public convenience to engage in the electoral process without interference from outside third parties offering the chance of a reward in exchange for providing personal information.

87.   As a result, Defendants' illegal lottery causes a serious deterioration in public order, public safety, and further encourages pervasive misconduct by other parties seeking to undermine the integrity of Pennsylvania's electoral process.

88.   Defendants are liable for public nuisance because their conduct has caused an unreasonable and substantial interference with a right common to the general public. *See* Restatement (Second) of Torts § 821B.

89.   Defendants are also liable for public nuisance because their conduct is illegal and proscribed by 18 Pa. C.S. § 5512.  *See* Restatement Second, Torts § 821B(2)(b).

90.   The public nuisance created by Defendants' actions is substantial and unreasonable.

91.   Defendants knew, or should have known, that their promotion and operation of an illegal lottery not authorized by state law would create a public nuisance by injecting instability into Pennsylvania's electoral process.

Case ID: 241003509
Control No.: 24105617

92.     The Philadelphia District Attorney sues on behalf of the Commonwealth in his public capacity for all appropriate injunctive and mandatory relief to abate the ongoing public nuisance.

**WHEREFORE**, Plaintiff demands judgment against Defendants, for the following:

    a.  Injunctive relief prohibiting Defendants America PAC and Musk from creating, maintaining, operating, or participating in the creation, maintenance, operation of their lottery;

    b.  Abatement of the public nuisance; and

    c.  Such other and further relief as the Court deems just and proper.

### COUNT II
### VIOLATION OF PENNSYLVANIA UNFAIR TRADE PRACTICES AND CONSUMER PROTECTION LAW, 73 P.S. §§ 201-1 to 201-9.3 ("UTPCPL")

93.     DA Krasner incorporates herein all of the preceding paragraphs of this Complaint.

94.     The UTPCPL prohibits [1] persons from employing [2] "unfair or deceptive acts or practices [3] in the conduct of any trade or commerce," which includes [4] "[e]ngaging in any other fraudulent or deceptive conduct which creates a likelihood of confusion or of misunderstanding." 73 P.S. §§ 201-2(4)(xxi), 201-3(a).

95.     Defendants' conduct alleged in this Complaint constitutes trade or commerce under the UTPCPL. 73 P.S. § 201-2(3).

96.     The UTPCPL is to be "liberally construed" to effectuate its objective of protecting Pennsylvanians from unfair or deceptive practices. *See Commonwealth v. Chesapeake Energy Corp.*, 247 A.3d 934, 936 (Pa. 2021) (internal citation and quotations omitted).

Case ID: 241003509
Control No.: 24105617

97.     As to [1], America PAC and Musk are each a "person" under the UTPCPL. 73 P.S. § 201-2(2); *see also* Exhibit 1.

98.     As to [3], Defendants are engaging in trade or commerce. Trade or commerce includes  "the offering ... or thing of value wherever situate, and includes trade or commerce directly or indirectly affecting the people of this Commonwealth."  73 P.S. § 201-2(3).

99.     America PAC offers a thing of value to a lottery participant—$100 and a chance to win $1 million—while a participant confers a thing of value on America PAC— their personal information and data, which benefits America PAC's marketing, political campaigning, and data analytics capabilities, as well as a pledge of political support.  *See Com. by Preate v. Watson & Hughey Co.*, 563 A.2d 1276, 1282 (Pa. Cmwlth. 1989) (noting, "sweepstakes solicitations constitute the *advertising* of some *thing of value*" under the UTPCPL) (emphasis in original); *see also In re Soc. Media Adolescent Addiction/Pers. Inj. Prods. Liab. Litig.*, No. 4:23-CV-05448-YGR, 2024 WL 4532937, at *44 (N.D. Cal. Oct. 15, 2024) (providing personal information in exchange for social-media website/application use is "in the conduct of any trade or commerce" under UTPCPL and other states' consumer protection laws) (citation omitted).

100.    Defendants' trade or commerce is directly or indirectly affecting Pennsylvania residents.   They offer an online lottery to Pennsylvanians, giving participants the daily chance to win $1 million in exchange for the participant signing America PAC's petition.  *See* Exhibit 12.  They also offer $100 to Pennsylvania registered-voter participants who sign the petition, and $100 to petition signers referred by a participant, both amounts more than the $47 offered to petition signers in other states (Georgia, Nevada, Arizona, Michigan, Wisconsin, and North Carolina).  *Id.*

Case ID: 241003509
Control No.: 24105617

101.     Registering for America PAC's lottery causes detriment to the participant, in that a participant loses control over their personal data, which could be sold to third parties.  A registrant also implicitly pledges that their name, likeness, and support to America PAC, which will be made public if the participant wins the lottery, thus forfeiting personal privacy.

102.     As to [2] and [4], Defendants' lottery employs unfair or deceptive acts prohibited by the UTPCPL, including without limitation, the deceptive conduct that creates a likelihood of confusion or misunderstanding.  73 P.S. §§ 201-2(4)(xxi), 201-3(a).

103.     Defendants engaged in unfair or deceptive acts or practices in violation of the UTPCPL by failing to:

    a.     Provide a complete set of lottery or other contest rules to all participants, with such rules being set forth clearly and conspicuously at a place where participants may readily review;

    b.     Clearly and conspicuously disclose to participants the range of payouts available and the method of winning and timing of delivery for those payouts;

    c.     Clearly and conspicuously disclose the odds of winning;

    d.     Clearly and conspicuously disclose how Defendants will store and/or use the personal data provided by the Participant during the sweepstake registration process.  The website, for example, fails to disclose any limitations or restrictions on how Defendants may use participants' collected personal data, including their name, email address, and mailing address (other than a caveat that a participant's cell phone number will only be used to confirm identity); and

    e.     Clearly and conspicuously disclose the privacy policy applicable to the registrants.

104.     In addition, the America PAC website makes various statements that have the capacity to deceive, or are likely to deceive or confuse, a substantial portion of the public.

Case ID: 241003509
Control No.: 24105617

105.    The website makes unfair or deceptive statements concerning the supposed promise to pay $100 to participating registered-voters who sign America PAC's petition (or refer a petitioner).

106.    The website promoting the petition and lottery states:

especially freedom of speech and the right to bear arms. This program is exclusively open to registered voters in Pennsylvania, Georgia, Nevada, Arizona, Michigan, Wisconsin and North Carolina. Expires November 5.

🚨 SPECIAL OFFER FOR PENNSYLVANIA REGISTERED VOTERS 🚨
Sign this petition and get $100. Refer a petition signer and get $100.

Offer valid from time of posting through 11:59 PM on 10/28. New signers only. $100 replaces standard $47 offer (not in addition to it) To be eligible, both the referrer and the petition signer must be registered voters of Pennsylvania.

Exhibit 12.

107.    Yet, upon information and belief, Pennsylvania registered-voter participants who have signed America PAC's petition, or referred a petition signer, have not received $100 from America PAC.

108.    The foregoing conduct has the capacity to deceive, or was likely to deceive or confuse, a substantial portion of the public.  *See Gregg v. Ameriprise Fin., Inc.*, 245 A.3d 637, 649 (Pa. 2021); *see also* 73 P.S. § 201-2(4).

109.    The liability imposed under Section 201-2(3) is strict liability, as it does not depend on any particular *mens rea*.  *Gregg*, 245 A.2d at 650.

110.    As a direct result of the foregoing, Defendants have received, and will continue to receive, benefits that they would not have received if they had not engaged in violations of the UTPCPL as alleged herein.

Case ID: 241003509
Control No.: 24105617

111.     As a direct result of the foregoing, Philadelphia citizens and those across the Commonwealth have suffered substantial injury.

112.     The General Assembly authorizes District Attorneys such as DA Krasner to seek injunctive relief for violations of the UTPCPL.  73 P.S. § 201-4.

113.     DA Krasner seeks an injunction requiring the Defendants cease in engaging in any unfair or deceptive acts or practices in connection with their lottery.

114.     Unless restrained by this Court, Defendants will likely continue to engage in the methods, acts, or practices that have a likelihood to deceive, mislead, and confuse the public, absent the grant of an injunction.

115.     The ongoing and likely future violations by Defendants of the UTPCPL are contrary to the public interest, necessitating an injunction to restrain and prevent further misconduct by Defendants.

**WHEREFORE**, Plaintiff demands judgment against Defendants, for the following:

a.  Injunctive relief prohibiting Defendants America PAC and Musk from engaging in any unfair or deceptive acts or practices in connection with their lottery;  and

b.  Such other and further relief as the Court deems just and proper.

Case ID: 241003509
Control No.: 24105617

HANGLEY ARONCHICK SEGAL PUDLIN
& SCHILLER

Dated: October 28, 2024

By: */s/ John S. Summers*

John S. Summers (Atty. I.D. No. 41854)
jsummers@hangley.com
Andrew M. Erdlen (Atty. I.D. No. 320260)
aerdlen@hangley.com

One Logan Square, 27th Floor
Philadelphia, PA 19103-6933
(215) 568-6200
(215) 568-0300 (facsimile)

*Attorneys for Plaintiff*

Case ID: 241003509
Control No.: 24105617

# **VERIFICATION**

I hereby verify that the statements made in the foregoing Complaint are true and correct based upon my personal knowledge or information and belief. I understand that false statements therein are subject to penalties of 18 Pa. C.S. § 4904, relating to unsworn falsification to authorities.

Dated: October 27, 2024

_____
Larry Krasner
District Attorney of Philadelphia

# EXHIBIT 1

Case ID: 241003509
Control No.: 24105617

# FEC FORM 1

# STATEMENT OF ORGANIZATION

Office Use Only

1. NAME OF COMMITTEE (in full)    ☐ (Check if name is changed)    Example: If typing, type over the lines.    `12FE4M5`

## AMERICA PAC

ADDRESS (number and street)    P.O. BOX 341027

☐ ◄ (Check if address is changed)

AUSTIN    TX    78734    –
CITY ▲    STATE ▲    ZIP CODE ▲

COMMITTEE'S E-MAIL ADDRESS

☐ ◄ (Check if address is changed)    compliance@rightsidecompliance.com

Optional Second E-Mail Address

COMMITTEE'S WEB PAGE ADDRESS (URL)

☐ ◄ (Check if address is changed)

2. DATE    M M `05` / D D `22` / Y Y Y Y `2024`

3. FEC IDENTIFICATION NUMBER ▶    C `C00879510`

4. IS THIS STATEMENT    ☒ NEW (N)    **OR**    ☐ AMENDED (A)

I certify that I have examined this Statement and to the best of my knowledge and belief it is true, correct and complete.

Type or Print Name of Treasurer    GOBER, CHRIS, , ,

Signature of Treasurer    GOBER, CHRIS, , ,    Date    M M `05` / D D `22` / Y Y Y Y `2024`

NOTE: Submission of false, erroneous, or incomplete information may subject the person signing this Statement to the penalties of 52 U.S.C. §30109.
ANY CHANGE IN INFORMATION SHOULD BE REPORTED WITHIN 10 DAYS.

| Office Use Only | | | | | For further information contact:<br>Federal Election Commission<br>Toll Free 800-424-9530<br>Local 202-694-1100 | **FEC FORM 1**<br>(Revised 06/2012) |

Case ID: 241003509
Control No.: 24105617

FEC **Form 1** (Revised 03/2022)                                                                                  Page **2**

5.   TYPE OF COMMITTEE:

**Candidate Committee:**

(a)   ☐   This committee is a principal campaign committee. (Complete the candidate information below.)

(b)   ☐   This committee is an authorized committee, and is NOT a principal campaign committee. (Complete the candidate information below.)

Name of Candidate _____

Candidate Party Affiliation [____]     Office Sought:   ☐ House   ☐ Senate   ☐ President     State [____]   District [____]

(c)   ☐   This committee supports/opposes only one candidate, and is NOT an authorized committee.

Name of Candidate _____

**Party Committee:**

(d)   ☐   This committee is a [____] (National, State or subordinate) committee of the [____] (Democratic, Republican, etc.) Party

**Political Action Committee (PAC):**

(e)   ☐   This committee is a separate segregated fund. (Identify connected organization on line 6.) Its connected organization is a:

☐ Corporation          ☐ Corporation w/o Capital Stock        ☐ Labor Organization

☐ Membership Organization     ☐ Trade Association            ☐ Cooperative

☐   In addition, this committee is a Lobbyist/Registrant PAC.

(f)   ☐   This committee supports/opposes more than one Federal candidate, and is NOT a separate segregated fund or party committee. (i.e., nonconnected committee)

☐   In addition, this committee is a Lobbyist/Registrant PAC.

☐   In addition, this committee is a Leadership PAC. (Identify sponsor on line 6.)

(g)   ☒   This committee is an independent expenditure-only political committee (Super PAC).

☐   In addition, this committee is a Lobbyist/Registrant PAC.

(h)   ☐   This committee is a political committee with both contribution and non-contribution accounts (Hybrid PAC).

☐   In addition, this committee is a Lobbyist/Registrant PAC.

**Joint Fundraising Representative:**

(i)   ☐   This committee collects contributions, pays fundraising expenses and disburses net proceeds for two or more political committees/organizations, at least one of which is an authorized committee of a federal candidate.

(j)   ☐   This committee collects contributions, pays fundraising expenses and disburses net proceeds for two or more political committees/organizations, none of which is an authorized committee of a federal candidate.

Committees Participating in Joint Fundraiser

1. _____     C [_____]

2. _____     C [_____]

Case ID: 24100 3509
Control No.: 24105617

Write or Type Committee Name

# AMERICA PAC

**6.    Name of Any Connected Organization, Affiliated Committee, Joint Fundraising Representative, or Leadership PAC Sponsor**

NONE

Mailing Address

CITY ▲          STATE ▲          ZIP CODE ▲

Relationship:   ☐ Connected Organization   ☐ Affiliated Organization   ☐ Joint Fundraising Representative   ☐ Leadership PAC Sponsor

---

7.   **Custodian of Records:** Identify by name, address (phone number -- optional) and position of the person in possession of committee books and records.

Full Name              GOBER, CHRIS, , ,

Mailing Address        P.O. BOX 341027

                       AUSTIN                              TX      78734      –

CITY ▲          STATE ▲          ZIP CODE ▲

Title or Position ▼

TRESURER                                    Telephone number ____ – ____ ____

---

8.   **Treasurer:** List the name and address (phone number -- optional) of the treasurer of the committee; and the name and address of any designated agent (e.g., assistant treasurer).

Full Name
of Treasurer           GOBER, CHRIS, , ,

Mailing Address        P.O. BOX 341027

                       AUSTIN                              TX      78734      –

CITY ▲          STATE ▲          ZIP CODE ▲

Title or Position ▼

TRESURER                                    Telephone number ____ – ____ ____

FEC **Form 1** (Revised 02/2009)                                                                                     Page **4**

Full Name of
Designated
Agent

Mailing Address

CITY ▲                                    STATE ▲                    ZIP CODE ▲

Title or Position ▼

Telephone number

---

9.  **Banks or Other Depositories:** List all banks or other depositories in which the committee deposits funds, holds accounts, rents safety deposit boxes or maintains funds.

Name of Bank, Depository, etc.

CHAIN BRIDGE BANK

Mailing Address        1445A LAUGHLIN AVE

MCLEAN                                    VA        22101

CITY ▲                                    STATE ▲                    ZIP CODE ▲

Name of Bank, Depository, etc.

Mailing Address

CITY ▲                                    STATE ▲                    ZIP CODE ▲

Case ID: 241003509
Control No.: 24105617

# EXHIBIT 2

Case ID: 241003509
Control No.: 24105617

☰

Home     PACs     Summary

# PAC Profile: America PAC (Texas)

Summary

| Search for a PAC | 🔍 |

 DONATE

**NOTE:** *This committee is a single-candidate super PAC in support of **Donald Trump (R)**.*
View its full profile in our Outside Spending section.

Case ID: 241003509
Control No.: 24105617

**Spending by Election Cycle**



Select a cycle:  2024

DONATE

**PAC Summary Data, 2023-2024**

| | |
|---|---|
| Total Raised | $83,700,020 |
| Total Spent | $79,701,381 |
| Begin Cash on Hand | $0 |
| End Cash on Hand Receipts | $3,998,639 |
| Debts | $0 |

Case ID: 241003509
Control No.: 24105617

| Independent Expenditures | $137,706,490 |
|---|---|
| Date of Last Report | September 30, 2024 |

## PAC Contribution Data, 2023-2024

| Contributions from this PAC to federal candidates | $0 |
|---|---|
| Contributions to this PAC from individual donors of $200 or more | $83,700,000 |

**DONATE**

## PAC Registration Details

| Official PAC Name: | **AMERICA PAC** |
|---|---|
| Location: | AUSTIN , TX 78734 |
| Industry: | Republican/Conservative; Republican/Conservative |
| Treasurer: | GOBER, CHRIS |

*(Look up the documents filed at the FEC)*

Case ID: 241003509
Control No.: 24105617

| FEC Committee ID: | C00879510 |
|---|---|

*(Look up the documents filed at the FEC)*

∗Based on data released by the Federal Election Commission on `October 26, 2024` except for independent expenditure and communication cost, contributions to federal candidates, and contributions from individual donor data, which were released by the Federal Election Commission on `October 17, 2024`.

Feel free to distribute or cite this material, but please credit OpenSecrets. For permission to reprint for commercial uses, such as textbooks, contact OpenSecrets: info@opensecrets.org

DONATE

# We follow the money. You make it possible.

| $35 | $50 | $100 | Other |
|---|---|---|---|

## Count Cash & Make Change

Sign up for our newsletter to track money's influence on U.S. elections and public policy.

| Email address | **SIGN UP** |
|---|---|

Case ID: 241003509
Control No.: 24105617

**DONATE TODAY**

---

## opensecrets

**Contact** →

**Donate** →

**Buy Custom Data** →

A 501(c)(3) tax-exempt, charitable organization

1100 13th Street, NW, Suite 800 Washington, DC 20005

(202) 857-0044

**press@opensecrets.org**
**info@opensecrets.org**
**Privacy Policy**

DONATE

Subscribe to our newsletter

| Email address | Sign Up |



Case ID: 241003509
Control No.: 24105617

**opensecrets**

Except for the Revolving Door section, content on this site is licensed under a Creative Commons Attribution-Noncommercial-Share Alike 3.0 United States License by OpenSecrets.org. To request permission for commercial use, <u>please contact us</u>.

DONATE

Case ID: 241003509
Control No.: 24105617

# EXHIBIT 3

Case ID: 241003509
Control No.: 24105617

🇺🇸 An official website of the United States government
  Here's how you know

Home  ›  Campaign finance data  ›  Committee profiles  ›  AMERICA PAC

# AMERICA PAC

**ACTIVE - QUARTERLY**

**SUPER PAC (INDEPENDENT EXPENDITURE-ONLY) - UNAUTHORIZED**

**ID: C00879510**

**REGISTRATION DATE: MAY 22, 2024**

## Committee filings

**TWO-YEAR PERIOD**

| 2023–2024 |
| --- |

Case ID: 241003509
Control No.: 24105617

## Raw electronic filings

| Filter this data |
| --- |

---

Filed on or after: 10/24/2024

| Document | Coverage start date | Coverage end date | Date filed | Image number |
| --- | --- | --- | --- | --- |
| F24N | | | | 10/26/2024, 8:00pm | 202410269719660481 |
| F24N | | | | 10/25/2024, 10:00pm | 202410259719659250 |
| F24N | | | | 10/24/2024, 10:00pm | 202410249719229761 |
| PRE-GENERAL 2024 | | 10/01/2024 | 10/16/2024 | 10/24/2024, 10:00pm | 202410249719229537 |

Results per page: 100

Showing 1 to 4 of 4 entries

*This data has not yet been categorized and coded by the FEC. It's pulled directly from a filer's raw, electronic reports. It doesn't include paper filings.*

Case ID: 241003509
Control No.: 24105617

## Regularly filed reports

| Filter this data |
| --- |

| Report year: 2023–2024 |
| --- |

| Document | Version | Coverage start date | Coverage end date | Date filed | Pages |
|---|---|---|---|---|---|
| PRE-GENERAL 2024 \| Original | Current version FEC-1841918 | 10/01/2024 | 10/16/2024 | 10/24/2024 | 224 |
| OCTOBER QUARTERLY 2024 \| Original | Current version FEC-1829340 | 07/01/2024 | 09/30/2024 | 10/15/2024 | 220 |
| JULY QUARTERLY 2024 \| Amendment 1 | Current version FEC-1821798 | 04/01/2024 | 06/30/2024 | 10/09/2024 | 21 |
| RFAI: JULY QUARTERLY 2024 | Not applicable | 04/01/2024 | 06/30/2024 | 10/08/2024 | 2 |
| JULY QUARTERLY 2024 \| Original | Past version FEC-1801554 | 04/01/2024 | 06/30/2024 | 07/15/2024 | 21 |

Results per page: 100

Showing 1 to 5 of 5 entries

Case ID: 241003509
Control No.: 24105617

## 24- and 48-hour reports

[ Filter this data ]

---

[ Report year: 2023–2024 ]

| Document | Version | Date filed | Image number | Pages |
|---|---|---|---|---|
| 24-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Original | Current version FEC-1842943 | 10/25/2024 | 202410259719659250 | 18 |
| 24-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Original | Current version FEC-1841919 | 10/24/2024 | 202410249719229761 | 23 |
| 24-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Original | Current version FEC-1837740 | 10/23/2024 | 202410239710173750 | 18 |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Amendment 1 | Current version FEC-1834997 | 10/22/2024 | 202410229710074712 | 37 |
| 24-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Original | Current version FEC-1836096 | 10/22/2024 | 202410229710108747 | 16 |
| 24-HOUR REPORT OF INDEPENDENT | Current version FEC-1834811 | 10/21/2024 | 202410219710042981 | 3 |

| Document | Version | Date filed | Image number | Pages |
|---|---|---|---|---|
| EXPENDITURES 2024 \| Original | | | | |
| 24-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Original | Current version FEC-1833870 | 10/20/2024 | 202410209709494297 | 2 |
| 24-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Original | Current version FEC-1832369 | 10/18/2024 | 202410189699218435 | 8 |
| 24-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Original | Current version FEC-1831043 | 10/17/2024 | 202410179698612620 | 8 |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Original | Current version FEC-1830317 | 10/16/2024 | 202410169698580922 | 24 |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Original | Current version FEC-1829344 | 10/15/2024 | 202410159698271500 | 39 |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Original | Current version FEC-1823368 | 10/11/2024 | 202410119684893666 | 23 |
| 48-HOUR REPORT OF | Current version FEC-1822625 | 10/10/2024 | 202410109684864353 | 14 |

Case ID: 241003509
Control No.: 24105617

| Document | Version | Date filed | Image number | Pages |
|---|---|---|---|---|
| INDEPENDENT EXPENDITURES 2024 \| Original | | | | |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Original | Current version FEC-1822113 | 10/09/2024 | 202410099684850384 | 27 |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Original | Current version FEC-1821581 | 10/08/2024 | 202410089684825962 | 2 |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Amendment 1 | Current version FEC-1820904 | 10/07/2024 | 202410079684802141 | 22 |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Original | Current version FEC-1821149 | 10/07/2024 | 202410079684811278 | 6 |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Original | Current version FEC-1820790 | 10/06/2024 | 202410069684800326 | 1 |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Original | Past version FEC-1820534 | 10/04/2024 | 202410049684794501 | 37 |

Case ID: 241003509
Control No.: 24105617

| Document | | Version | Date filed | Image number | Pages |
|---|---|---|---|---|---|
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Original | | Current version FEC-1819531 | 10/01/2024 | 202410019684775202 | 26 |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Original | | Current version FEC-1818949 | 09/27/2024 | 202409279684754301 | 1 |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Original | | Current version FEC-1818789 | 09/26/2024 | 202409269684737411 | 6 |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Original | | Current version FEC-1818639 | 09/25/2024 | 202409259684727888 | 25 |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Original | | Current version FEC-1818353 | 09/23/2024 | 202409239684692838 | 13 |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Original | | Current version FEC-1818053 | 09/20/2024 | 202409209684600041 | 7 |

| Document | | Version | Date filed | Image number | Pages |
|---|---|---|---|---|---|
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Original | | Current version FEC-1816435 | 09/18/2024 | 202409189675526201 | 13 |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Original | | Current version FEC-1816114 | 09/17/2024 | 202409179675516707 | 11 |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Original | | Past version FEC-1815849 | 09/16/2024 | 202409169675489127 | 22 |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Amendment 1 | | Current version FEC-1815847 | 09/16/2024 | 202409169675489116 | 7 |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Original | | Past version FEC-1815513 | 09/13/2024 | 202409139675461258 | 7 |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Original | | Current version FEC-1814801 | 09/10/2024 | 202409109675405075 | 2 |
| 48-HOUR REPORT OF INDEPENDENT | | Current version FEC-1814349 | 09/06/2024 | 202409069675373752 | 12 |

Case ID: 241003509
Control No.: 24105617

| Document | Version | | Date filed | Image number | Pages |
|---|---|---|---|---|---|
| EXPENDITURES 2024 \| Original | | | | | |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Original | \| | Current version FEC-1814182 | 09/05/2024 | 202409059675370809 | 4 |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Original | \| | Current version FEC-1813797 | 09/03/2024 | 202409039675343015 | 8 |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Original | \| | Current version FEC-1813296 | 08/28/2024 | 202408289675291561 | 3 |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Original | \| | Current version FEC-1813168 | 08/27/2024 | 202408279675289346 | 4 |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Original | \| | Current version FEC-1812893 | 08/23/2024 | 202408239675273892 | 2 |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Original | \| | Current version FEC-1812776 | 08/22/2024 | 202408229675254471 | 3 |
| 48-HOUR REPORT OF | \| | Current version FEC-1812528 | 08/21/2024 | 202408219675243250 | 10 |

Case ID: 241003509
Control No.: 24105617

| Document | Version | Date filed | Image number | Pages |
|---|---|---|---|---|
| INDEPENDENT EXPENDITURES 2024 \| Original | | | | |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Original | Current version FEC-1811119 | 08/19/2024 | 202408199666448430 | 5 |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Original | Current version FEC-1810030 | 08/14/2024 | 202408149666193026 | 14 |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Original | Current version FEC-1810029 | 08/14/2024 | 202408149666193025 | 1 |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Original | Current version FEC-1804670 | 07/19/2024 | 202407199661391715 | 2 |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Original | Current version FEC-1803268 | 07/17/2024 | 202407179661211851 | 2 |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Original | Current version FEC-1795660 | 07/10/2024 | 202407109652768795 | 1 |

Case ID: 241003509
Control No.: 24105617

| Document | | Version | Date filed | Image number | Pages |
|---|---|---|---|---|---|
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Original | | Current version FEC-1794047 | 07/05/2024 | 202407059652570702 | 4 |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Original | | Current version FEC-1792687 | 06/28/2024 | 202406289652545655 | 1 |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Original | | Current version FEC-1792466 | 06/26/2024 | 202406269652500284 | 2 |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Original | | Current version FEC-1790519 | 06/19/2024 | 202406199649250624 | 1 |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Original | | Current version FEC-1788741 | 06/12/2024 | 202406129648936735 | 3 |

Results per page: 100

Showing 1 to 50 of 50 entries

Case ID: 241003509
Control No.: 24105617

## Statements of organization

Filter this data

---

Report year: 2023–2024

| Document | Version | Date filed | Image number | Pages |
|---|---|---|---|---|
| Statement of Organization 2024 \| Amendment | Current version FEC-1835649 | 10/22/2024 | 202410229710092564 | 4 |
| Statement of Organization 2024 \| Amendment | Past version FEC-1806789 | 07/29/2024 | 202407299665755748 | 4 |
| Statement of Organization 2024 \| Original | Past version FEC-1785640 | 05/22/2024 | 202405229648717756 | 4 |

Results per page: 100

Showing 1 to 3 of 3 entries

Case ID: 241003509
Control No.: 24105617

## Other documents

Filter this data

Report year: 2023–2024

| Document | Version | Date filed | Image number | Pages |
|---|---|---|---|---|
| Miscellaneous Report to FEC 2024 | Current version FEC-1821802 | 10/09/2024 | 202410099684835465 | 1 |

Results per page: 100

Showing 1 to 1 of 1 entries

Case ID: 241003509
Control No.: 24105617

# EXHIBIT 4

Case ID: 241003509
Control No.: 24105617

# *Elon Musk Plots His Final Moves for Trump*

With less than two weeks until Election Day, the richest person in the world is throwing himself into the effort to elect the former president.

---

 ▶ **Listen to this article · 7:23 min** <u>Learn more</u>

 **By Theodore Schleifer**
Theodore Schleifer has been writing about Elon Musk and his super PAC since the summer.

Oct. 24, 2024

He dined with Rupert Murdoch and a handful of other billionaires, for Donald Trump.

He intends to appear at Madison Square Garden this weekend, for Donald Trump.

He is planning future speeches and possibly a campaign push in Wisconsin, for Donald Trump.

He is donating "substantial" amounts of money to a super PAC focused on Hispanic turnout, for Donald Trump.

With less than two weeks left before Election Day, Elon Musk, the world's richest person, has grown only more frenzied in his efforts to help elect the former president. Mr. Musk has emerged as a central character of the campaign's closing days, so much so that Gov. Tim Walz of Minnesota, Vice President Kamala Harris's running mate, referred to him this week as Mr. Trump's true "running mate."

Case ID: 241003509
Control No.: 24105617

Mr. Musk, the leader of Space X, Tesla and X, has already poured $75 million into a pro-Trump super PAC called America PAC. But his efforts in recent weeks have become more labor intensive — and more expensive.

Tony Gonzales, the Republican congressman from Texas whose allied super PAC he said he expected would receive the "substantial" gift, has grown close with Mr. Musk since bringing him to tour the southern border last year. He described Mr. Musk as especially hands-on.

"He's going all in — and you see that with the amount of resources that he and his team and the group has provided," said Mr. Gonzales, who said he didn't know the size of Mr. Musk's check to the super PAC. "But I would argue it's, more importantly, time. There's nothing more valuable than a person's time. And Elon is literally campaigning every day in Pennsylvania."

Mr. Musk, fresh off several town hall appearances in Pennsylvania in advance of Monday's voter registration deadline in the state, is now plotting his next moves, according to a dozen Republicans with insight into his operations.

On Monday evening, Mr. Musk abandoned his political team's makeshift war room in a Pittsburgh hotel to travel to New York City for a dinner with Mr. Murdoch, the conservative media mogul, and other business leaders to discuss the state of the race, according to two people with knowledge of the meal.

On Wednesday, he was back to performing the quotidian tasks of being a public company C.E.O. — speaking to Tesla shareholders and answering questions from Wall Street analysts on a quarterly earnings call.

"Peter was lamenting that the future doesn't have flying cars," he said at one point, referring to his fellow entrepreneur Peter Thiel. "Well, we'll see."

In some ways, what Mr. Musk has done for Tesla, the electric car company, is not terribly different from what he is doing now for Mr. Trump. Mr. Musk, not known for his humility, is throwing himself into a work project with the same exacting demands, penchant for cost-cutting and belief in himself that have defined his three decades as a Silicon Valley founder.

Rarely has a political megadonor made himself such a star of his own operation.

Mr. Musk, who considers himself the best marketer of his own companies, has leveraged his celebrity, enjoying a rush of media coverage for his PAC's efforts, thanks to a publicity gambit.

Earlier this month, Mr. Musk's leadership team held an open call within the super PAC to brainstorm creative ideas for using Mr. Musk's money, according to a person with knowledge of the matter. The idea that emerged was a proposal to pay $47 apiece to people who found others to sign a petition — helping Mr. Musk identify likely Trump voters in the process.

Mr. Musk's petition eventually expanded to a random $1 million daily prize, and it generated well over one million signatures.

It also generated legal attention. The Department of Justice sent a warning letter this week to America PAC, suggesting that prosecutors could be investigating this as a possible criminal activity. An interest group, Public Citizen, filed a complaint on Wednesday with the Federal Election Commission.

Even skeptics of America PAC, including those within the organization, say that the sheer amount of money it is spending is bound to produce some results despite some major hiccups. The group has spent $134 million on the presidential campaign and 18 congressional races, 60 percent of which has been dedicated to voter canvassing operations. The super PAC is expected to disclose tens of millions of dollars in additional contributions from Mr. Musk in a federal filing on Thursday evening.

Case ID: 241003509
Control No.: 24105617

Mr. Musk has assembled a team that resembles the landing group that he used on a recent mission that he also considered critical: buying Twitter. Mr. Musk's cousin James Musk has helped the super PAC, reprising a role he played in the weeks following the Twitter purchase, as is a longtime executive from Mr. Musk's entourage.

Mr. Musk has also recruited veterans of the world of field organizing. The latest hire was Chris Carr, a well-respected Republican field operative who is an expert on the state of Nevada, according to two people with knowledge of the matter.

Mr. Musk has built a get-out-the-vote team that Mr. Trump is largely depending upon in these final weeks, and the Trump campaign is largely thankful for Mr. Musk's help, according to people close to Mr. Trump. Still, some of those same people cautioned that while Mr. Musk would surely be celebrated if Mr. Trump wins, the billionaire would, fairly or not, be denigrated if he loses.

America PAC, through its contractors and subcontractors, employs over 2,500 canvassers knocking on well over 100,000 doors a day, according to a person with knowledge of the group's activities. Some canvassers have been recently poached by other firms offering higher pay. The group has in recent days focused on targeting those voters who are least likely to participate in the election, especially in the suburbs, according to two people briefed on the activities. And the PAC has recently been circulating information on early-vote totals to interested parties, although that data has not gone to some of the PAC's own donors, who have long-simmering complaints that they feel that they are being kept in the dark.

Mr. Musk also appears to be playing a long game. He and his family-office chief, Jared Birchall, filed paperwork in Texas this month to incorporate two new entities with names that appear to carry political objectives: Group America L.L.C. and United States of America Inc. The entities were first reported by Forbes.

Case ID: 241003509
Control No.: 24105617

Their purpose is unclear, but the timing is revealing for a billionaire who may seek voter data for future political projects. One person close to the super PAC said the group had recently begun testing some techniques for targeting voters that could yield data for the future.

Mr. Trump, meanwhile, has made Mr. Musk part of his closing argument, promoting a fund-raising appeal to small-dollar donors that promises that Mr. Musk would match their contributions.

Mr. Musk is particularly popular among young men. But on Wednesday, a Democratic messaging firm, Blueprint, released a study it had conducted to determine which of 14 recent quotes by Mr. Trump on podcasts resonated with male, and particularly young male, voters.

Mr. Trump's praise of Mr. Musk ranked the worst.

**Theodore Schleifer** is a Times reporter covering campaign finance and the influence of billionaires in American politics. More about Theodore Schleifer

**2 0 2 4**

## Keep Up With the 2024 Election

The presidential election is **10 days away**. Here's our guide to the run-up to Election Day.

Case ID: 241003509
Control No.: 24105617



**Tracking the Polls.** The state of the race, according to the latest polling data.

**Swing State Ratings.** The presidential race is likely to be decided by these states.

**On the Tra**... Trump and... campaigni...

**On Politics Newsletter.** Get the latest news and analysis on the 2024 election sent to your inbox. Sign up here.

Case ID: 241003509
Control No.: 24105617

# EXHIBIT 5

Case ID: 241003509
Control No.: 24105617

VITTORIA ELLIOTT      **POLITICS**   OCT 21, 2024 5:13 PM

# Elon Musk's PAC Is Buying Ads for Donald Trump on Elon Musk's X

**America PAC purchased ads yielding tens of millions of impressions on X between July 8 and October 1, according to the platform's ad disclosure data.**

Case ID: 241003509
Control No.: 24105617



PHOTOGRAPH: CHESNOT/GETTY IMAGES



SAVE

Case ID: 241003509
Control No.: 24105617

The Elon Musk–backed America PAC has spent thousands of dollars advertising on the Elon Musk–owned social media platform X to support former president Donald Trump's campaign. According to X's political ad disclosure data, between July 8 and October 1 the America PAC ran 59 ads, costing more than $166,000 and yielding, per X's metrics, 32,058,424 impressions. All of the ads targeted swing states: Georgia, Nevada, Pennsylvania, Michigan, Arizona, and Wisconsin.

Musk first endorsed Trump immediately following the attempted assassination against the former president in July in Butler, Pennsylvania. Since then, Musk has said he is "all in" on his support for Trump, and appeared at a second rally in Butler earlier this month. "This election is the most important election of our lifetime," said Musk at the time. "This is no ordinary election." It was one part of Musk's—and the America PAC's—efforts to turn out voters for Trump in swing states.

ADVERTISEMENT

Case ID: 241003509
Control No.: 24105617

## Politics Lab Newsletter by Makena Kelly

Not your average politics newsletter. Makena Kelly and the WIRED Politics team help you make sense of how the internet is shaping our political reality.

| | SIGN UP |
|---|---|

By signing up, you agree to our user agreement (including class action waiver and arbitration provisions), and acknowledge our privacy policy.

The America PAC has been a driving force behind voter mobilization for the Trump campaign, developing an app to help canvassers target likely voters. (The effectiveness of this strategy remains to be seen, with canvassers reportedly faking voter contacts at scale.) The PAC has offered $47 to any swing state voters who would agree to sign a petition supporting the First and Second Amendments. Musk has also said he will give out $1 million a day to voters who sign the petition, in a move election law expert Rick Hasen described as "clearly illegal."

Federal Election Commission filings released last week revealed that Musk has funneled $75 million into the PAC since July, dwarfing other Silicon Valley donors who back the former president. Musk has also donated to the Building America's Future PAC, which has run anti–Kamala Harris ads aiming to dissuade Black and Muslim voters, particularly in swing states.

Musk has also used his ownership of X to further promote Trump. In August, Musk sat down with Trump for an interview hosted on X Spaces. He has also promoted and reshared conspiracy theories pedaled by the Trump campaign, including by alleging that the Democratic Party would allow undocumented immigrants to vote in order to win the election.

Case ID: 241003509
Control No.: 24105617

In one ad that ran between September 27 and October 1, the post read, "Georgia is filling up with illegal immigrants: In just 3 years, Kamala released more illegal immigrants into our country than almost 3x the population of Atlanta. End Kamala's Border Chaos and request your ballot for President Trump today." The ad links to the website votesafe.org, which is paid for by the America PAC and where voters can look up their voter registration status and request ballots.

All of the PAC's ads are linked to the @theamericapac X account, which links to the PAC's website. Before his appearance at Trump's October rally in Butler, Musk had appropriated the @america handle for the America PAC.

The America PAC has also invested heavily in ads on Meta's platforms, Facebook and Instagram, running more than 250 ads in October alone.

A representative from X did not immediately respond to a request for comment.

## You Might Also Like …

- **In your inbox:** The best and weirdest stories from WIRED's archive
- **Interview:** Marissa Mayer is not a feminist. She's a software girl
- This AI tool helped arrest people. Then someone took a closer look
- How a 12-ounce layer of foam changed the NFL

Case ID: 241003509
Control No.: 24105617

- **Event:** Join us for <u>The Big Interview</u> on December 3 in San Francisco

---



<u>Vittoria Elliott</u> is a reporter for WIRED, covering platforms and power. She was previously a reporter at Rest of World, where she covered disinformation and labor in markets outside the US and Western Europe. She has worked with The New Humanitarian, Al Jazeera, and ProPublica. She is a graduate of... <u>Read more</u>

**PLATFORMS AND POWER REPORTER**

---

TOPICS     ELON MUSK     TWITTER     DONALD TRUMP     X     POLITICS

---

# Politics Lab Newsletter by Makena Kelly

Not your average politics newsletter. Makena Kelly and the WIRED Politics team help you make sense of how the internet is shaping our political reality.

|  | SIGN UP |
| --- | --- |

Case ID: 241003509
Control No.: 24105617

By signing up, you agree to our user agreement (including class action waiver and arbitration provisions), and acknowledge our privacy policy.

READ MORE

Case ID: 241003509
Control No.: 24105617



## A High-Profile Geneticist Is Launching a Fusion-Power Moonshot

Silicon Valley A-listers are funding Pacific Fusion, a startup that founding CEO Eric Lander says will have a full-scale demonstration system within a decade.

STEVEN LEVY

Case ID: 241003509
Control No.: 24105617



**The 23 Best Movies on Amazon Prime Right Now**

*No Time to Die, Killer Heat,* and *American Fiction* are just a few of the movies you should be watching on Amazon Prime Video this week.

MATT KAMEN

Case ID: 241003509
Control No.: 24105617



## The Best Wireless Earbuds for Everyone

Ready to cut the cord? These are our favorite buds that will never, ever get tangled.

PARKER HALL

Case ID: 241003509
Control No.: 24105617



## Heat Up the Holidays With the Best Sexy Gifts for Lovers

Curl up by the fire—or start your own—with our favorite vibrators, suction toys, lubes, and condoms this holiday season.

ERIC RAVENSCRAFT

Case ID: 241003509
Control No.: 24105617



## The 25 Best Shows on Amazon Prime Right Now

*The Legend of Vox Machina, The Boys,* and *Fallout* are just a few of the shows you should be watching on Amazon Prime Video this week.

MATT KAMEN

Case ID: 241003509
Control No.: 24105617



## The Best iPad to Buy (and a Few to Avoid)

New iPads are here. We break down Apple's current lineup to help you figure out which one of Apple's tablets is best for you.

BRENDA STOLYAR

Case ID: 241003509
Control No.: 24105617



## Millions of People Are Using Abusive AI 'Nudify' Bots on Telegram

Bots that "remove clothes" from images have run rampant on the messaging app, allowing people to create nonconsensual deepfake images even as lawmakers and tech companies try to crack down.

MATT BURGESS

Case ID: 241003509
Control No.: 24105617



## Give Your Back a Break With Our Favorite Office Chairs

Sitting at a desk for hours? Upgrade your WFH setup and work in style with these comfy WIRED-tested seats.

JULIAN CHOKKATTU

**Sponsored Links by Taboola**

**Seniors Can Now Fly Business Class For the Price Of Economy**

Online Shopping Tools

Case ID: 241003509
Control No.: 24105617

## 2024 Buick's Are Turning Heads

SearchTopics | Search Ads

Learn More

## Amazon's Worst Nightmare: Thousands Canceling Prime for This Clever Hack

Coupon Code Finder

## Seniors Can Now Fly Business Class For The Price Of Economy

Online Shopping Tools

## Pennsylvania: Big Changes Near Philadelphia Leaves Drivers Fuming

Comparisons.org

Learn More

## Cats That Headbutt Their Owners Are Actually Trying To Give Them An Important Message

PlayJunkie

Read More

Case ID: 241003509
Control No.: 24105617



PRIVACY CONFIGURATIONS

Case ID: 241003509
Control No.: 24105617

# EXHIBIT 6

Case ID: 241003509
Control No.: 24105617

 **AMERICA**

The First and Second Amendments guarantee freedom of speech and the right to bear arms. By signing below, I am pledging my support for the First and Second Amendments.

**In appreciation for your support, you will receive $47 for each registered voter you refer that signs this petition.**

Our goal is to get 1 million registered voters in swing states to sign in support of the Constitution, especially freedom of speech and the right to bear arms. This program is exclusively open to registered voters in Pennsylvania, Georgia, Nevada, Arizona, Michigan, Wisconsin and North Carolina. Expires October 21.

**First Name *** 

First Name

**Last Name ***

Last Name

**Email Address ***

Email Address

**Cell Phone Number ***
Will only be used to confirm you are the legitimate petition signer. No other purpose.

Cell Phone Number

**Mailing Address ***

Street Address

Use Manual Address

**Did someone refer you?**

**Email or Cell Phone Number**

Case ID: 241003509
Control No.: 24105617

Email or Cell Phone Number

**SIGN PETITION** ›

Each person may only sign this petition once. Eligible people may only list one eligible person as their referrer. Before payment is made, America PAC will verify the accuracy of all information of the referrer and referee.

Case ID: 241003509
Control No.: 24105617

# EXHIBIT 7

Case ID: 241003509
Control No.: 24105617

Case 2:24-cv-05823-CJB Document 1 Filed 10/30/24 Page 96 of 338

← Post

America ELON MUSK: "I have a surprise for you. We are going to be awarding $1 MILLION to people who have signed th…

**America** ✅
@america

···

ELON MUSK: "I have a surprise for you. We are going to be awarding $1 MILLION to people who have signed the petition every day, from now until the election."

SIGN America PAC's petition in support of Free Speech & The Right to Bear Arms: petition.theamericapac.org



1:51

12:06 AM · Oct 20, 2024 · **189K** Views

**1,013** Reposts    **117** Quotes    **4,146** Likes    **249** Bookmarks

💬              ⇄              ♡              🔖 249              ↥

**New to X?**

Sign up now to get your own personalized timeline!



G    Sign up with Google

🍎    Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Something went wrong. Try reloading.

Retry

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···    © 2024 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in    **Sign up**

Case ID: 241003509
Control No.: 241105617

America 2AM ✕ ELON MUSK: I have a surprise for you. We are going to be awarding a $1 MILLION to people who have signed th…





### New to X?

Sign up now to get your own personalized timeline!

 Sign up with Apple

**Create account**

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Something went wrong. Try reloading.

Retry

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ⋯    © 2024 X Corp.

## Don't miss what's happening

People on X are the first to know.

Log in        **Sign up**

Case ID: 241003509
Control No.: 24105617

# EXHIBIT 8

Case ID: 241003509
Control No.: 24105617



ADVERTISEMENT



Shohei Ohtani injury    Middle East wars    Election 2024    AP Top 25    Bed-Stuy aquarium

AP SETS THE STANDARD FOR POLITICAL REPORTING.
SUPPORT INDEPENDENT, FACT-BASED JOURNALISM.    DONATE

# Musk offers voters $1 million a day to sign PAC petition backing the Constitution. Is that legal?

BY MIKE CATALINI
Updated 6:10 PM EDT, October 20, 2024

Elon Musk, the billionaire founder of Tesla and Space X and owner of X who's gone all-in on Republican Donald Trump's candidacy for the White House, has already committed at least $70 million to help the former president. Now he's pledging to give away $1 million a day to voters for signing his political action committee's petition backing the Constitution.

Case ID: 241003509
Control No.: 24105617

Case 2:24-cv-05823-GJP    Document 1    Filed 10/30/24    Page 100 of 338

The giveaway is raising questions and alarms among some election experts who say it is a violation of the law to link a cash handout to signing a petition that also requires a person to be registered to vote.

> ▶ **Follow** **live updates on Election 2024** as Donald Trump and Kamala Harris campaign in strategic battleground states.

Democratic Gov. Josh Shapiro of Pennsylvania, the state's former attorney general, expressed concern about the plan on Sunday.

"I think there are real questions with how he is spending money in this race, how the dark money is flowing, not just into Pennsylvania, but apparently now into the pockets of Pennsylvanians. That is deeply concerning," he said on NBC's "Meet the Press."

A closer look at what's going on:

ADVERTISEMENT

## What is Musk doing?

Musk promised on Saturday that he would give away $1 million a day, until the Nov. 5 election, for people signing his PAC's petition supporting the First Amendment, which protects freedom of speech, and the Second Amendment, with its right "to keep and bear arms." He awarded a check during an event Saturday in Harrisburg, Pennsylvania, to a man identified as John Dreher. A message left with a number listed for Dreher was not returned Sunday. Musk gave out another check Sunday.

**MORE ELECTION COVERAGE** ❯

Case ID: 241003509
Control No.: 241057617



**An elections worker wanted to serve her country. A stew of conspiracy theories and vitriol awaited**



**Foreign threats to the US election are on the rise, and officials are moving faster to expose them**

Case ID: 241003509
Control No.: 24105617

Case 2:24-cv-05823-GJP  Document 1  Filed 10/30/24  Page 102 of 338



**Trump again denigrates Detroit while appealing for votes in a suburb of Michigan's largest city**

## What's the broader context here?

Musk's America PAC has launched a tour of Pennsylvania, a critical election battleground. He's aiming to register voters in support of Trump, whom Musk has endorsed. The PAC is also pushing to persuade voters in other key states. It's not the first offer of cash the organization has made. Musk has posted on X, the platform he purchased as Twitter before renaming it, that he would offer people $47 — and then $100 — for referring others to register and signing the petition.

Trump, who was campaigning Sunday in Pennsylvania, was asked about Musk's giveaway, and said, "I haven't followed that." Trump said he "speaks to Elon a lot. He's a friend of mine" and called him great for the country.

ADVERTISEMENT



## What's the issue with that?

Some election law experts are raising red flags about the giveaway. Brendan Fischer, a campaign finance lawyer, said the latest iteration of Musk's giveaway approaches a legal boundary. That's because the PAC is requiring registration as a prerequisite to become eligible for the $1 million check. "There would be few doubts about the legality if every Pennsylvania-based petition signer were eligible, but conditioning the payments on registration arguably violates the law," Fischer said in an email.

Case ID: 241003509
Control No.: 24105617

Rick Hasen, a UCLA Law School political science professor, went further. He [pointed to a law](#) that prohibits paying people for registering to vote or for voting. "If all he was doing was paying people to sign the petition, that might be a waste of money. But there's nothing illegal about it," Hasen said in a telephone interview. "The problem is that the only people eligible to participate in this giveaway are the people who are registered to vote. And that makes it illegal."

ADVERTISEMENT



Michael Kang, an election law professor at Northwestern University's Pritzker School of Law, said the context of the giveaway so close to Election Day makes it harder to make the case that the effort is anything but a incentivizing people to register to vote.

---

**What to know about the 2024 Election**

- **Today's news:** [Follow live updates](#) from the campaign trail from the AP.

- **Ground Game:** [Sign up for AP's weekly politics newsletter](#) to get it in your inbox every Monday.

- **AP's Role:** The Associated Press is the most trusted source of information on election night, with a history of accuracy dating to 1848. [Learn more.](#)

---

"It's not quite the same as paying someone to vote, but you're getting close enough that we worry about its legality," Kang said.

A message seeking comment was left with the PAC on Sunday, as was a request for comment from the



Case ID: 241003509
Control No.: 24105617

PAID FOR BY EXPERIENCE KISSIMMEE
**Luxury in Kissimmee** ↗
Explore the crème de la crème of vacation living in Kissimmee's luxury homes.



ADVERTISEMENT

ADVERTISEMENT

Case ID: 241003509
Control No.: 24105617

Case 2:24-cv-05823-GJP   Document 1   Filed 10/30/24   Page 105 of 338

Case ID: 241003509
Control No.: 24105617

# EXHIBIT 9

Case ID: 241003509
Control No.: 24105617

X

Post

← Post

 **America** ✓
@america

John received $1 MILLION for signing America PAC's petition to support Free Speech & Right to Bear Arms

Every day from now until Election Day, one registered swing state voter who signs the petition will be selected to earn $1 MILLION

SIGN HERE: petition.theamericapac.org



▶   0:17 / 1:00   🔊   ⚙   ⬚   ⛶

12:58 AM · Oct 20, 2024 · **27M** Views

**5,097** Reposts   **949** Quotes   **20.1K** Likes   **1,590** Bookmarks

💬          🔁          ♡          🔖 1.5K          📤

**New to X?**

Sign up now to get your own personalized timeline!

G  Sign up with Google

🍎  Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Something went wrong. Try reloading.

↻ Retry

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2024 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in          Sign up

Case ID: 241003509
Control No.: 24105617





### New to X?

Sign up now to get your own personalized timeline!

 Sign up with Apple

**Create account**

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Something went wrong. Try reloading.

⟳ **Retry**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••   © 2024 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in   Sign up

Case ID: 241003509
Control No.: 24105617

# EXHIBIT 10

Case ID: 241003509
Control No.: 24105617



← Post



 **Elon Musk** ✓ 
@elonmusk

Every day, from now through Nov 5, @America PAC will be giving away $1M to someone in swing states who signed our petition to support free speech & the right to bear arms!

We want to make sure that everyone in swing states hears about this and I suspect this will ensure they do.

12:25 AM · Oct 20, 2024 · **31.4M** Views

**24.1K** Reposts   **2,140** Quotes   **129.5K** Likes   **4,275** Bookmarks

💬          ⇄          ♡          🔖 4.2K          ⬆

### New to X?

Sign up now to get your own personalized timeline!



🟦 Sign up with Google

 Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Something went wrong. Try reloading.

 Retry

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2024 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in   Sign up

Case ID: 241003509
Control No.: 24105617

# EXHIBIT 11

Case ID: 241003509
Control No.: 24105617

Case 2:24-cv-05823-CJB Document 1 Filed 10/30/24 Page 112 of 338



# Musk gives away $1 million at McKees Rocks pro-Trump rally, raising legal questions

As billionaire stumps for Trump, his millions giveaway raises questions



**ADAM BABETSKI** ☑
Pittsburgh Post-Gazette
ababetski@post-gazette.com ✖

OCT 20, 2024 | 7:36 PM

Case ID: 241003509
Control No.: 24105617

Case 2:24-cv-05823-GJR Document 1 Filed 10/30/24 Page 113 of 338



Elon Musk rallied Allegheny County residents to vote for Donald Trump and answered dozens of wide-ranging questions about his political beliefs during a town hall event in McKees Rocks on Sunday.

The event, organized by Mr. Musk's recently established America PAC, took place in the Roxian Theater. It was the latest stop of Mr. Musk's statewide tour to stump for Trump, the Republican presidential candidate, ahead of the 2024 election.

Mr. Musk, SpaceX founder, Tesla CEO, and X owner, has recently promised to award one registered voter in a swing state per day a check of $1 million if they signed a petition in support of the First and Second Amendments of the Constitution, which he has claimed Democrats are trying to destroy in an act of "open sedition."

Sunday's giveaway winner, Kristine Fishell, embraced Mr. Musk on stage and thanked him for using his wealth to "save speech."

Experts have raised concerns that Mr. Musk's giveaway is a violation of Federal Election Commission (FEC) laws, as well as his stipulation that rallygoers can only attend if they sign his petition.

Case ID: 241003509
Control No.: 241035617

10/27/24, 9:37 PM
Case 2:24-cv-05823-GJP Document 1 Filed 10/30/24 Page 114 of 338
Musk gives away $1 million at McKees Rocks pro-Trump rally, raising legal questions | Pittsburgh Post-Gazette



Kristine Fishnell receives a celebratory check for one million dollars from Elon Musk inside the Roxian Theatre as Mr. Musk hosts a town hall event on Sunday, Oct. 20, 2024, in McKees Rocks. (Benjamin B. Braun/Post-Gazette)

It was a hectic scene Sunday as Mr. Musk's and Trump's worlds collided.

Outside, hundreds of cars — many covered in pro-Trump messages — scrambled to find parking along McKees Rocks' narrow streets as bewildered locals asked passersby what the commotion was about.

Inside, supporters wearing SpaceX T-shirts sat down in folding chairs with the Steelers' Terrible Towels draped over them. Mr. Musk has previously said that he is a fan of both the Steelers and the Philadelphia Eagles.

The venue quickly reached its capacity of 1,200 and became standing room only. More would-be attendees were outside to watch a livestream of the event that Mr. Musk's team set up on the fly.

Case ID: 241003509
Control No.: 24105617



Elon Musk hands out second $1 million prize in voter regi...

An hour after he was scheduled to speak, Mr. Musk appeared on stage waving his own Terrible Towel high above his head and leaping into the air, much in the same way as he did when he spoke at Donald Trump's Butler rally on Oct. 5.

His opening speech was reminiscent of Trump's style: Wandering, obviously unscripted, and bolstered by shouted input from his enthusiastic audience.

He told the crowd that he hated politics and would much rather be building rockets at SpaceX, "but the stakes are so high, I've had no choice but to take a stand."

"This might be the very last election that's a real election," he said. "If there's any election where you should ever vote, it's this one."

As he stood between two digital boards that said "VOTE EARLY," Mr. Musk argued that voting should only occur on a single day using paper ballots and that voting machines should be abolished.

"I've been programming computers since I was 9 years old. ... I know how easy it is to get a line of software wrong or hack a computer," he said, speculating that this year's election and future elections would be tampered with using AI.

Mr. Musk said that he was just one of many newly minted high-profile Trump supporters, and that many of his colleagues were preparing to "come out of the closet" to back the Republican nominee.

Case ID: 241003509

Control No.: 24105617

10/27/24, 9:37 PM
Case 2:24-cv-05823-GJP    Document 1    Filed 10/30/24    Page 116 of 338
Musk gives away $1 million to McKees Rocks pro-Trump rally fielding legal questions | Pittsburgh Post-Gazette

He explained his sudden support for Trump was fueled in part by his realization that the political left is full of "intolerant" people, while right-wing voters generally regard the left as simply misguided instead of insulting them.

"They're evil," called out one woman.

"There's definitely some evil stuff out there," Mr. Musk said.



Elon Musk stands on the stage and waves a terrible towel inside the Roxian Theatre as he hosts a town hall event on Sunday, Oct. 20, 2024, in McKees Rocks.
(Benjamin B. Braun/Post-Gazette)

Mr. Musk spent the next two hours fielding unmoderated questions and appeals for money from a long line of attendees, many of which had little or nothing at all to do with his areas of expertise or the subject of the town hall.

"I don't actually have the answer for everything," he said at one point, responding to a question about gun safety in schools.

Mr. Musk humored several participants whose questions were conspiratorial in nature. When he was asked about how he would help Trump defeat an international "Global cabal dictatorship," Mr. Musk answered vaguely about ending corruption in the government.

Case ID: 241003509
Control No.: 24105617

Case 2:24-cv-05823-CJB-Document 1 Filed 10/30/24 Page 117 of 338
Musk gives away $1 million at Pa. rally, dodges legit questions | Pittsburgh Post-Gazette

Mr. Musk gave more detailed responses about topics he had experience with, like increasing the country's declining birth rate. Mr. Musk, who has fathered 12 children with three different mothers, spoke at length about the joys of having as many children as possible, no matter one's personal or financial situation.

"Having a child will make you happier than anything else in your life, ever," he said.

His responses about fatherhood led to his stance on abortion.

"If a baby can survive outside the womb, it cannot be aborted. At that point it is not abortion, it is murder," he said.

Mr. Musk also spoke about his proposed government efficiency commission, which he said would lead to tax cuts and reduced government spending.

In the end, he said, his foray into politics would likely only last as long as Trump's potential term, and he would once again focus on the "need to be a spacefaring civilization and out there among the stars."

*First Published: October 20, 2024, 7:36 p.m.*
*Updated: October 21, 2024, 1:09 p.m.*



**Adam Babetski** is a staff writer for the Pittsburgh Post-Gazette.

✉ ababetski@post-gazette.com
𝕏 @adambabetski

---

**Limited Time Offer**

8 weeks of unlimited access for only 99¢!

**GET OFFER**

---

Case ID: 241003509
Control No.: 24105617

# EXHIBIT 12

Case ID: 241003509
Control No.: 24105617

 **AMERICA** 

# Petition in Favor of Free Speech and the Right to Bear Arms

---

## 💰 EARN $1,000,000! 💰

John earned $1,000,000 in Harrisburg, PA!

Kristine earned $1,000,000 in Pittsburgh, PA!

Shannon earned $1,000,000 in McKees Rocks, PA!

Andy earned $1,000,000 in Holly Springs, NC!

Jason earned $1,000,000 in Holland, MI!

Brian earned $1,000,000 in Eau Claire, WI!

Marie earned $1,000,000 in Pahrump, NV!

Judey earned $1,000,000 in Lancaster, PA!

Oct 27 - Nov 5: Each day, one petition signer from either PA, GA, NV, AZ, MI, WI, or NC will earn $1,000,000.

---

The First and Second Amendments guarantee freedom of speech and the right to bear arms. By signing below, I am pledging my support for the First and Second Amendments.

**In appreciation for your support, you will receive $47 for each registered voter you refer that signs this petition.**

Our goal is to get 1 million registered voters in swing states to sign in support of the Constitution, especially freedom of speech and the right to bear arms. This program is exclusively open to registered voters in Pennsylvania, Georgia, Nevada, Arizona, Michigan, Wisconsin and North Carolina. Expires November 5.

---

## 🚨 SPECIAL OFFER FOR PENNSYLVANIA REGISTERED VOTERS 🚨
Sign this petition and get $100. Refer a petition signer and get $100.

Case ID: 241003509
Control No.: 241005617

*Offer valid from time of posting through 11:59 PM on 10/28. New signers only. $100 replaces standard $47 offer (not in addition to it) To be eligible, both the referrer and the petition signer must be registered voters of Pennsylvania.*

**First Name** *

First Name

**Last Name** *

Last Name

**Email Address** *

Email Address

**Cell Phone Number** *

Will only be used to confirm you are the legitimate petition signer. No other purpose.

Cell Phone Number

**Mailing Address** *

Street Address

Use Manual Address

**Did someone refer you?**

**Email or Cell Phone Number**

Email or Cell Phone Number

**SIGN PETITION**    >

Each person may only sign this petition once. Eligible people may only list one eligible person as their referrer. Signing the petition on behalf of another person is not permitted. Before payment is made, America PAC will verify the accuracy of all information of the referrer and referee. Payments of $600 or more will require the referrer to provide a signed IRS W-9 so an IRS 1099 can be issued. To be eligible, both the referrer and the petition signer must be registered voters of Arizona, Michigan, Georgia, Nevada, North Carolina, Pennsylvania, or Wisconsin.

Case ID: 241003509
Control No.: 24105617

# EXHIBIT 13

Case ID: 241003509
Control No.: 24105617



Post

 **America** ✔
@america

Kristine was today's recipient of the $1 MILLION for signing our petition to support the Constitution

Every day until Election Day, a registered swing state voter who signs the petition will be selected to earn $1M as a spokesperson for America PAC

SIGN: petition.theamericapac.org



0:39

9:49 PM · Oct 20, 2024 · **10.9M** Views

**3,272** Reposts  **320** Quotes  **15.9K** Likes  **805** Bookmarks

💬        ↻        ♡        🔖 805        ↗

**New to X?**

Sign up now to get your own personalized timeline!

[G] Sign up with Google

[] Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Something went wrong. Try reloading.

🔄 Retry

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2024 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in    Sign up

Case ID: 241003509
Control No.: 24105617





**New to X?**

Sign up now to get your own personalized timeline!


 Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Something went wrong. Try reloading.

↻ Retry

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2024 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in    Sign up

Case ID: 241003509
Control No.: 24105617

# EXHIBIT 14

Case ID: 241003509
Control No.: 24105617

Case 2:24-cv-05823-GJP    Document 1    Filed 10/30/24    Page 125 of 338



Settings

← Post

🇺🇸 **America** ✅
@america

Over 280,000 registered voters in Pennsylvania signed our petition in support of the Constitution, which was signed here 237 years ago

@JoshShapiroPA, this is a clear message that you must uphold, and not infringe upon, our Constitutional rights

Sign: petition.theamericapac.org



1:03 PM · Oct 23, 2024 · **40.8K** Views

**205** Reposts    **5** Quotes    **855** Likes    **22** Bookmarks

**New to X?**

Sign up now to get your

G Sign u

 Sign u

Creat

By signing up, you agre
**Privacy Policy**, includin

Something wer

Terms of Service    Priv
Accessibility    Ads info

**Don't miss what's happening**
People on X are the first to know.

Log in

Case ID: 241003509
Control No.: 24105617



Settings

New to X?

Sign up now to get your

Sign

Create

By signing up, you agree
Privacy Policy, including

Something wer

Terms of Service    Priv
Accessibility    Ads info

Don't miss what's happening    Log in
People on X are the first to know.

Case ID: 241003509
Control No.: 24105617

# EXHIBIT 15

Case ID: 241003509
Control No.: 24105617





← Post

 **Elon Musk**  · · ·
@elonmusk

Congratulations, Jason of Michigan!

 **America** ✅ @america · Oct 24

Jason of Holland, Michigan received $1M for signing our petition to support the Constitution.

Every day until Election Day, a person who signs will be selected to earn $1M as a spokesperson for America PAC...

Show more




11:08 PM · Oct 24, 2024 · **28.4M** Views

**17.7K** Reposts   **641** Quotes   **163.9K** Likes   **1,485** Bookmarks

💬        ⟲        ♡        🔖 1.4K        ↥

**New to X?**

Sign up now to get your own personalized timeline!

[G] Sign up with Google

 Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Something went wrong. Try reloading.

↻ Retry

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••   © 2024 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in   Sign up

https://x.com/elonmusk/status/1849649228257298839





### New to X?

Sign up now to get your own personalized timeline!

  Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Something went wrong. Try reloading.

↻ Retry

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···  © 2024 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in   Sign up

Case ID: 241003509
Control No.: 24105617

# Exhibit 16

Case ID: 241003509
Control No.: 24105617

 X

⚙ Settings

← Post

 **America** ✓
@america                                    ...

Brian from Eau Claire, Wisconsin received $1M for signing our petition to support the Constitution.

Every day until Election Day, a person who signs will be selected to earn $1M as a spokesperson for America PAC

SIGN: petition.theamericapac.org



11:00 PM · Oct 24, 2024 · **55.5M** Views

**2,578** Reposts    **531** Quotes    **18.9K** Likes    **770** Bookmarks

💬            ⇄            ♡            🔖 770    ⬆

**New to X?**

Sign up now to get you

 Sign u

 Sign u

Creat

By signing up, you agre
**Privacy Policy**, includin

Something wer

Terms of Service   Priv
Accessibility   Ads info

**Don't miss what's happening**
People on X are the first to know.

Log in

https://x.com/america/status/1849847294355825052



Settings

**New to X?**

Sign up now to get you

 Sign

Create

By signing up, you agre
Privacy Policy, includin

Something wer



Terms of Service    Priv
Accessibility    Ads info

**Don't miss what's happening**

People on X are the first to know.

Log in

Case ID: 241003509
Control No.: 24105617

# Exhibit B

**IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY**
**FIRST JUDICIAL DISTRICT OF PENNSYLVANIA**
**CIVIL TRIAL DIVISION**

*Filed and Attested by the*
*Office of Judicial Records*
*28 OCT 2024 09:00 am*
*E. BOYD*

|  |  |  |
|---|---|---|
| **COMMONWEALTH OF PENNSYLVANIA,** | : | OCTOBER TERM, 2024 |
| acting by and through Philadelphia District Attorney Lawrence S. Krasner, | : : | No. _____ |
| *Plaintiff,* | : : | NOT AN ARBITRATION CASE |
| v. | : : | CIVIL ACTION |
| **AMERICA PAC** and **ELON MUSK**, | : : |  |
| *Defendants.* | : : |  |

## ORDER

AND NOW, this _____ day of _____, 2024, upon consideration of

the Petition of Plaintiff Commonwealth of Pennsylvania, acting by and through

Philadelphia District Attorney Lawrence S. Krasner ("Plaintiff") for Emergency

Preliminary Injunctive Relief enjoining Defendants America PAC and Elon Musk

(collectively, "Defendants") from violating Pennsylvania's Unfair Trade Practices and

Consumer Protection Laws (the "UTPCPL"), 72 P.S. § 3761-101, *et seq.* (the "State

Lottery Law"), and 18 Pa. C.S. § 5512, and any response thereto, the Court FINDS:

1. Plaintiff has demonstrated that he is likely to succeed on the merits of his
   claims;

2. Plaintiff has demonstrated that the public will sustain immediate and
   irreparable injury unless a preliminary injunction is entered;

3. The balance of the equities favors entry of a preliminary injunction;

4. The relief provided herein is reasonably suited to abate the offending activity;

5. The relief provided herein is not contrary to the public's interest; and

6. Plaintiff has served Defendants with written notice of the Petition.

NOW, THEREFORE, it is ORDERED:

1. America PAC and Elon Musk and their directors, officers, agents, affiliates, employees, and all other persons or entities working directly or indirectly with them, are restrained and enjoined from promoting, maintaining or operating their lottery or any other program by which they are offering the chance to win a sum ($1 million or otherwise) in exchange for a participant's consideration (personal identifying information or pledge of support).

2. Defendants and their directors, officers, agents, affiliates, employees, and all other persons or entities working directly or indirectly with them, are restrained and enjoined from violating Pennsylvania's Unfair Trade Practices and Consumer Protection Laws (the "UTPCPL"), 72 P.S. § 3761-101, *et seq.* (the "State Lottery Law"), and 18 Pa. C.S. § 5512.

This Order shall remain in effect pending further Order of the Court, and the Court retains jurisdiction to enforce the preliminary injunction.

BY THE COURT:

_____
J.

-2-

**IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY**
**FIRST JUDICIAL DISTRICT OF PENNSYLVANIA**
**CIVIL TRIAL DIVISION**

|  |  |
|---|---|
| **COMMONWEALTH OF PENNSYLVANIA,** acting by and through Philadelphia District Attorney Lawrence S. Krasner, | : OCTOBER TERM, 2024 |
| | : |
| | : No. _____ |
| | : |
| | : NOT AN ARBITRATION CASE |
| *Plaintiff,* | : |
| | : CIVIL ACTION |
| v. | : |
| | : |
| **AMERICA PAC** and **ELON MUSK**, | : |
| | : |
| *Defendants.* | : |

**RULE TO SHOW CAUSE**
**WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE**

Upon consideration of the Petition of Plaintiff Commonwealth of Pennsylvania,

acting by and through Philadelphia District Attorney Lawrence S. Krasner ("Plaintiff")

for Emergency Preliminary Injunctive Relief enjoining Defendants America PAC and

Elon Musk (collectively, "Defendants") from violating Pennsylvania's Unfair Trade

Practices and Consumer Protection Laws (the "UTPCPL"), 72 P.S. § 3761-101, *et seq.*

(the "State Lottery Law"), and 18 Pa. C.S. § 5512:

IT IS ORDERED THAT Defendants show cause before this Court on the

_____ day of _____, 2024 at _____ in Courtroom _____, or

as soon thereafter as counsel can be heard, as to why a Preliminary Injunction providing

the relief sought in the accompanying Petition should not be entered; and

IT IS FURTHER ORDERED that Plaintiff shall cause a copy of this Rule, along with the aforesaid Petition and accompanying papers, to be served upon Defendants.

BY THE COURT:

Dated: _____

_____

J.

Case ID: 241003509
Control No.: 24105617

HANGLEY ARONCHICK SEGAL PUDLIN
& SCHILLER
By:  John S. Summers (Atty. I.D. No. 41854)
       jsummers@hangley.com
       Andrew M. Erdlen (Atty. I.D. No. 320260)
       aerdlen@hangley.com
One Logan Square, 27th Floor
Philadelphia, PA 19103-6933
(215) 568-6200
(215) 568-0300 (facsimile)                          *Attorneys for Plaintiff*

**IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY**
**FIRST JUDICIAL DISTRICT OF PENNSYLVANIA**
**CIVIL TRIAL DIVISION**

|  |  |
|---|---|
| **COMMONWEALTH OF PENNSYLVANIA,** acting by and through Philadelphia District Attorney Lawrence S. Krasner, <br><br> *Plaintiff,* <br><br> v. <br><br> **AMERICA PAC** and **ELON MUSK**, <br><br> *Defendants.* | OCTOBER TERM, 2024 <br><br> No. _____ <br><br> NOT AN ARBITRATION CASE <br><br> CIVIL ACTION |

**PLAINTIFF'S EMERGENCY PETITION FOR**
**PRELIMINARY INJUNCTIVE RELIEF**

Pursuant to Pennsylvania Rule of Civil Procedure 1531, Plaintiff Commonwealth

of Pennsylvania, acting by and through Philadelphia District Attorney Lawrence S.

Krasner ("DA Krasner"), through the undersigned counsel, respectfully submits this

Emergency Petition for Preliminary Injunctive Relief ("Petition") against Defendants

America PAC and Elon Musk ("Defendants").  In support thereof, DA Krasner fully

incorporates his accompanying Memorandum of Law and alleges as follows:

Case ID: 241003509
Control No.: 24105617

## I.   INTRODUCTION

1.       America PAC and Elon Musk are running an illegal lottery in Philadelphia (as well as throughout Pennsylvania).

2.       At an October 19, 2024 rally, on Musk's X platform and on America PAC's website, America PAC and Musk launched their scheme.  They announced that if a registered voter (1) turns over their personal identifying information (i.e., address, cell phone number and e-mail address) and makes a political pledge by signing a petition pledging support for "the Constitution, especially freedom of speech and the right to bear arms"; they (2) are eligible to be selected "randomly"; to (3) win $1 million.

3.       This announcement came after America PAC launched, on October 7, a "Petition in Favor of Free Speech and the Right to Bear Arms," with an offer to pay individuals—including Pennsylvania registered voters—"$47 for each registered voter you refer that signs this petition," which was later raised to $100 for Pennsylvania registered voters.

4.       In other words, America PAC and Musk are lulling Philadelphia citizens – and others in the Commonwealth (and other swing states in the upcoming election) – to give up their personal identifying information and make a political pledge in exchange for the chance to win $1 million.

5.       Indisputably, that is a lottery.  And it is an <u>unlawful</u> lottery because, under unambiguous Pennsylvania law, all lotteries in Pennsylvania must be regulated by the Commonwealth of Pennsylvania.  *See* 72 P.S. § 3761-301, *et seq.*  The Commonwealth's lottery law establishes a lottery to be operated and administered by the state, for the benefit of those 65 years of age or older.  72 P.S. § 3761-101; 3761-303; 61 Pa. Code § 801.3.  State regulations govern many aspects of the lottery, including the procedures

Case ID: 241003509
Control No.: 24105617

for claiming prizes, the use of lottery funds, and even require the disclosure of the odds of a participant's chances of winning. *See* 61 Pa. Code § 801.1, *et seq.* (regulations).

6.      Yet America PAC's and Musk's lottery is plainly not a lawful lottery. Further, under unambiguous Pennsylvania law, the Pennsylvania General Assembly has declared that illegal lotteries are a public "nuisance" and empowers law enforcement officers such as DA Krasner to seek an injunction in court to stop them.  18 Pa. C.S. § 5512.

7.      America PAC's and Musk's illegal lottery scheme also violates the Commonwealth's consumer protection laws.  In connection with their scheme, they are deploying deceptive, vague or misleading statements that create a likelihood of confusion or misunderstanding.  For example, they have not published a complete set of lottery rules or shown how they are protecting the privacy of participants' personal information.  Also, though Musk says that a winner's selection is "random," that appears false because the winners that have been selected are individuals who have shown up at Trump rallies in Pennsylvania.  The General Assembly's consumer protection laws empower DA Krasner to seek an injunction to stop that misconduct as well.

8.      Running an illegal lottery and violating consumer protections is ample basis for an injunction and concluding that America PAC and Musk must be stopped, immediately, before the upcoming Presidential Election on November 5.  That is because America PAC and Musk hatched their illegal lottery scheme to influence voters in that election.  To be clear, this is not a case about whether Defendants have violated state or federal laws prohibiting vote-buying.  Instead, this case is very simple because America PAC and Musk are indisputably violating Pennsylvania's statutory prohibitions against illegal lotteries and deceiving consumers.

Case ID: 241003509
Control No.: 24105617

9.     DA Krasner therefore brings this action to immediately stop America PAC and Musk from these violations of Pennsylvania law.  If not enjoined, their lottery scheme and unfair and deceptive conduct will irreparably harm Philadelphians (and others in Pennsylvania) as well as tarnish the public's right to a free and fair election.[1]

## II.    FACTUAL AND PROCEDURAL BACKGROUND

10.    Defendant America PAC is a political action committee "to support candidates who champion Secure Borders, Sensible Spending, Safe Cities, Fair Justice System, Free Speech and Self-Protection," especially the candidacy of former President Donald Trump.  *See* America PAC, https://x.com/america (last visited Oct. 24, 2024); America PAC, https://theamericapac.org/ (last visited Oct. 24, 2024); Ex. A, Verified Complaint, ¶ 18.

11.    America PAC filed a statement of organization with the Federal Election Commission ("FEC") on May 22, 2024, as an "independent expenditure-only political committee" or "Super PAC," listing a P.O. Box in Austin, Texas as its business address. *See* Exhibit 1, America PAC, Statement of Organization (May 22, 2024), *available at* https://www.fec.gov/data/committee/C00879510/?tab=filings; Ex. A, Verified Complaint, ¶ 20.

12.    As of September 30, 2024, America PAC reported having spent $133,841,660 on independent expenditures to support or oppose 2024 federal candidates.  *See* Exhibit 2, PAC Profile: America PAC (Texas), Opensecrets.org (last visited Oct. 24, 2024), https://www.opensecrets.org/political-action-committees-pacs/america-pac-texas/C00879510/summary/2024; *see also* Exhibit 3, America PAC,

---

[1] A copy of DA Krasner's Verified Complaint is attached hereto as Exhibit A.  All references to numbered exhibits refer to the Exhibits to the Complaint.

Case ID: 241003509
Control No.: 24105617

Committee Filings, FEC.gov (last visited Oct. 24, 2024), *available at*

https://www.fec.gov/data/committee/C00879510/?tab=filings; Ex. A, Verified

Complaint, ¶ 21.

13.    In the daily reports filed since October 21, 2024, America PAC has

disclosed millions of dollars in additional spending on political communications.   Ex. A,

Verified Complaint, ¶ 22.

14.    Defendant Elon Musk is the founder of America PAC.  Mr. Musk funded

America PAC, is involved in America PAC's operations, made representations to

Philadelphians on behalf of America PAC, and benefits from increased traffic generated

by America PAC on the social media platform X, of which Mr. Musk is the majority

owner.  *Id.*, ¶ 19.

**A.    America PAC and Musk Target Pennsylvania to Influence**
**Pennsylvania Voters**

15.    On October 24, 2024, the *New York Times* reported, "Mr. Musk, the

leader of Space X, Tesla and X, has already poured $75 million into a pro-Trump super

PAC called America PAC," and is accelerating his spending in this final stretch before

Election Day.  Exhibit 4, Theodore Schleifer, *Elon Musk Plots His Final Moves for*

*Trump*, N.Y. Times (Oct. 24, 2024),

https://www.nytimes.com/2024/10/24/us/elections/elon-musk-trump-

campaign.html; Ex. A, Verified Complaint, ¶ 23.

16.    According to this report, Mr. Musk is particularly focused on

Pennsylvania, and a close political ally is quoted as saying, "Elon is literally campaigning

every day in Pennsylvania."  *Id.*

Case ID: 241003509
Control No.: 24105617

17.     Mr. Musk is also the majority owner of the social media company, X. Among its other expenditures, America PAC has spent tens of thousands of dollars advertising on X targeting swing state voters, alongside Mr. Musk's own repeated endorsements of Mr. Trump on X.  Exhibit 5, Vittoria Elliot, *Elon Musk's PAC Is Buying Ads for Donald Trump on Elon Musk's X*, Wired (Oct. 21, 2024), https://www.wired.com/story/elon-musks-pac-is-buying-ads-for-donald-trump-on-elon-musks-x/; Ex. A, Verified Complaint, ¶ 25.

18.     America PAC relies heavily on X to communicate with the public, posting political communications throughout each day, and the @America and @ElonMusk X handles work together to re-share and boost each other's content.  Ex. A, Verified Complaint, ¶ 26.  X makes money in two different ways—advertising and data licensing—both of which are correlated to overall traffic to the platform.  *Id.*, ¶ 27.  As the majority owner, Mr. Musk personally benefits from X's revenue generation.  *Id.*

19.     Internet archives show that, on or about October 7, 2024, America PAC first launched a "Petition in Favor of Free Speech and the Right to Bear Arms," with an offer to pay individuals—including Pennsylvania registered voters—"$47 for each registered voter you refer that signs this petition."  That petition stated it was "exclusively open to registered voters in Pennsylvania, Georgia, Nevada, Arizona, Michigan, Wisconsin and North Carolina" and "[e]xpires October 21."  Exhibit 6, America PAC, Petition (archive from Oct. 7, 2024), *available at* https://web.archive.org/web/20241007081443/https://petition.theamericapac.org/; Ex. A, Verified Complaint, ¶ 28.

Case ID: 241003509
Control No.: 24105617

**B.    Musk Travels to Pennsylvania To Announce His (Illegal) Lottery**

20.    On Saturday, October 19, 2024, during an America PAC event in Harrisburg, Pennsylvania, Mr. Musk announced a "surprise" before a live crowd.  *See* Exhibit 7, America PAC (@America), "ELON MUSK: 'I have a surprise for you . . . .'" X (Oct 19, 2024, 11:06 P.M.), https://x.com/america/status/1847851986495881434; *see also* Exhibit 8, Mike Catalini, *Musk offers voters $1 million a day to sign PAC petition backing the Constitution. Is that legal?*, Associated Press (updated Oct. 20, 2024 5:10 P.M.), https://apnews.com/article/musk-1-million-giveaway-trump-voters-petition-b4e48acbfe04fde735e60b1911ad0197; Ex. A, Verified Complaint, ¶ 29.

21.    Mr. Musk specifically represented that this scheme would make the award of $1 million based on chance.  Specifically, Mr. Musk said, "we're gonna be awarding a million dollars, *randomly*, every day from now until the election," because "I figured, 'How do we get people to know about it?'"  Exhibit 7, America PAC (@America), "ELON MUSK: 'I have a surprise for you . . . .'" X (emphasis added) , https://x.com/america/status/1847851986495881434 (video embedded in URL).

22.    Mr. Musk further explained that this news would "really fly" and would help publicize America PAC's petition and, in turn, the PAC's efforts to elect Donald Trump.  *Id.*  Mr. Musk then said that he would announce the first winner that evening, and called the name "John Dreher."  *Id.*

23.    Mr. Dreher was in the audience and mounted the stage in a red MAGA hat. "By the way," Mr. Musk said, "John had no idea."  *Id.*

24.    When Mr. Dreher came onto the stage to accept an oversized check, Mr. Musk asked that, in exchange for the money, "the only thing we ask" is for John to agree to be a spokesperson for America PAC.  *Id.  See* Ex. A, Verified Complaint, ¶¶ 31-34.

Case ID: 241003509
Control No.: 24105617

**C.    Musk Continues to Make Statements, including in Pennsylvania, Promoting Defendants' (Illegal) Lottery That He Says Will Operate Until Election Day**

25.    Shortly after Mr. Musk's live announcement of Mr. Dreher's lottery win on October 19, America PAC posted on X:  "Every day from now until Election Day, one registered swing state voter who signs the petition will be selected to earn $1 MILLION," and included a link to the petition on America PAC's website.  Exhibit 9, America PAC (@America), "John received $1 MILLION . . . ." X (Oct 19, 2024, 11:58 P.M.), https://x.com/america/status/1847864967816511758.

26.    Mr. Musk posted a similar message minutes before.  Exhibit 10, Elon Musk (@ElonMusk), "Every day, from now through Nov 5 . . . ." X (Oct 19, 2024, 11:25 P.M.), https://x.com/elonmusk/status/1847856712914555061; Ex. A, Verified Complaint, ¶¶ 35-36.

27.    Then, the next day on October 20, 2024, during another America PAC event, this time in McKees Rocks, Pennsylvania, Mr. Musk conducted a second "random" drawing, selecting Kristine Fiskell as the winner, who was also in the audience that day.  Exhibit 11, Adam Babetski, *Musk gives away $1 million at McKees Rocks pro-Trump rally, raising legal questions*, Pittsburgh Post-Gazette (Oct. 20, 2024, 6:36 P.M.), https://www.post-gazette.com/news/election-2024/2024/10/20/elon-musk-1-million-trump-legal-questions-pittsburgh/stories/202410200166; Ex. A, Verified Complaint, ¶ 37.

**D.    The Supposed Rules of Defendants' (Illegal) Lottery**

28.    America PAC's website still includes a page with the petition and the rules of the lottery, albeit in different form than what it originally published in early October 2024.  *See* Exhibit 12 (America PAC, *Petition in Favor of Free Speech and the Right to*

Case ID: 241003509
Control No.: 24105617

*Bear Arms* (last visited Oct. 24, 2024), https://petition.theamericapac.org/.  The

subject America PAC website now describes the rules of the lottery as follows:

> Each day, one petition signer from either PA, GA, NV, AZ, MI, WI, or NC
> will earn $1,000,000. . . . Our goal is to get 1 million registered voters in
> swing states to sign in support of the Constitution, especially freedom of
> speech and the right to bear arms.  This program is exclusively open to
> registered voters in Pennsylvania, Georgia, Nevada, Arizona, Michigan,
> Wisconsin and North Carolina.  Expires November 5.

*Id.* Ex. A, Verified Complaint, ¶¶ 38-39.

29.     The description of the lottery does not say anything about agreeing to be a

spokesperson for America PAC, despite what Mr. Musk told the first winner.  As

consideration to enter the lottery and "sign" the petition, a participant must provide

several data points of personal information: first and last name, email address, mailing

address, and cell phone number.  Ex. 12; Ex. A, Verified Complaint, ¶¶ 40-41.

30.     A participant must then click a button that says "Sign Petition," with a

space above asking for cell phone information that: "Will only be used to confirm you

are the legitimate petition signer.  No other purpose."  Ex. 12.  In addition to entering

the lottery, the website provides two additional offers of compensation to registered

voters in exchange for signing the petition and providing personal information, with a

"Special Offer for Pennsylvania Registered Voters."  *Id.*; Ex. A, Verified Complaint,

¶¶ 42-43.

31.     First, the website claims that Pennsylvania registered voters will receive

$100 for providing their personal data and signing the petition, which is more money

than what is offered to voters in other battleground states (*e.g.*, Georgia, Nevada,

Arizona, Michigan, Wisconsin, or North Carolina).  Ex. A, Verified Complaint, ¶ 44.

Case ID: 241003509
Control No.: 24105617

32.     Second, the website claims that a Pennsylvania participant and petition signer who refers another Pennsylvania registered voter to provide personal data and sign the America PAC petition will receive $100, which is also more money than that offered for referrals in other battleground states.

33.     Specifically, the America PAC website states:

Offer valid from time of posting through 11:59 PM on 10/28.  New signers only.  $100 replaces standard $47 offer (not in addition to it)[.]  To be eligible, both the referrer and the petition signer must be registered voters of Pennsylvania.

Ex. 12; Ex. A, Verified Complaint, ¶¶ 45-46.

34.     The petition does not provide any information about how or when compensation will be paid.

35.     In smaller print at the bottom of the petition, it states:

Each person may only sign this petition once.  Eligible people may only list one eligible person as their referrer.  Signing the petition on behalf of another person is not permitted.  Before payment is made, America PAC will verify the accuracy of all information of the referrer and referee.  Payments of $600 or more will require the referrer to provide a signed IRS W-9 so an IRS 1099 can be issued.  To be eligible, both the referrer and the petition signer must be registered voters of Arizona, Michigan, Georgia, Nevada, North Carolina, Pennsylvania, or Wisconsin.

Ex. 12; Ex. A, Verified Complaint, ¶¶ 47-48.

36.     The America PAC petition places no limitations on America PAC's use of or sale of the personal data it collects, nor does it provide any additional information about the planned use of data.  Ex. 12; Ex. A, Verified Complaint, ¶ 49.

37.     Defendants' lottery is not authorized by state law.

38.     Lotteries are highly regulated under Pennsylvania law.  *See generally* 72 P.S. § 3761-101, *et seq.*  The purpose of the State Lottery Law is "to establish a  lottery to be operated by the state," the proceeds of which benefit those 65 years of age or older.

Case ID: 241003509
Control No.: 24105617

72 P.S. § 3761-101.  The State Lottery Law is also intended to "provide a means through which to curb illegal gambling operations in Pennsylvania." *Id.*

39.     The Commonwealth Secretary of Revenue and Bureau of State Lotteries are empowered to operate and administer the lottery, including, for example, the types of lawful lotteries, the manner in which winners are selected, and the licensure of sales agents. *Id.* § 3761-303; 61 Pa. Code § 801.3.

40.     State regulations govern the powers and duties of the Secretary and the Director of the Bureau of State Lottery, the procedures for licensing, claiming prizes, the use of lottery funds, and further disclose the odds of a participant's chances of winning, among other things. *See* 61 Pa. Code § 801.1, *et seq.* (regulations).

41.     All lotteries not specifically authorized by law are unlawful.  18 P.S. § 5512(d).  Defendants' lottery is not authorized by law and is illegal.  Ex. A, Verified Complaint, ¶ 50.

### E.     Defendants' Announcements of Winners of the (Illegal) Lottery

42.     Since launching on October 19, 2024, America PAC claims it awarded $1,000,000 checks to nine individuals through its lottery, four of whom live in Pennsylvania. *Id.*

43.     It made those awards on October 19, 20, 21, 22, 24, 25, 26 and 27, 2024. Ex. A, Verified Complaint, ¶ 51.

44.     Each winner is featured on America PAC's website and X handle, and has garnered significant public and press attention.

45.     Indeed, the videos of the first and second lottery winners have garnered 27 million views and 10.9 million views, respectively, driving significant traffic to Mr. Musk's X platform.  *See* Exhibit 9, America PAC (@America), "John received $1

Case ID: 241003509
Control No.: 24105617

MILLION . . . .” X (Oct. 19, 2024, 12:58AM),

https://x.com/america/status/1847864967816511758?s=46; Exhibit 13, America PAC

(@America), “Kristine was today’s recipient of the $1 MILLION . . . .” X (Oct. 20, 2024,

8:49PM), https://x.com/america/status/1848179817050517567?s=46.

46.    This $1 million lottery has earned wall-to-wall media coverage of America

PAC, Mr. Musk, and Mr. Trump since the lottery launched, including numerous stories

in Philadelphia’s newspaper of record, *The Philadelphia Inquirer*. *See also* Ex. A,

Verified Complaint, ¶¶ 52-54.

47.    America PAC claims it has received over 1,000,000 petition signers to

date, with over 280,000 petition signers who are registered voters in Pennsylvania

entering for a chance to win the $1 million prize.  Exhibit 14, America PAC (@America),

“Over 280,000 registered voters in Pennsylvania signed our petition . . . .” X (Oct. 23,

2024, 1:03 P.M.), https://x.com/america/status/1849134584182485476.  Ex. A,

Verified Complaint, ¶¶ 55.

48.    Upon information and belief, among those 280,000 petition signers are

residents of Philadelphia County, who have accepted America PAC’s offer to provide

their personal data and made a pledge of support in exchange for (a) an opportunity to

win the lottery and (b) for $100 compensation.

49.    Also upon information and belief, among those 280,000 petition signers

are residents of Philadelphia County, who have accepted America PAC’s offer to pay

them in exchange for referring the names of others for the purpose of procuring

additional individuals who will provide personal data, sign the petition, or otherwise

endorse America PAC.  Ex. A, Verified Complaint, ¶¶ 56-58.

Case ID: 241003509
Control No.: 24105617

50.     Upon information and belief, petition signers in Pennsylvania and Philadelphia have not been paid for their personal data, despite America PAC's claims. *Id.* ¶ 59.

51.     Nor have petition signers been given any information for how or when payment will be tendered.  *Id.*

52.     Upon information and belief, petition signers in Pennsylvania and Philadelphia have not been paid for referring other petition signers, despite America PAC's claims.  Nor have petition signers been given any information for how or when payment will be tendered.  *Id.* ¶ 60.

53.     Also on October 23, it was reported that the United States Department of Justice sent a letter notifying America PAC that the $1 million lottery could violate the federal law against paying people to register to vote.  *Id.* ¶ 61.

54.     Notwithstanding, on October 24, 2024, America PAC announced additional winners of its $1 million lottery.  Exhibit 15, America PAC (@America), "Jason of Holland, Michigan received $1M for signing our petition to support the Constitution . . . ." X (Oct. 24, 2024, 10:37 P.M.), https://x.com/america/status/1849641342051418536; Exhibit 16,  America PAC (@America), X (Oct. 24, 2024 11:00 P.M.), https://x.com/america/status/1849647294355825052.  Ex. A, Verified Complaint, ¶ 62.

## F.     Defendants' Deceptive Conduct and Statements In Connection with Their Lottery

55.     As enumerated more fully below, Defendants have engaged in conduct and made statements that are deceptive and which create a likelihood of confusion or misunderstanding.

Case ID: 241003509
Control No.: 24105617

56.     For example, Defendants have shrouded key aspects of the lottery in secrecy, including without limitation the following:

    a.  Defendants have not provided a complete set of lottery or contest rules, including the odds of winning or how winners will be selected.

    b.  Defendants have not provided information about when they will make payments to participants.

    c.  Defendants have not provided what privacy policy, if any, will protect participants' personal information

Ex. A, Verified Complaint, ¶¶ 63-64.

57.     Also by way of example, Defendants appear to be making false statements about the lottery, including without limitation the following:

    a.  Defendants say that the winners are chosen at random; yet, on information and belief, winners are not actually chosen at random.  For example, the October 19 and October 20 winners appear not to be chosen at random because both just happened to live near the locations of Musk's pro-Trump rallies and both were in attendance at those rallies.

    b.  Defendants promise to pay $100 to all participating registered voters who sign America PAC's petition yet, on information and belief, Defendants have not made those payments.

*Id.* ¶ 65.

58.     Accordingly, Defendants are operating an illegal lottery in violation of Pennsylvania statutes.  *Id.* ¶ 66.

59.     To be clear, it would be no defense for America PAC and Musk to argue that it was not engaging in a lottery if their scheme actually did not involve a chance or

- 14 -

Case ID: 241003509
Control No.: 24105617

random selection of winners.  In that event, (a) they would be admitting to acting deceptively and in violation of the Commonwealth's consumer protection law; and (b) they would still be in violation of the Commonwealth's prohibition against the operation of unlawful lotteries.  *Id.* ¶ 67.

60.     Plaintiff is the Commonwealth of Pennsylvania, acting by and through the Philadelphia District Attorney.  DA Krasner has the right to bring a cause of action for public nuisance to enjoin "an unreasonable interference with a right common to the general public" on behalf of Philadelphia's citizens.  *See Atl. Richfield Co. v. Cnty. of Montgomery*, 294 A.3d 1274, 1283 (Pa. Cmwlth. 2023) (quoting Restatement (Second) of Torts § 821B (1979)).  "All unlawful lotteries or numbers games are . . . common nuisances."  18 Pa. C.S. § 5512(a).

61.     DA Krasner is also expressly authorized to bring an action in the name of the Commonwealth under the UTPCPL whenever he has reason to believe that any person is using or is about to use any method, act, or practice declared by the UTPCPL to be unlawful, and that such proceedings would be in the public interest.  73 P.S. § 201-4.

62.     This Court has jurisdiction pursuant to 42 Pa. C.S. § 931(a).

63.     There is no federal jurisdiction over this dispute.

64.     This is a Pennsylvania law matter, not a federal question.  It is for this state court to interpret the Commonwealth's laws.

65.     Additionally, there is no diversity of citizenship between the parties, including because Plaintiff is District Attorney Krasner, acting in the name of the Commonwealth of Pennsylvania, which is not a "citizen" that can be diverse to other

Case ID: 241003509
Control No.: 24105617

citizens within the meaning of 28 U.S.C. § 1332.  *Moor v. Cnty. of Alameda*, 411 U.S. 693, 717 (1973).[2]

## III.   ARGUMENT

### A.   Standard.

66.      Pennsylvania Rule of Civil Procedure 1531 authorizes preliminary or special injunctive relief.

67.      A party is entitled to a preliminary injunction by showing:  (1) the injunction is necessary to prevent immediate and irreparable harm that cannot be compensated adequately by damages; (2) greater injury would result from refusing the injunction than from granting it, and, concomitantly, the issuance of an injunction will not substantially harm other interested parties in the proceedings; (3) the preliminary injunction will properly restore the parties to their status as it existed immediately prior to the alleged wrongful conduct; (4) the party seeking injunctive relief has a clear right to relief and is likely to prevail on the merits; (5) the injunction is reasonably suited to abate the offending activity; and, (6) the preliminary injunction will not adversely affect the public interest."  *SEIU Healthcare Pennsylvania v. Com.*, 104 A.3d 495, 501-02 (Pa. 2014) (reversing denial of preliminary injunction).

68.      Only "reasonable grounds" need exist for a trial court to grant injunctive relief.  *See Sovereign Bank v. Harper*, 674 A.2d 1085, 1091 (Pa. Super. Ct. 1996) (citing *William v. Children's Hosp. of Pittsburgh*, 479 A.2d 452, 453 (Pa. Super. Ct. 1984)).

69.      Preliminary injunctive relief is particularly appropriately where, as here, a plaintiff credibly asserts a violation of a statute.  *See Com. ex rel. Corbett v. Snyder*, 977

---

[2] Accordingly, any effort to remove this matter to federal court would be frivolous and subject to remand.

Case ID: 241003509
Control No.: 24105617

A.2d 28, 41 (Pa. Cmwlth. 2009) (citing *Pub. Util. Comm'n v. Israel*, 52 A.2d 317 (Pa. 1947)).

70.     Plaintiff's application amply satisfies each of these requirements, which Plaintiff addresses in descending order of relative importance.

### B.     Plaintiff Has Established a Clear Right to Relief.

71.     A trial court is authorized to grant preliminary injunctions only if the court is satisfied that plaintiff's "right to relief is clear." *Santoro v. Morse*, 781 A.2d 1220, 1229 (Pa. Super. Ct. 2001).

72.      "To establish a clear right to relief, the party seeking an injunction need not prove the merits of the underlying claim, but need only demonstrate that substantial legal questions must be resolved to determine the rights of the parties." *SEIU*, 104 A.3d at 506.

73.     "Since a preliminary injunction is designed to preserve the status quo pending final resolution of the underlying issues, it is obvious that the 'clear right' requirement is not intended to mandate that one seeking a preliminary injunction establish his or her claim absolutely." *Fischer v. Dep't of Pub. Welfare*, 439 A.2d 1172, 1174 (Pa. 1982).

### 1.     Plaintiff Is Likely to Prevail on His Underlying Claim for Public Nuisance (Count I).

74.     All lotteries in Pennsylvania are regulated and conducted by the state for the benefit of public programs.  *See* 72 P.S. § 3761-101, *et seq.* (the "State Lottery Law").

75.     Any lottery not specifically authorized by law is unlawful and illegal.  18 Pa. C.S. § 5512.

Case ID: 241003509
Control No.: 24105617

76.     Under Pennsylvania law, a scheme is an unlawful lottery if it satisfies three elements:   (1) a prize to be won; (2) a winner to be determined by chance; and (3) the payment of a consideration by the player.  *See Com. v. Lane*, 363 A.2d 1271, 1272 (Pa. Super. Ct. 1976) (citing *Commonwealth v. Logan*, 94 A.2d 99 (Pa. Super. Ct. 1953)).

77.     The General Assembly has also expressly declared that unlawful lotteries are "common nuisances."  18 Pa. C.S. § 5512(a).

78.     Indisputably, America PAC and Musk are running a lottery:   (1) the prize to be won is $1 million offered by America PAC; (2) a winner is, according to Defendants, drawn at "random"; and (3) the players – citizens of Philadelphia, the Commonwealth or the other swing states Defendants have made eligible – provide at least two forms of consideration to participate and be eligible to receive the $1 million: (a) they provide personal information (*i.e.*, first and last name, email address, mailing address, and cell phone number) inputted into America PAC's electronic system; and (b) they bind their own future conduct through a pledge to support specified positions. *See Cobaugh v. Klick-Lewis, Inc.*, 385 Pa. Super. 587, 591–92 (Pa. 1989); *see also Dahar v. Grzandziel*, 599 A.2d 217, 218 (Pa. 1991); *Gottlieb v. Tropicana Hotel & Casino*, 109 F. Supp. 2d 324, 329 (E.D. Pa. 2000).  *Cf. Commonwealth v. Lund*, 15 A.2d 839 (Pa. 1940).

79.     Lotteries are highly regulated under Pennsylvania law.  *See generally* 72 P.S. § 3761-101, *et seq.*

80.     The purpose of the State Lottery Law is "to establish a  lottery to be operated by the state," the proceeds of which benefit those 65 years of age or older.  72 P.S. § 3761-101.  The State Lottery Law is also intended to "provide a means through which to curb illegal gambling operations in Pennsylvania."  *Id.*

- 18 -

Case ID: 241003509
Control No.: 24105617

81.     All lotteries not specifically authorized by law are unlawful.  18 P.S. § 5512(d).

82.     Indisputably, Defendants' lottery is unlawful.

83.     It is not authorized by Pennsylvania law and is not a state lottery under the State Lottery Law.

84.     The General Assembly has further established that all unlawful lotteries such as Defendants' is "declared to be common nuisances."  18 Pa. C.S. § 5512(a).

85.     Additionally, Defendants' lottery is harmful to residents of Philadelphia and the Commonwealth and interferes with their public rights for a host of reasons including the following:

c.   The lottery imposes a substantial danger to economic and general welfare, irreparably harms the integrity of Pennsylvania's legitimate State Lottery Law, and otherwise inflames gambling instincts and corrupts public morals among Pennsylvania citizens;

d.   The lottery is a menace to public welfare in Pennsylvania since illegal gambling has the strong potential to exploit vulnerable populations including children, the elderly, and those with limited means; and

e.   The lottery interferes with a public right to vote without undue influence and otherwise injects illegal activity into the integrity of the electoral process.  Pennsylvania voters, including voters in Philadelphia, have the right to public peace, public comfort, and public convenience to engage in the electoral process without interference from outside third parties offering the chance of a reward in exchange for providing personal information.

- 19 -

Case ID: 241003509
Control No.: 24105617

86.     Without doubt therefore, Defendants' illegal lottery causes a serious deterioration in public order, public safety, and further encourages pervasive misconduct by other parties seeking to undermine the integrity of Pennsylvania's electoral process.  *See generally* Ex. A, Verified Compl., ¶¶ 74-92.

87.     Accordingly, Defendants are liable for public nuisance because, among other things, their conduct (a) is illegal and proscribed by 18 Pa. C.S. § 5512.  *See* Restatement Second, Torts § 821B(2)(b); *see also Machipongo Land & Coal Co. v. Com.*, 799 A.2d 751, 773 (Pa. 2002) (noting that Section 821B has been "repeatedly applied" in Pennsylvania courts); and (b) has caused an unreasonable and substantial interference with a right common to the general public.  *See* Restatement (Second) of Torts § 821B.

### 2.     Plaintiff Is Likely to Prevail on His Underlying Claim for Violation of the UTPCPL (Count II).

88.     The UTPCPL prohibits [1] persons from employing [2] "unfair or deceptive acts or practices [3] in the conduct of any trade or commerce," which includes [4] "[e]ngaging in any other fraudulent or deceptive conduct which creates a likelihood of confusion or of misunderstanding."  73 P.S. §§ 201-2(4)(xxi), 201-3(a).

89.     The UTPCPL is to be "liberally construed" to effectuate its objective of protecting Pennsylvanians from unfair or deceptive practices.  *See Commonwealth v. Chesapeake Energy Corp.*, 247 A.3d 934, 936 (Pa. 2021) (internal citation and quotations omitted).

90.     Plaintiff well satisfies these elements.  *See generally* Ex. A, Verified Compl., ¶¶ 93-115.

91.     As to [1], America PAC and Musk are each a "person" under the UTPCPL. 73 P.S. § 201-2(2); *see also* Exhibit 1.

Case ID: 241003509
Control No.: 24105617

92.     As to [3], Defendants are engaging in trade or commerce.  Trade or commerce includes "the offering ... or thing of value wherever situate, and includes trade or commerce directly or indirectly affecting the people of this Commonwealth."  73 P.S. § 201-2(3).

93.     America PAC offers a thing of value to a lottery participant—$100 and a chance to win $1 million—while a participant confers a thing of value on America PAC— their personal information and data, which benefits America PAC's marketing, political campaigning, and data analytics capabilities, as well as a pledge of political support.  *See Com. by Preate v. Watson & Hughey Co.*, 563 A.2d 1276, 1282 (Pa. Cmwlth. 1989) (noting, "sweepstakes solicitations constitute the *advertising* of some *thing of value*" under the UTPCPL) (emphasis in original); *see also In re Soc. Media Adolescent Addiction/Pers. Inj. Prods. Liab. Litig.*, No. 4:23-CV-05448-YGR, 2024 WL 4532937, at *44 (N.D. Cal. Oct. 15, 2024) (providing personal information in exchange for social-media website/application use is "in the conduct of any trade or commerce" under UTPCPL and other states' consumer protection laws) (citation omitted).

94.     Defendants' trade or commerce is directly or indirectly affecting Pennsylvania residents.

95.     They offer an online lottery to Pennsylvanians, giving participants the daily chance to win $1 million in exchange for the participant signing America PAC's petition.  *See* Exhibit 13.

96.     They also offer $100 to Pennsylvania registered-voter participants who sign the petition, and $100 to petition signers referred by a participant, both amounts more than the $47 offered to petition signers in other states (Georgia, Nevada, Arizona, Michigan, Wisconsin, and North Carolina).  *Id.*

Case ID: 241003509
Control No.: 24105617

97.     Registering for America PAC's lottery causes detriment to the participant, in that a participant loses control over their personal data, which could be sold to third parties.

98.     A registrant also implicitly pledges that their name, likeness, and support to America PAC, which will be made public if the participant wins the lottery, thus forfeiting personal privacy.

99.     As to [2] and [4], Defendants' lottery employs unfair or deceptive acts prohibited by the UTPCPL, including without limitation, the deceptive conduct that creates a likelihood of confusion or misunderstanding.  Defendants engaged in unfair or deceptive acts or practices in violation of the UTPCPL by failing to:

    a.     Provide a complete set of lottery or other contest rules to all participants, with such rules being set forth clearly and conspicuously at a place where participants may readily review;

    b.     Clearly and conspicuously disclose to participants the range of payouts available and the method of winning and timing of delivery for those payouts;

    c.     Clearly and conspicuously disclose the odds of winning;

    d.     Clearly and conspicuously disclose how Defendants will store and/or use the personal data provided by the Participant during the sweepstake registration process.  The website, for example, fails to disclose any limitations or restrictions on how Defendants may use a participant's collected personal data, including their name, email address, and mailing address (other than a caveat that a participant's cell phone number will only be used to confirm identity); and

    e.     Clearly and conspicuously disclose the privacy policy applicable to the registrants.

100.     In addition, the America PAC website makes various statements that have the capacity to deceive, or are likely to deceive or confuse, a substantial portion of the public.

Case ID: 241003509
Control No.: 24105617

101.    The website makes unfair or deceptive statements concerning the supposed promise to pay $100 to participating registered-voters who sign America PAC's petition (or refer a petitioner).

102.    The website promoting the petition and lottery states:

especially freedom of speech and the right to bear arms. This program is exclusively open to registered voters in Pennsylvania, Georgia, Nevada, Arizona, Michigan, Wisconsin and North Carolina. Expires November 5.

🚨 SPECIAL OFFER FOR PENNSYLVANIA REGISTERED VOTERS 🚨

Sign this petition and get $100. Refer a petition signer and get $100.

Offer valid from time of posting through 11:59 PM on 10/28. New signers only. $100 replaces standard $47 offer (not in addition to it) To be eligible, both the referrer and the petition signer must be registered voters of Pennsylvania.

Exhibit 13.

103.    Yet, upon information and belief, Pennsylvania registered-voter participants who have signed America PAC's petition, or referred a petition signer, have not received $100 from America PAC.

104.    The foregoing conduct has the capacity to deceive, or was likely to deceive or confuse, a substantial portion of the public.  *See Gregg v. Ameriprise Fin., Inc.*, 245 A.3d 637, 649 (Pa. 2021); *see also* 73 P.S. § 201-2(4).

105.    The liability imposed under Section 201-2(3) is strict liability, as it does not depend on any particular *mens rea*.  *Gregg*, 245 A.2d at 650.

106.    As a direct result of the foregoing, Defendants have received, and will continue to receive, benefits that they would not have received if they had not engaged in violations of the UTPCPL as alleged herein.

Case ID: 241003509
Control No.: 24105617

107.     Philadelphia citizens and those across the Commonwealth have thus suffered substantial injury.

108.     Based on these violations, DA Krasner seeks an injunction requiring Defendants to cease engaging in any unfair or deceptive acts or practices in connection with their lottery. 73 P.S. § 201-4.

109.     Unless restrained by this Court, Defendants will likely continue to engage in the methods, acts, or practices that have a likelihood to deceive, mislead, and confuse the public absent the grant of an injunction.

110.     The ongoing and likely future violations by Defendants of the UTPCPL are contrary to the public interest, necessitating an injunction to restrain and prevent further misconduct by Defendants.

111.     Plaintiff is therefore likely to succeed on the merits of his two claims.

**C.      Defendants' Scheme Irreparably Harms Pennsylvania Citizens.**

112.     It has been long settled that "a violation of an express provision of a statute is *per se* irreparable harm for purposes of a preliminary injunction." *Crowe ex rel. Crowe v. Sch. Dist. of Pittsburgh*, 805 A.2d 691, 694-95 (Pa. Cmwlth. 2002); *see also SEIU*, 104 A.3d at 508-09 (irreparable harm shown where undisputed facts demonstrated a statutory violation); *Stilp v. Com.,* 910 A.2d 775, 787 (Pa. Cmwlth. 2006) (holding violations of the Pennsylvania Constitution and express statutory provisions constitutes *per se* irreparable harm), *aff'd*, 974 A.2d 491 (Pa. 2009); *Wyland v. West Shore Sch. Dist.*, 52 A.3d 572, 583 (Pa. Cmwlth. 2012); *Israel*, 52 A.2d 317; *Unified Sportsmen of Pa. v. Pa. Game Comm'n (PGC)*, 950 A.2d 1120 (Pa. Cmwlth. 2008); *Com. by Fisher v. Richard A. Cole, M.D., Inc.,* 709 A.2d 994 (Pa. Cmwlth. 1998).

113.     Defendants have plainly violated Pennsylvania law.

- 24 -

Case ID: 241003509
Control No.: 24105617

114.     As shown above, Defendants' lottery is an illegal lottery that is not authorized by statute and is a "common nuisance".

115.     The lottery therefore violates, and continues to violate, 18 Pa. C.S. § 5512. That is ample enough basis for entering the requested injunction.

116.     Defendants' violation of the UTPCPL — demonstrated, *supra* — provides a second ground.  These statutory violations are ongoing and thus constitute irreparable harm *per se.*

### D.     The Denial of Injunctive Relief Will Result in Greater Harm Than By Granting Said Relief.

117.     The Court need not consider the balance of harms because Defendants' conduct creates *per se* irreparable harm.  *See Wolk v. Sch. Dist. of Lower Merion*, 228 A.3d 595, 611 (Pa. Commw. Ct. 2020) (citing *Israel*, 52 A.2d at 321).

118.     In any event, the denial of injunctive relief would significantly harm consumers and voters across the Commonwealth due to Defendants' unlawful conduct and misrepresentations.

119.     Defendants' unlawful lottery harms Pennsylvanians because it creates or has the potential to create hazards to public health, safety, and general welfare.  Ex. A, Verified Compl., ¶ 85.

120.     Defendants' deception has further harmed the public because they have shrouded key aspects of the lottery in secrecy, including because (a) Defendants have not provided a complete set of lottery or contest rules,  including the odds of winning or how winners will be selected; (b) Defendants have not provided information about when they will make payments to participants; (c) Defendants have not provided what privacy policy, if any, will protect participants' personal information.  *Id.*  ¶¶ 64, 103.

Case ID: 241003509
Control No.: 24105617

121.     Further, Defendants appear to be making false statements about the lottery, including:  (d) Defendants say the that winners are chosen at random; yet, on information and belief, winners are not actually chosen at random; and (e) Defendants promise to pay $100 to all participating registered voters who sign America PAC's petition yet, on information and belief, Defendants have not made those payments.  *Id.* ¶ 65.

122.     America PAC's violation of the UTPCPL causes a likelihood of confusion or of misunderstanding as to the $1 million lottery prize, the compensation a participant receives for signing the petition and registering for a lottery, how and when compensation shall be paid, and the disclosures concerning the supposed payments.

123.     These violations result in substantial injury to the public and the Commonwealth by undermining laws enacted by the General Assembly to (1) protect consumers and (2) regulate unlawful lottery schemes.  *See also* 18 Pa. C.S. § 5512.

124.     By contrast, the harm of an injunction to Defendants is minimal to nonexistent.

125.     Defendants have already unlawfully acquired data from over 280,000 unsuspecting Pennsylvanians and will suffer no injury by being enjoined from further wrongdoing.  Further, there can be no harm to Defendants by being enjoined to follow state statutes enacted for the benefit and protection of the public.

### E.     A Preliminary Injunction Would Restore the Status Quo

126.     The purpose of a preliminary injunction is to prevent irreparable injury by preserving the status quo as it previously existed before the acts complained of occurred. *Duquesne Light Co. v. Longue Vue Club*, 63 A.3d 270, 278 (Pa. Super. Ct. 2013).

Case ID: 241003509
Control No.: 24105617

127.    An injunction is appropriate where it "restore[s] the parties to their status quo as it existed before the alleged wrongful conduct." *Braynman Constr. Corp. v. DOT*, 13 A.3d 925, 935 (Pa. 2011).

128.    Here, there are no impediments to restoring the *status quo*.

129.    The status quo existed prior to October 7, 2024, the date Defendants began offering cash prizes in exchange for voters' personal data.  *See* Ex. A, Verified Compl. ¶¶ 3, 28.

130.    By restraining Defendants from further operating an unlawful lottery or engaging in deceptive conduct prohibited by the UTPCPL, the requested injunction would restore the status quo.  *See Firearm Owners Against Crime v. Lower Merion Twp.*, 151 A.3d 1172, 1181 (Pa. Commw. Ct. 2016).

### F.    The Requested Injunction is Reasonably Suited to Abate the Offending Conduct.

131.    A preliminary injunction must be "reasonably suited to abate the offending activity." *See SEIU*, 104 A.3d at 509 (citation omitted).

132.    Without an injunction, Defendants can continue to operate an illegal lottery and unlawfully acquire and use consumers' personal data and engage in deceptive conduct in violation of the UTPCPL, the State Lottery Law, and 18 Pa. C.S. § 5512.

133.    Because the injunction is narrowly tailored to enjoin Defendants' wrongful conduct with respect to their illegal lottery, the requested relief is reasonably suited to abate the offending conduct.  *See Dillon v. City of Erie*, 83 A.3d 467, 474 (Pa. Cmwlth. 2014) (*en banc*) ("[T]he injunction is reasonably suited to abate the offending activity by enjoining the [unlawful conduct].").

Case ID: 241003509
Control No.: 24105617

**G.    A Preliminary Injunction Will Not Adversely Affect the Public Interest – Instead, It Will Advance the Public Interest.**

134.    "Harm to the public is an additional consideration in the issuance or denial of a preliminary injunction." *Allegheny Anesthesiology Assocs., Inc. v. Allegheny Gen. Hosp.*, 826 A.2d 886, 893 (Pa. Super. Ct. 2003).

135.    "This factor requires the court to look beyond the parties' respective interests and to gauge the injunction's potential effects on the community as a whole." *McCahon v. Pennsylvania Tpk. Comm'n*, 491 F. Supp. 2d 522, 528 (M.D. Pa. 2007).

136.    The injury to the public element is tied to the immediate and irreparable harm element a movant must show: "when the Legislature declares certain conduct to be unlawful, it is tantamount in law to calling it injurious to the public.  For one to continue such unlawful conduct constitutes irreparable injury." *Dillon*, 83 A.3d at 474 (quoting *Israel*, 52 A.2d at 317).

137.    As set forth above, Defendants' conduct is unlawful and contrary to public policy.  It is ongoing and violates multiple state statutes.  It is therefore in the public's interest to enjoin Defendants' misconduct.

Case ID: 241003509
Control No.: 24105617

WHEREFORE, for the foregoing reasons, DA Krasner respectfully requests that this Court grant this Emergency Petition for Preliminary Injunctive Relief and enjoin Defendants from operating illegal lotteries and violating the UTPCPL and the Crimes Code, 18 Pa C.S. § 5512, by entering an Order in the form attached hereto.

|  |  |
|---|---|
| | HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER |
| Dated: October 28 , 2024 | By: _/s/ John S. Summers_ |
| | John S. Summers (Atty. I.D. No. 41854) |
| | jsummers@hangley.com |
| | Andrew M. Erdlen (Atty. I.D. No. 320260) |
| | aerdlen@hangley.com |
| | One Logan Square, 27th Floor |
| | Philadelphia, PA 19103-6933 |
| | (215) 568-6200 |
| | (215) 568-0300 (facsimile) |
| | |
| | *Attorneys for Plaintiff* |

Case ID: 241003509
Control No.: 24105617

## <u>VERIFICATION</u>

I hereby verify that the statements made in the foregoing Petition for Emergency Preliminary Injunctive Relief are true and correct based upon my personal knowledge or information and belief.  I understand that false statements therein are subject to penalties of 18 Pa. C.S. § 4904, relating to unsworn falsification to authorities.

Dated:  October 27, 2024

Larry Krasner
District Attorney of Philadelphia

# EXHIBIT A

Case ID: 241003509
Control No.: 24105617

HANGLEY ARONCHICK SEGAL
PUDLIN & SCHILLER
By:  John S. Summers (Atty. I.D. No. 41854)
     jsummers@hangley.com
     Andrew M. Erdlen (Atty. I.D. No. 320260)
     aerdlen@hangley.com
One Logan Square, 27th Floor
Philadelphia, PA 19103-6933
(215) 568-6200
(215) 568-0300 (facsimile)　　　　　　*Attorneys for Plaintiff*

### IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
### FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
### CIVIL TRIAL DIVISION

| | | |
|---|---|---|
| **COMMONWEALTH OF PENNSYLVANIA,** | : | OCTOBER TERM, 2024 |
| acting by and through Philadelphia District Attorney Lawrence S. Krasner, | : | No. _____ |
| 3 S. Penn Square | : | NOT AN ARBITRATION CASE |
| Philadelphia, PA 19107, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **AMERICA PAC** | : | |
| P.O. Box 341027 | : | |
| Austin, TX 78734 | : | |
| | : | |
| and | : | |
| | : | |
| **ELON MUSK** | : | |
| 52448-54298 Boca Chica Blvd. | : | |
| Brownsville, TX 78521 | : | |
| | : | |
| Defendants. | : | |
| | : | |

### <u>NOTICE TO DEFEND – CIVIL</u>

Case ID: 241003509
Control No.: 24105617

**NOTICE** You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you. YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

**PHILADELPHIA COUNTY BAR ASSOCIATION**
LAWYER REFERRAL AND INFORMATION SERVICE, 1101 MARKET STREET, 11th FLOOR PHILADELPHIA, PENNSYLVANIA 19107 TELEPHONE: (215) 238-1701

**AVISO** Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de lan demanda y la notificacion. Hace falta asentar una comparesencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiendandes u otros derechos importantes para uted. LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIOI, VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

**ASOCIACION DE LICENCIADOR DE PHILADELPHIA** VICIO DE REFERENCIA DE INFORMACION LEGAL 1101 MARKET STREET, 11th FLOOR PHILADELPHIA, PENNSYLVANIA 19107 TELEFONO: (215) 238-1701

Case ID: 241003509
Control No.: 24105617

HANGLEY ARONCHICK SEGAL
PUDLIN & SCHILLER
By:  John S. Summers (Atty. I.D. No. 41854)
        jsummers@hangley.com
        Andrew M. Erdlen (Atty. I.D. No. 320260)
        aerdlen@hangley.com
One Logan Square, 27th Floor
Philadelphia, PA 19103-6933
(215) 568-6200
(215) 568-0300 (facsimile)          *Attorneys for Plaintiff*

**IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY**
**FIRST JUDICIAL DISTRICT OF PENNSYLVANIA**
**CIVIL TRIAL DIVISION**

| | |
|---|---|
| **COMMONWEALTH OF** : | OCTOBER TERM, 2024 |
| **PENNSYLVANIA,** : | |
| acting by and through Philadelphia District : | No. _____ |
| Attorney Lawrence S. Krasner, : | |
| 3 S. Penn Square : | NOT AN ARBITRATION CASE |
| Philadelphia, PA 19107, : | |
| : | CIVIL ACTION |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| **AMERICA PAC** : | |
| P.O. Box 341027 : | |
| Austin, TX 78734 : | |
| : | |
| and : | |
| : | |
| **ELON MUSK** : | |
| 52448-54298 Boca Chica Blvd. : | |
| Brownsville, TX 78521 : | |
| : | |
| Defendants. : | |
| : | |

**VERIFIED COMPLAINT**

Case ID: 241003509
Control No.: 24105617

Plaintiff Commonwealth of Pennsylvania, acting by and through Philadelphia District Attorney Lawrence S. Krasner ("Philadelphia District Attorney" or "DA Krasner"), brings this public enforcement action against the Defendants, America PAC and Elon Musk, pursuant to Pennsylvania nuisance law and the Pennsylvania Unfair Trade Practices and Consumer Protection Law, 73 P.S. §§ 201-1 *et seq.* ("UTPCPL"), and in support of this Verified Complaint, the Philadelphia District Attorney alleges as follows:

## I.    INTRODUCTION

1.      America PAC and Elon Musk are running an illegal lottery in Philadelphia (as well as throughout Pennsylvania).

2.      At an October 19, 2024 rally, on Musk's X platform and on America PAC's website, America PAC and Musk launched their scheme.  They announced that if a registered voter (1) turns over their personal identifying information (i.e., address, cell phone number and e-mail address) and makes a political pledge by signing a petition pledging support for "the Constitution, especially freedom of speech and the right to bear arms"; they (2) are eligible to be selected "randomly"; to (3) win $1 million.

3.      This announcement came after America PAC launched, on October 7, a "Petition in Favor of Free Speech and the Right to Bear Arms," with an offer to pay individuals—including Pennsylvania registered voters—"$47 for each registered voter you refer that signs this petition," which was later raised to $100 for Pennsylvania registered voters.

4.      In other words, America PAC and Musk are lulling Philadelphia citizens – and others in the Commonwealth (and other swing states in the upcoming election) – to give up their personal identifying information and make a political pledge in exchange for the chance to win $1 million.  That is a lottery.

Case ID: 241003509
Control No.: 24105617

5.      And it is indisputably an unlawful lottery.    Under unambiguous Pennsylvania law, all lotteries in Pennsylvania must be regulated by the Commonwealth of Pennsylvania.  The Commonwealth's lottery law establishes a lottery to be operated and administered by the state, for the benefit of those 65 years of age or older.  72 P.S. § 3761-101; 3761-303; 61 Pa. Code § 801.3.  State regulations govern many aspects of the lottery, including the procedures for claiming prizes, the use of lottery funds, and even require the disclosure of the odds of a participant's chances of winning.  *See* 61 Pa. Code § 801.1, *et seq.* (regulations).

6.      America PAC's and Musk's lottery is plainly not a lawful lottery.  Under unambiguous Pennsylvania law, moreover, the Pennsylvania General Assembly has declared that illegal lotteries are a public "nuisance" and empowered law enforcement officers such as DA Krasner to seek an injunction in court to stop them.

7.      America PAC's and Musk's illegal lottery scheme also violates the Commonwealth's consumer protection laws.  In connection with their scheme, they are deploying deceptive, vague or misleading statements that create a likelihood of confusion or misunderstanding.  For example, they have not published a complete set of lottery rules or shown how they are protecting the privacy of participants' personal information.  Also, though Musk says that a winner's selection is "random," that appears false because multiple winners that have been selected are individuals who have shown up at Trump rallies in Pennsylvania.  The General Assembly's consumer protection laws empower DA Krasner to seek an injunction to stop that misconduct as well.

8.      Running an illegal lottery and violating consumer protections is ample basis for an injunction and concluding that America PAC and Musk must be stopped, immediately, before the upcoming Presidential Election on November 5.  That is because

- 3 -

Case ID: 241003509
Control No.: 24105617

America PAC and Musk hatched their illegal lottery scheme to influence voters in that election.

9. To be clear, this is not a case about whether Defendants have violated state or federal laws prohibiting vote-buying. Instead, this case is very simple because America PAC and Musk are indisputably violating Pennsylvania's statutory prohibitions against illegal lotteries and deceiving consumers.

10. DA Krasner therefore brings this action to immediately stop America PAC and Musk from these violations of Pennsylvania law. If not enjoined, their lottery scheme will irreparably harm Philadelphians – and others in Pennsylvanians – and tarnish the public's right to a free and fair election.

## II.    JURISDICTION & VENUE

11. This Court has jurisdiction over this action pursuant to 42 Pa. C.S. § 931(a).

12. There is no federal jurisdiction over this dispute. This is a Pennsylvania law matter, not a federal question. It is for this state court to interpret the Commonwealth's laws. Additionally, there is no diversity of citizenship between the parties because Plaintiff is District Attorney Krasner, acting in the name of the Commonwealth of Pennsylvania, which is not a "citizen" that can be diverse to other citizens within the meaning of 28 U.S.C. § 1332. *Moor v. Cnty. of Alameda*, 411 U.S. 693, 717 (1973).

13. Venue is proper in Philadelphia County. That is where the cause of action arose, Pa. R. Civ. P. 1006(a)(2), 2156(a)(2), where District Attorney Krasner has the authority to bring a cause of action (a) for public nuisance to enjoin "an unreasonable interference with a right common to the general public" in Philadelphia; and (b) to enjoin unlawful methods, acts or practices under the Unfair Trade Practices and Consumer Protection Law, 73 P.S. §§ 201-1 *et seq.* ("UTPCPL") in the name of the Commonwealth.

- 4 -

Case ID: 241003509
Control No.: 24105617

14. America PAC claims it has received over 280,000 petition signers who are registered voters in Pennsylvania, and on information and belief, among those 280,000 petition signers are residents of Philadelphia County.  As alleged herein, those signers have accepted America PAC's offer to: (a)  provide their personal data in exchange for an opportunity to win the lottery; (b) provide their personal data in exchange for the $100 compensation; or (c) pay them in exchange for referring the names of others for the purpose of procuring additional individuals who will provide personal data, sign the petition, or otherwise endorse America PAC.

## III.  PARTIES

15. Plaintiff is Philadelphia District Attorney Lawrence S. Krasner, acting in the name of the Commonwealth of Pennsylvania.

16. The District Attorney is empowered to bring a cause of action for public nuisance to enjoin "an unreasonable interference with a right common to the general public" on behalf of Philadelphia's citizens.  *See Atl. Richfield Co. v. Cnty. of Montgomery*, 294 A.3d 1274, 1283 (Pa. Cmwlth. 2023) (quoting Restatement (Second) of Torts § 821B (1979)).  "All unlawful lotteries or numbers games are . . . common nuisances." 18 Pa. C.S. § 5512(a).

17. The District Attorney is expressly authorized to bring an action in the name of the Commonwealth under the UTPCPL whenever the District Attorney has reason to believe that any person is using or is about to use any method, act, or practice declared by the UTPCPL to be unlawful, and that such proceedings would be in the public interest. 73 P.S. § 201-4.

18. Defendant America PAC is a political action committee "to support candidates who champion Secure Borders, Sensible Spending, Safe Cities, Fair Justice

Case ID: 241003509
Control No.: 24105617

System, Free Speech and Self-Protection," especially the candidacy of former President Donald Trump. *See* America PAC, https://x.com/america (last visited Oct. 24, 2024); America PAC, https://theamericapac.org/ (last visited Oct. 24, 2024). This Court has personal jurisdiction over America PAC because, among other things, it is operating an illegal lottery in Pennsylvania, it is spending money in Pennsylvania targeted to influence Pennsylvania voters, it has transacted business in the Commonwealth, and it has caused harm or tortious injury by its acts or omissions inside or outside the Commonwealth. 42 Pa. C.S § 5322(a).

19.     Defendant Elon Musk is the founder of America PAC. Mr. Musk funded America PAC, is involved in America PAC's operations, made representations to Philadelphians on behalf of America PAC, and benefits from increased traffic generated by America PAC on the social media platform X, of which Mr. Musk is the majority owner. This Court has personal jurisdiction over Mr. Musk because, among other things, he has funded an illegal lottery operating in Pennsylvania, he has traveled to Pennsylvania as part of the operation of his illegal lottery, he has directed that substantial sums be spent in Philadelphia to influence Pennsylvania voters, he has transacted business in the Commonwealth, and he has caused harm or tortious injury in Pennsylvania by his acts or omissions inside or outside the Commonwealth. 42 Pa. C.S § 5322(a).

## IV.    FACTUAL ALLEGATIONS

### A.    America PAC and Musk Target Pennsylvania to Influence Pennsylvania Voters

20.     America PAC filed a statement of organization with the Federal Election Commission ("FEC") on May 22, 2024, as an "independent expenditure-only political committee" or "Super PAC," listing a P.O. Box in Austin, Texas as its business address.

Case ID: 241003509
Control No.: 24105617

*See* Exhibit 1, America PAC, Statement of Organization (May 22, 2024), *available at* https://www.fec.gov/data/committee/C00879510/?tab=filings.

21.    As of September 30, 2024, America PAC reported having spent $133,841,660 on independent expenditures to support or oppose 2024 federal candidates.  *See* Exhibit 2, PAC Profile: America PAC (Texas), Opensecrets.org (last visited Oct. 24, 2024),  https://www.opensecrets.org/political-action-committees-pacs/america-pac-texas/C00879510/summary/2024; *see also* Exhibit 3, America PAC, Committee Filings, FEC.gov (last visited Oct. 24, 2024), *available at* https://www.fec.gov/data/committee/C00879510/?tab=filings.

22.    In the daily reports filed since October 21, 2024, America PAC has disclosed millions of dollars in additional spending on political communications.

23.    On October 24, 2024, the *New York Times* reported, "Mr. Musk, the leader of Space X, Tesla and X, has already poured $75 million into a pro-Trump super PAC called America PAC," and is accelerating his spending in this final stretch before Election Day.  Exhibit 4, Theodore Schleifer, *Elon Musk Plots His Final Moves for Trump*, N.Y. Times (Oct. 24, 2024), https://www.nytimes.com/2024/10/24/us/elections/elon-musk-trump-campaign.html.

24.    According to this report, Mr. Musk is particularly focused on Pennsylvania, and a close political ally is quoted as saying, "Elon is literally campaigning every day in Pennsylvania." *Id.*

25.    Mr. Musk is also the majority owner of the social media company, X. Among its other expenditures, America PAC has spent tens of thousands of dollars advertising on X targeting swing state voters, alongside Mr. Musk's own repeated endorsements of Mr. Trump on X.  Exhibit 5, Vittoria Elliot, *Elon Musk's PAC Is Buying*

Case ID: 241003509
Control No.: 24105617

*Ads for Donald Trump on Elon Musk's X*, Wired (Oct. 21, 2024), https://www.wired.com/story/elon-musks-pac-is-buying-ads-for-donald-trump-on-elon-musks-x/.

26.     America PAC relies heavily on X to communicate with the public, posting political communications throughout each day, and the @America and @ElonMusk X handles work together to re-share and boost each other's content.

27.     X makes money in two different ways—advertising and data licensing—both of which are correlated to overall traffic to the platform.  As the majority owner, Mr. Musk personally benefits from X's revenue generation.

28.     Internet archives show that, on or about October 7, 2024, America PAC first launched a "Petition in Favor of Free Speech and the Right to Bear Arms," with an offer to pay individuals—including Pennsylvania registered voters—"$47 for each registered voter you refer that signs this petition."  That petition stated it was "exclusively open to registered voters in Pennsylvania, Georgia, Nevada, Arizona, Michigan, Wisconsin and North Carolina" and "[e]xpires October 21."  Exhibit 6, America PAC, Petition (archive from Oct. 7, 2024), *available at* https://web.archive.org/web/20241007081443/https://petition.theamericapac.org/.

### B.     Musk Travels to Pennsylvania To Announce His (Illegal) Lottery

29.     On Saturday, October 19, 2024, during an America PAC event in Harrisburg, Pennsylvania, Mr. Musk announced a "surprise" before a live crowd.  *See* Exhibit 7, America PAC (@America), "ELON MUSK: 'I have a surprise for you . . . .'" X (Oct 19, 2024, 11:06 P.M.), https://x.com/america/status/1847851986495881434; *see also* Exhibit 8, Mike Catalini, *Musk offers voters $1 million a day to sign PAC petition backing the Constitution. Is that legal?*, Associated Press (updated Oct. 20, 2024 5:10

- 8 -

Case ID: 241003509
Control No.: 24105617

P.M.), https://apnews.com/article/musk-1-million-giveaway-trump-voters-petition-b4e48acbfe04fde735e60b1911ad0197.

30.     Mr. Musk said, "we're gonna be awarding a million dollars, *randomly*, every day from now until the election," because "I figured, 'How do we get people to know about it?'" Exhibit 7, America PAC (@America), "ELON MUSK: 'I have a surprise for you . . . .'" X (emphasis added), https://x.com/america/status/1847851986495881434 (video embedded in URL).

31.     He explained that this news would "really fly" and would help publicize America PAC's petition and, in turn, the PAC's efforts to elect Donald Trump. *Id.*

32.     Mr. Musk then said that he would announce the first winner that evening, and called the name "John Dreher." *Id.*

33.     Mr. Dreher was in the audience and mounted the stage in a red MAGA hat. "By the way," Mr. Musk said, "John had no idea." *Id.*

34.     When Mr. Dreher came onto the stage to accept an oversized check, Mr. Musk asked that, in exchange for the money, "the only thing we ask" is for John to agree to be a spokesperson for America PAC. *Id.*

**C.     Musk Continues to Make Statements, including in Pennsylvania, Promoting Defendants' (Illegal) Lottery That He Says Will Operate Until Election Day**

35.     Shortly after Mr. Musk's live announcement of Mr. Dreher's lottery win on October 19, America PAC posted on X:  "Every day from now until Election Day, one registered swing state voter who signs the petition will be selected to earn $1 MILLION," and included a link to the petition on America PAC's website.  Exhibit 9, America PAC (@America), "John received $1 MILLION . . . ." X (Oct 19, 2024, 11:58 P.M.), https://x.com/america/status/1847864967816511758.

- 9 -

Case ID: 241003509
Control No.: 24105617

36.     Mr. Musk posted a similar message minutes before.  Exhibit 10, Elon Musk (@ElonMusk), "Every day, from now through Nov 5 . . . ." X (Oct 19, 2024, 11:25 P.M.), https://x.com/elonmusk/status/1847856712914555061.

37.     Then, the next day on October 20, 2024, during another America PAC event, this time in McKees Rocks, Pennsylvania, Mr. Musk conducted a second "random" drawing, selecting Kristine Fiskell as the winner, who was also in the audience that day. Exhibit 11, Adam Babetski, *Musk gives away $1 million at McKees Rocks pro-Trump rally, raising legal questions*, Pittsburgh Post-Gazette (Oct. 20, 2024, 6:36 P.M.), https://www.post-gazette.com/news/election-2024/2024/10/20/elon-musk-1-million-trump-legal-questions-pittsburgh/stories/202410200166.

**D.     The Supposed Rules of Defendants' (Illegal) Lottery**

38.     America PAC's website still includes a page with the petition and the rules of the lottery, albeit in different form than what it originally published in early October 2024.  *See* Exhibit 12 (America PAC, *Petition in Favor of Free Speech and the Right to Bear Arms* (last visited Oct. 27, 2024), https://petition.theamericapac.org/.

39.     The subject America PAC website now describes the rules of the lottery as follows:

> Each day, one petition signer from either PA, GA, NV, AZ, MI, WI, or NC will earn $1,000,000. . . . Our goal is to get 1 million registered voters in swing states to sign in support of the Constitution, especially freedom of speech and the right to bear arms.  This program is exclusively open to registered voters in Pennsylvania, Georgia, Nevada, Arizona, Michigan, Wisconsin and North Carolina.  Expires November 5.

*Id.*

40.     The description of the lottery does not say anything about agreeing to be a spokesperson for America PAC, despite what Mr. Musk told the first winner.

- 10 -

41.     As consideration to enter the lottery and "sign" the petition, a participant must provide several data points of personal information: first and last name, email address, mailing address, and cell phone number.  *Id.*

42.     A participant must then click a button that says "Sign Petition," with a space above asking for cell phone information that: "Will only be used to confirm you are the legitimate petition signer.  No other purpose."  *Id.*

43.     In addition to entering the lottery, the website provides two additional offers of compensation to registered voters in exchange for signing the petition and providing personal information, with a "Special Offer for Pennsylvania Registered Voters."  *Id.*

44.     First, the website claims that Pennsylvania registered voters will receive $100 for providing their personal data and signing the petition, which is more money than what is offered to voters in other battleground states (*e.g.*, Georgia, Nevada, Arizona, Michigan, Wisconsin, or North Carolina).

45.     Second, the website claims that a Pennsylvania participant and petition signer who refers another Pennsylvania registered voter to provide personal data and sign the America PAC petition will receive $100, which is also more money than that offered for referrals in other battleground states.

46.     Specifically, the America PAC website states:

Offer valid from time of posting through 11:59 PM on 10/28.  New signers only.  $100 replaces standard $47 offer (not in addition to it)[.] To be eligible, both the referrer and the petition signer must be registered voters of Pennsylvania.

*Id.*

Case ID: 241003509
Control No.: 24105617

47.     The petition does not provide any information about how or when compensation will be paid.

48.     In smaller print at the bottom of the petition, it states:

Each person may only sign this petition once.  Eligible people may only list one eligible person as their referrer.  Signing the petition on behalf of another person is not permitted.  Before payment is made, America PAC will verify the accuracy of all information of the referrer and referee. Payments of $600 or more will require the referrer to provide a signed IRS W-9 so an IRS 1099 can be issued.  To be eligible, both the referrer and the petition signer must be registered voters of Arizona, Michigan, Georgia, Nevada, North Carolina, Pennsylvania, or Wisconsin.

*Id.*

49.     The America PAC petition places no limitations on America PAC's use of or sale of the personal data it collects, nor does it provide any additional information about the planned use of data.  *Id.*

50.     Defendants' lottery is not authorized by state law.  Lotteries are highly regulated under Pennsylvania law.  *See generally* 72 P.S. § 3761-101, *et seq.*  The purpose of the State Lottery Law is "to establish a  lottery to be operated by the state," the proceeds of which benefit those 65 years of age or older.  72 P.S. § 3761-101.  The State Lottery Law is also intended to "provide a means through which to curb illegal gambling operations in Pennsylvania."  *Id.*   The Commonwealth Secretary of Revenue and Bureau of State Lotteries are empowered to operate and administer the lottery, including, for example, the types of lawful lotteries, the manner in which winners are selected, and the licensure of sales agents.  *Id.* § 3761-303; 61 Pa. Code § 801.3.  State regulations govern the powers and duties of the Secretary and the Director of the Bureau of State Lottery, the procedures for licensing, claiming prizes, the use of lottery funds, and further disclose the odds of a participant's chances of winning.   *See* 61 Pa. Code § 801.1, *et seq.* (regulations).  All

Case ID: 241003509
Control No.: 24105617

lotteries not specifically authorized by law are unlawful.  18 P.S. § 5512(d).  Defendant's lottery is not authorized by law and is illegal.

### E.   Defendants' Announcements of Winners of the (Illegal) Lottery

51.   Since launching on October 19, 2024, America PAC claims it awarded $1,000,000 checks to nine individuals through its lottery, four of whom live in Pennsylvania.  *Id.*  It made those awards on October 19, 20, 21, 22, 24, 25, 26, and 27, 2024.  No winner was announced on October 23.

52.   Each winner is featured on America PAC's website and X handle, and has garnered significant public and press attention.

53.   Indeed, the videos of the first and second lottery winners have garnered 27 million views and 10.9 million views, respectively, driving significant traffic to Mr. Musk's X platform.  *See* Exhibit 9, America PAC (@America), "John received $1 MILLION . . . ." X (Oct. 20, 2024, 12:58 AM), https://x.com/america/status/1847864967816511758?s=46; Exhibit 13, America PAC (@America), "Kristine was today's recipient of the $1 MILLION . . . ." X (Oct. 20, 2024, 9:49PM), https://x.com/america/status/1848179817050517567?s=46.

54.   This $1 million lottery has earned wall-to-wall media coverage of America PAC, Mr. Musk, and Mr. Trump since the lottery launched, including numerous stories in Philadelphia's newspaper of record, *The Philadelphia Inquirer*.

55.   America PAC claims it has received over 1,000,000 petition signers to date, with over 280,000 petition signers who are registered voters in Pennsylvania entering for a chance to win the $1 million prize.  Exhibit 14, America PAC (@America), "Over 280,000 registered voters in Pennsylvania signed our petition . . . ." X (Oct. 23, 2024, 1:03 P.M.), https://x.com/america/status/1849134584182485476.

- 13 -

Case ID: 241003509
Control No.: 24105617

56.     Upon information and belief, among those 280,000 petition signers are residents of Philadelphia County, who have accepted America PAC's offer to provide their personal data in exchange for an opportunity to win the lottery.

57.     Upon information and belief, among those 280,000 petition signers are residents of Philadelphia County, who have accepted America PAC's offer to provide their personal data in exchange for the $100 compensation.

58.     Upon information and belief, among those 280,000 petition signers are residents of Philadelphia County, who have accepted America PAC's offer to pay them in exchange for referring the names of others for the purpose of procuring additional individuals who will provide personal data, sign the petition, or otherwise endorse America PAC.

59.     Upon information and belief, petition signers in Pennsylvania and Philadelphia have not been paid for their personal data, despite America PAC's claims. Nor have petition signers been given any information for how or when payment will be tendered.

60.     Upon information and belief, petition signers in Pennsylvania and Philadelphia have not been paid for referring other petition signers, despite America PAC's claims. Nor have petition signers been given any information for how or when payment will be tendered.

61.     Also, on October 23, it was reported that the United States Department of Justice sent a letter notifying America PAC that the $1 million lottery could violate the federal law against paying people to register to vote.

Case ID: 241003509
Control No.: 24105617

62.     Notwithstanding, on October 24, 2024, America PAC announced two additional $1 million lottery winners.  Exhibit 15, America PAC (@America), "Jason of Holland, Michigan received $1M for signing our petition to support the Constitution . . . ." X (Oct. 24, 2024, 10:37 P.M.), https://x.com/america/status/1849641342051418536; Exhibit 16, America PAC (@America), X (Oct. 24, 2024 11:00 P.M.), https://x.com/america/status/1849647294355825052.

**F.     Defendants' Deceptive Conduct and Statements in Connection with Their Lottery**

63.     As enumerated more fully below, Defendants have engaged in conduct and made statements that are deceptive and which create a likelihood of confusion or misunderstanding.

64.     For example, Defendants have shrouded key aspects of the lottery in secrecy, including without limitation the following:

   a.   Defendants have not provided a complete set of lottery or contest rules, including the odds of winning or how winners will be selected.

   b.   Defendants have not provided information about when they will make payments to participants.

   c.   Defendants have not provided what privacy policy, if any, will protect participants' personal information

65.     Also by way of example, Defendants appear to be making false statements about the lottery, including without limitation the following:

   a.   Defendants say that the winners are chosen at random; yet, on information and belief, winners are not actually chosen at random.  For example, the October 19 and October 20 winners appear not to be chosen at random

Case ID: 241003509
Control No.: 24105617

because both just happened to live near the locations of Musk's pro-Trump rallies and both were in attendance at those rallies.

 b. Defendants promise to pay $100 to all participating registered voters who sign America PAC's petition yet, on information and belief, Defendants have not made those payments.

66. Accordingly, Defendants are operating an illegal lottery in violation of Pennsylvania statutes.

67. To be clear, it would be no defense for America PAC and Musk to argue that it was not engaging in a lottery if their scheme actually did not involve a chance or random selection of winners.  In that event, (a) they would be admitting to acting deceptively and in violation of the Commonwealth's consumer protection law; and (b) they would still be in violation of the Commonwealth's prohibition against the operation of unlawful lotteries.

### G. Plaintiff Is Entitled to Injunctive Relief

68. As alleged herein, Plaintiff has established a clear right to relief and is likely to succeed on the merits of his claims.  *See* Plaintiff's Emergency Petition for Preliminary Injunctive Relief, at ¶¶ 71-111.

69. Plaintiff and the public will be irreparably harmed if the requested injunction is not entered, including because irreparable harm *per se* exists due to Defendants' ongoing statutory violations.  *Id.* ¶¶ 112-16.

70. The denial of injunctive relief will result in greater harm than by granting injunctive relief.  *Id.* ¶¶ 117-25.

71. The requested preliminary injunction will restore the status quo.  *Id.* ¶¶ 126-30.

Case ID: 241003509
Control No.: 24105617

72.     The requested injunction is reasonably suited to abate the offending conduct.  *Id.* ¶¶ 131-33.

73.     An injunction will not adversely affect the public interest; to the contrary, it will advance the public interest.  *Id.* ¶¶ 134-37.

<div align="center">

**COUNT I**
**PUBLIC NUISANCE**

</div>

74.     DA Krasner incorporates herein the preceding paragraphs of this Complaint.

75.     All lotteries in Pennsylvania are regulated and conducted by the state for the benefit of public programs.  *See* 72 P.S. § 3761-101, *et seq.* (the "State Lottery Law"). Any lottery not specifically authorized by law is unlawful and illegal.  18 Pa. C.S. § 5512(d).

76.     Under Pennsylvania law, a scheme is an unlawful lottery if it satisfies three elements:  (1) a prize to be won; (2) a winner to be determined by chance; and (3) the payment of a consideration by the player. *Com. v. Lane*, 363 A.2d 1271, 1272 (Pa. Super. Ct. 1976).

77.     The General Assembly has also expressly declared that unlawful lotteries are "common nuisances."  18 Pa. C.S. § 5512(a).

78.     America PAC and Musk's lottery described above is an illegal lottery.

79.      Specifically:  (1) the prize to be won in the lottery is $1 million offered by America PAC; (2) a winner is, according to Defendants, drawn at random; and (3) the players – citizens of Philadelphia and other citizens of the Commonwealth – provide at least two forms of consideration to participate and be eligible to receive the $1 million: (a) they provide personal information (*i.e.*, first and last name, email address, mailing

<div align="center">

- 17 -

</div>

Case ID: 241003509
Control No.: 24105617

address, and cell phone number) inputted into America PAC's electronic system; and (b) they bind their own future conduct through a pledge to support specified positions.

80.     Lotteries are highly regulated under Pennsylvania law.  *See generally* 72 P.S. § 3761-101, *et seq.*  The purpose of the State Lottery Law is "to establish a  lottery to be operated by the state," the proceeds of which benefit those 65 years of age or older.  72 P.S. § 3761-101.  The State Lottery Law is also intended to "provide a means through which to curb illegal gambling operations in Pennsylvania."  *Id.*   All lotteries not specifically authorized by law are unlawful.  18 P.S. § 5512(d).

81.     Defendants' lottery is not authorized by Pennsylvania law and is unlawful.

82.     Defendants' lottery and its creation, maintenance, promotion and operation is also a common nuisance.  18 Pa. C.S. § 5512(a).

83.     Defendants have created, maintained, published, advertised, promoted and operated, or participated in the creation, maintenance, promotion and operation of the illegal lottery.

84.     Defendants' creation, maintenance, promotion and operation of the lottery is harmful to residents of Philadelphia and the Commonwealth and interferes with their public rights.

85.     Defendants' conduct alleged above creates or has the potential to create hazards to public health, safety, and general welfare.

86.     Among other things:

   a. The lottery imposes a substantial danger to economic and general welfare, irreparably harms the integrity of Pennsylvania's legitimate State Lottery, and otherwise inflames gambling instincts and corrupts public morals among Pennsylvania citizens.

Case ID: 241003509
Control No.: 24105617

b.  The lottery is a menace to public welfare in Pennsylvania since illegal gambling has the strong potential to exploit vulnerable populations including children, the elderly, and those with limited means.

c.  The lottery interferes with a public right to vote without undue influence and otherwise injects illegal activity into the integrity of the electoral process.  Pennsylvania voters, including voters in Philadelphia, have the right to public peace, public comfort, and public convenience to engage in the electoral process without interference from outside third parties offering the chance of a reward in exchange for providing personal information.

87.  As a result, Defendants' illegal lottery causes a serious deterioration in public order, public safety, and further encourages pervasive misconduct by other parties seeking to undermine the integrity of Pennsylvania's electoral process.

88.  Defendants are liable for public nuisance because their conduct has caused an unreasonable and substantial interference with a right common to the general public. *See* Restatement (Second) of Torts § 821B.

89.  Defendants are also liable for public nuisance because their conduct is illegal and proscribed by 18 Pa. C.S. § 5512.  *See* Restatement Second, Torts § 821B(2)(b).

90.  The public nuisance created by Defendants' actions is substantial and unreasonable.

91.  Defendants knew, or should have known, that their promotion and operation of an illegal lottery not authorized by state law would create a public nuisance by injecting instability into Pennsylvania's electoral process.

Case ID: 241003509
Control No.: 24105617

92.     The Philadelphia District Attorney sues on behalf of the Commonwealth in his public capacity for all appropriate injunctive and mandatory relief to abate the ongoing public nuisance.

**WHEREFORE**, Plaintiff demands judgment against Defendants, for the following:

     a.  Injunctive relief prohibiting Defendants America PAC and Musk from creating, maintaining, operating, or participating in the creation, maintenance, operation of their lottery;

     b.  Abatement of the public nuisance; and

     c.  Such other and further relief as the Court deems just and proper.

## <u>COUNT II</u>
## VIOLATION OF PENNSYLVANIA UNFAIR TRADE PRACTICES AND CONSUMER PROTECTION LAW, 73 P.S. §§ 201-1 to 201-9.3 ("UTPCPL")

93.     DA Krasner incorporates herein all of the preceding paragraphs of this Complaint.

94.     The UTPCPL prohibits [1] persons from employing [2] "unfair or deceptive acts or practices [3] in the conduct of any trade or commerce," which includes [4] "[e]ngaging in any other fraudulent or deceptive conduct which creates a likelihood of confusion or of misunderstanding." 73 P.S. §§ 201-2(4)(xxi), 201-3(a).

95.     Defendants' conduct alleged in this Complaint constitutes trade or commerce under the UTPCPL. 73 P.S. § 201-2(3).

96.     The UTPCPL is to be "liberally construed" to effectuate its objective of protecting Pennsylvanians from unfair or deceptive practices. *See Commonwealth v. Chesapeake Energy Corp.*, 247 A.3d 934, 936 (Pa. 2021) (internal citation and quotations omitted).

Case ID: 241003509
Control No.: 24105617

97.     As to [1], America PAC and Musk are each a "person" under the UTPCPL. 73 P.S. § 201-2(2); *see also* Exhibit 1.

98.     As to [3], Defendants are engaging in trade or commerce. Trade or commerce includes  "the offering ... or thing of value wherever situate, and includes trade or commerce directly or indirectly affecting the people of this Commonwealth." 73 P.S. § 201-2(3).

99.     America PAC offers a thing of value to a lottery participant—$100 and a chance to win $1 million—while a participant confers a thing of value on America PAC— their personal information and data, which benefits America PAC's marketing, political campaigning, and data analytics capabilities, as well as a pledge of political support.  *See Com. by Preate v. Watson & Hughey Co.*, 563 A.2d 1276, 1282 (Pa. Cmwlth. 1989) (noting, "sweepstakes solicitations constitute the *advertising* of some *thing of value*" under the UTPCPL) (emphasis in original); *see also In re Soc. Media Adolescent Addiction/Pers. Inj. Prods. Liab. Litig.*, No. 4:23-CV-05448-YGR, 2024 WL 4532937, at *44 (N.D. Cal. Oct. 15, 2024) (providing personal information in exchange for social-media website/application use is "in the conduct of any trade or commerce" under UTPCPL and other states' consumer protection laws) (citation omitted).

100.    Defendants' trade or commerce is directly or indirectly affecting Pennsylvania residents.   They offer an online lottery to Pennsylvanians, giving participants the daily chance to win $1 million in exchange for the participant signing America PAC's petition.  *See* Exhibit 12.  They also offer $100 to Pennsylvania registered-voter participants who sign the petition, and $100 to petition signers referred by a participant, both amounts more than the $47 offered to petition signers in other states (Georgia, Nevada, Arizona, Michigan, Wisconsin, and North Carolina).  *Id.*

Case ID: 241003509
Control No.: 24105617

101.     Registering for America PAC's lottery causes detriment to the participant, in that a participant loses control over their personal data, which could be sold to third parties.  A registrant also implicitly pledges that their name, likeness, and support to America PAC, which will be made public if the participant wins the lottery, thus forfeiting personal privacy.

102.     As to [2] and [4], Defendants' lottery employs unfair or deceptive acts prohibited by the UTPCPL, including without limitation, the deceptive conduct that creates a likelihood of confusion or misunderstanding.  73 P.S. §§ 201-2(4)(xxi), 201-3(a).

103.     Defendants engaged in unfair or deceptive acts or practices in violation of the UTPCPL by failing to:

    a.    Provide a complete set of lottery or other contest rules to all participants, with such rules being set forth clearly and conspicuously at a place where participants may readily review;

    b.    Clearly and conspicuously disclose to participants the range of payouts available and the method of winning and timing of delivery for those payouts;

    c.    Clearly and conspicuously disclose the odds of winning;

    d.    Clearly and conspicuously disclose how Defendants will store and/or use the personal data provided by the Participant during the sweepstake registration process.  The website, for example, fails to disclose any limitations or restrictions on how Defendants may use participants' collected personal data, including their name, email address, and mailing address (other than a caveat that a participant's cell phone number will only be used to confirm identity); and

    e.    Clearly and conspicuously disclose the privacy policy applicable to the registrants.

104.     In addition, the America PAC website makes various statements that have the capacity to deceive, or are likely to deceive or confuse, a substantial portion of the public.

Case ID: 241003509
Control No.: 24105617

105.    The website makes unfair or deceptive statements concerning the supposed promise to pay $100 to participating registered-voters who sign America PAC's petition (or refer a petitioner).

106.    The website promoting the petition and lottery states:

especially freedom of speech and the right to bear arms. This program is exclusively open to registered voters in Pennsylvania, Georgia, Nevada, Arizona, Michigan, Wisconsin and North Carolina. Expires November 5.

🚨 SPECIAL OFFER FOR PENNSYLVANIA REGISTERED VOTERS 🚨

Sign this petition and get $100. Refer a petition signer and get $100.

Offer valid from time of posting through 11:59 PM on 10/28. New signers only. $100 replaces standard $47 offer (not in addition to it) To be eligible, both the referrer and the petition signer must be registered voters of Pennsylvania.

Exhibit 12.

107.    Yet, upon information and belief, Pennsylvania registered-voter participants who have signed America PAC's petition, or referred a petition signer, have not received $100 from America PAC.

108.    The foregoing conduct has the capacity to deceive, or was likely to deceive or confuse, a substantial portion of the public.  *See Gregg v. Ameriprise Fin., Inc.*, 245 A.3d 637, 649 (Pa. 2021); *see also* 73 P.S. § 201-2(4).

109.    The liability imposed under Section 201-2(3) is strict liability, as it does not depend on any particular *mens rea*.  *Gregg*, 245 A.2d at 650.

110.    As a direct result of the foregoing, Defendants have received, and will continue to receive, benefits that they would not have received if they had not engaged in violations of the UTPCPL as alleged herein.

Case ID: 241003509
Control No.: 24105617

111.    As a direct result of the foregoing, Philadelphia citizens and those across the Commonwealth have suffered substantial injury.

112.    The General Assembly authorizes District Attorneys such as DA Krasner to seek injunctive relief for violations of the UTPCPL.  73 P.S. § 201-4.

113.    DA Krasner seeks an injunction requiring the Defendants cease in engaging in any unfair or deceptive acts or practices in connection with their lottery.

114.    Unless restrained by this Court, Defendants will likely continue to engage in the methods, acts, or practices that have a likelihood to deceive, mislead, and confuse the public, absent the grant of an injunction.

115.    The ongoing and likely future violations by Defendants of the UTPCPL are contrary to the public interest, necessitating an injunction to restrain and prevent further misconduct by Defendants.

**WHEREFORE**, Plaintiff demands judgment against Defendants, for the following:

     a.  Injunctive relief prohibiting Defendants America PAC and Musk from engaging in any unfair or deceptive acts or practices in connection with their lottery;  and

     b.  Such other and further relief as the Court deems just and proper.

Case ID: 241003509
Control No.: 24105617

HANGLEY ARONCHICK SEGAL PUDLIN
& SCHILLER

Dated:  October 28, 2024          By:  */s/ John S. Summers*
                                            John S. Summers (Atty. I.D. No. 41854)
                                            jsummers@hangley.com
                                            Andrew M. Erdlen (Atty. I.D. No. 320260)
                                            aerdlen@hangley.com
One Logan Square, 27th Floor
Philadelphia, PA 19103-6933
(215) 568-6200
(215) 568-0300 (facsimile)

*Attorneys for Plaintiff*

- 25 -

Case ID: 241003509
Control No.: 24105617

## **VERIFICATION**

I hereby verify that the statements made in the foregoing Complaint are true and correct based upon my personal knowledge or information and belief. I understand that false statements therein are subject to penalties of 18 Pa. C.S. § 4904, relating to unsworn falsification to authorities.

Dated: October 27, 2024

_____
Larry Krasner
District Attorney of Philadelphia

# EXHIBIT 1

Case ID: 241003509
Control No.: 24105617

# STATEMENT OF ORGANIZATION

**FEC FORM 1**

Office Use Only

1. NAME OF COMMITTEE (in full)    ☐ (Check if name is changed)    Example: If typing, type over the lines.    `12FE4M5`

**AMERICA PAC**

ADDRESS (number and street)    P.O. BOX 341027

☐ ◀ (Check if address is changed)

AUSTIN     CITY ▲     TX   STATE ▲    78734   –   ZIP CODE ▲

COMMITTEE'S E-MAIL ADDRESS

☐ ◀ (Check if address is changed)    compliance@rightsidecompliance.com

Optional Second E-Mail Address

COMMITTEE'S WEB PAGE ADDRESS (URL)

☐ ◀ (Check if address is changed)

2. DATE    M M `05` / D D `22` / Y Y Y Y `2024`

3. FEC IDENTIFICATION NUMBER ▶   C `C00879510`

4. IS THIS STATEMENT   ☒ NEW (N)    **OR**    ☐ AMENDED (A)

I certify that I have examined this Statement and to the best of my knowledge and belief it is true, correct and complete.

Type or Print Name of Treasurer    GOBER, CHRIS, , ,

Signature of Treasurer    GOBER, CHRIS, , ,     Date   M M `05` / D D `22` / Y Y Y Y `2024`

NOTE: Submission of false, erroneous, or incomplete information may subject the person signing this Statement to the penalties of 52 U.S.C. §30109. ANY CHANGE IN INFORMATION SHOULD BE REPORTED WITHIN 10 DAYS.

Office Use Only

**For further information contact:**
Federal Election Commission
Toll Free 800-424-9530
Local 202-694-1100

**FEC FORM 1**
(Revised 06/2012)

Case ID: 241003509
Control No.: 24105617

FEC **Form 1** (Revised 03/2022)                                                                                                Page **2**

5.   TYPE OF COMMITTEE:

**Candidate Committee:**

(a) [ ]   This committee is a principal campaign committee. (Complete the candidate information below.)

(b) [ ]   This committee is an authorized committee, and is NOT a principal campaign committee. (Complete the candidate information below.)

Name of Candidate [                    ]

Candidate Party Affiliation [        ]   Office Sought: [ ] House   [ ] Senate   [ ] President   State [   ]   District [   ]

(c) [ ]   This committee supports/opposes only one candidate, and is NOT an authorized committee.

Name of Candidate [                    ]

**Party Committee:**

(d) [ ]   This committee is a [        ] (National, State or subordinate) committee of the [        ] (Democratic, Republican, etc.) Party

**Political Action Committee (PAC):**

(e) [ ]   This committee is a separate segregated fund. (Identify connected organization on line 6.) Its connected organization is a:

[ ] Corporation          [ ] Corporation w/o Capital Stock          [ ] Labor Organization

[ ] Membership Organization     [ ] Trade Association               [ ] Cooperative

[ ] In addition, this committee is a Lobbyist/Registrant PAC.

(f) [ ]   This committee supports/opposes more than one Federal candidate, and is NOT a separate segregated fund or party committee. (i.e., nonconnected committee)

[ ] In addition, this committee is a Lobbyist/Registrant PAC.

[ ] In addition, this committee is a Leadership PAC. (Identify sponsor on line 6.)

(g) [X]   This committee is an independent expenditure-only political committee (Super PAC).

[ ] In addition, this committee is a Lobbyist/Registrant PAC.

(h) [ ]   This committee is a political committee with both contribution and non-contribution accounts (Hybrid PAC).

[ ] In addition, this committee is a Lobbyist/Registrant PAC.

**Joint Fundraising Representative:**

(i) [ ]   This committee collects contributions, pays fundraising expenses and disburses net proceeds for two or more political committees/organizations, at least one of which is an authorized committee of a federal candidate.

(j) [ ]   This committee collects contributions, pays fundraising expenses and disburses net proceeds for two or more political committees/organizations, none of which is an authorized committee of a federal candidate.

Committees Participating in Joint Fundraiser

1. [                    ]          C [                ]

2. [                    ]          C [                ]

FEC **Form 1** (Revised 02/2009)                                      Page **3**

Write or Type Committee Name

# AMERICA PAC

6.  **Name of Any Connected Organization, Affiliated Committee, Joint Fundraising Representative, or Leadership PAC Sponsor**

NONE

Mailing Address

CITY ▲          STATE ▲          ZIP CODE ▲

Relationship:  ☐ Connected Organization   ☐ Affiliated Organization   ☐ Joint Fundraising Representative   ☐ Leadership PAC Sponsor

---

7.  **Custodian of Records:** Identify by name, address (phone number -- optional) and position of the person in possession of committee books and records.

Full Name        GOBER, CHRIS, , ,

Mailing Address        P.O. BOX 341027

AUSTIN                          TX        78734

CITY ▲          STATE ▲          ZIP CODE ▲

Title or Position ▼

TRESURER                          Telephone number

---

8.  **Treasurer:** List the name and address (phone number -- optional) of the treasurer of the committee; and the name and address of any designated agent (e.g., assistant treasurer).

Full Name
of Treasurer        GOBER, CHRIS, , ,

Mailing Address        P.O. BOX 341027

AUSTIN                          TX        78734

CITY ▲          STATE ▲          ZIP CODE ▲

Title or Position ▼

TRESURER                          Telephone number

FEC **Form 1** (Revised 02/2009)                                                                 Page **4**

Full Name of
Designated
Agent

Mailing Address

CITY ▲                                        STATE ▲                ZIP CODE ▲

Title or Position ▼

Telephone number

---

9.  **Banks or Other Depositories:** List all banks or other depositories in which the committee deposits funds, holds accounts, rents safety deposit boxes or maintains funds.

Name of Bank, Depository, etc.

CHAIN BRIDGE BANK

Mailing Address

1445A LAUGHLIN AVE

MCLEAN                                        VA           22101

CITY ▲                                        STATE ▲        ZIP CODE ▲

Name of Bank, Depository, etc.

Mailing Address

CITY ▲                                        STATE ▲        ZIP CODE ▲

# EXHIBIT 2

Case ID: 241003509
Control No.: 24105617

Home    PACs    Summary

# PAC Profile: America PAC (Texas)

Summary

Search for a PAC

DONATE

**NOTE:** *This committee is a single-candidate super PAC in support of **Donald Trump (R)**.*
 View its full profile in our Outside Spending section.

Case ID: 241003509
Control No.: 24105617

**Spending by Election Cycle**



Select a cycle:  2024

DONATE

**PAC Summary Data, 2023-2024**

| | |
|---|---|
| Total Raised | $83,700,020 |
| Total Spent | $79,701,381 |
| Begin Cash on Hand | $0 |
| End Cash on Hand Receipts | $3,998,639 |
| Debts | $0 |

Case ID: 241003509
Control No.: 24105617

| Independent Expenditures | $137,706,490 |
|---|---|
| Date of Last Report | September 30, 2024 |

## PAC Contribution Data, 2023-2024

| Contributions from this PAC to federal candidates | $0 |
|---|---|
| Contributions to this PAC from individual donors of $200 or more | $83,700,000 |

DONATE

## PAC Registration Details

| Official PAC Name: | **AMERICA PAC** |
|---|---|
| Location: | AUSTIN , TX 78734 |
| Industry: | Republican/Conservative; Republican/Conservative |
| Treasurer: | GOBER, CHRIS |

*(Look up the documents filed at the FEC)*

Case ID: 241003509
Control No.: 24105617

FEC Committee ID:        C00879510

*(Look up the documents filed at the FEC)*

*Based on data released by the Federal Election Commission on `October 26, 2024` except for independent expenditure and communication cost, contributions to federal candidates, and contributions from individual donor data, which were released by the Federal Election Commission on `October 17, 2024`.

Feel free to distribute or cite this material, but please credit OpenSecrets. For permission to reprint for commercial uses, such as textbooks, contact OpenSecrets: info@opensecrets.org

DONATE

## We follow the money. You make it possible.

| $35 | $50 | $100 | Other |

## Count Cash & Make Change

Sign up for our newsletter to track money's influence on U.S. elections and public policy.

Email address          **SIGN UP**

Case ID: 241003509
Control No.: 24105617

**DONATE TODAY**

**open**secrets

**Contact** →

**Donate** →

**Buy Custom Data** →

A 501(c)(3) tax-exempt, charitable organization

1100 13th Street, NW, Suite 800 Washington, DC 20005

(202) 857-0044

**press@opensecrets.org**
**info@opensecrets.org**
**Privacy Policy**

DONATE

Subscribe to our newsletter

| Email address | Sign Up |



Case ID: 241003509
Control No.: 24105617

**opensecrets**

Except in the Revolving Door section, content on this site is licensed under a Creative Commons Attribution-Noncommercial-Share Alike 3.0 United States License by OpenSecrets.org. To request permission for commercial use, <u>please contact us</u>.

DONATE

Case ID: 241003509
Control No.: 24105617

# EXHIBIT 3

Case ID: 241003509
Control No.: 24105617

An official website of the United States government
[Here's how you know](#)

Home › Campaign finance data › Committee profiles › AMERICA PAC

# AMERICA PAC

**ACTIVE - QUARTERLY**

**SUPER PAC (INDEPENDENT EXPENDITURE-ONLY) - UNAUTHORIZED**

**ID: C00879510**

**REGISTRATION DATE: MAY 22, 2024**

## Committee filings

**TWO-YEAR PERIOD**

| 2023–2024 |
|-----------|

Case ID: 241003509
Control No.: 24105617

## Raw electronic filings

[ Filter this data ]

---

[ Filed on or after: 10/24/2024 ]

| Document | | Coverage start date | Coverage end date | Date filed | Image number |
|---|---|---|---|---|---|
| F24N | [ \| ] | | | 10/26/2024, 8:00pm | 202410269719660481 |
| F24N | [ \| ] | | | 10/25/2024, 10:00pm | 202410259719659250 |
| F24N | [ \| ] | | | 10/24/2024, 10:00pm | 202410249719229761 |
| PRE-GENERAL 2024 | [ \| ] | 10/01/2024 | 10/16/2024 | 10/24/2024, 10:00pm | 202410249719229537 |

Results per page: [ 100 ]

Showing 1 to 4 of 4 entries

◄ ▬▬▬▬▬▬▬▬▬▬ ►

*This data has not yet been categorized and coded by the FEC. It's pulled directly from a filer's raw, electronic reports. It doesn't include paper filings.*

Case ID: 241003509
Control No.: 24105617

## Regularly filed reports

| Filter this data |
| --- |

---

| Report year: 2023–2024 |
| --- |

| Document | Version | Coverage start date | Coverage end date | Date filed | Pages |
|---|---|---|---|---|---|
| PRE-GENERAL 2024 \| Original | Current version FEC-1841918 | 10/01/2024 | 10/16/2024 | 10/24/2024 | 224 |
| OCTOBER QUARTERLY 2024 \| Original | Current version FEC-1829340 | 07/01/2024 | 09/30/2024 | 10/15/2024 | 220 |
| JULY QUARTERLY 2024 \| Amendment 1 | Current version FEC-1821798 | 04/01/2024 | 06/30/2024 | 10/09/2024 | 21 |
| RFAI: JULY QUARTERLY 2024 | Not applicable | 04/01/2024 | 06/30/2024 | 10/08/2024 | 2 |
| JULY QUARTERLY 2024 \| Original | Past version FEC-1801554 | 04/01/2024 | 06/30/2024 | 07/15/2024 | 21 |

Results per page: 100

Showing 1 to 5 of 5 entries

Case ID: 241003509
Control No.: 24105617

## 24- and 48-hour reports

> [ Filter this data ]

---

[ Report year: 2023–2024 ]

| Document | Version | Date filed | Image number | Pages |
|---|---|---|---|---|
| 24-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Original | Current version FEC-1842943 | 10/25/2024 | 202410259719659250 | 18 |
| 24-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Original | Current version FEC-1841919 | 10/24/2024 | 202410249719229761 | 23 |
| 24-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Original | Current version FEC-1837740 | 10/23/2024 | 202410239710173750 | 18 |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Amendment 1 | Current version FEC-1834997 | 10/22/2024 | 202410229710074712 | 37 |
| 24-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Original | Current version FEC-1836096 | 10/22/2024 | 202410229710108747 | 16 |
| 24-HOUR REPORT OF INDEPENDENT | Current version FEC-1834811 | 10/21/2024 | 202410219710042981 | 3 |

Case ID: 241003509
Control No.: 24105617

| Document | Version | | Date filed | Image number | Pages |
|---|---|---|---|---|---|
| EXPENDITURES 2024 | Original | | | | | |
| 24-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 | Original | | Current version FEC-1833870 | 10/20/2024 | 202410209709494297 | 2 |
| 24-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 | Original | | Current version FEC-1832369 | 10/18/2024 | 202410189699218435 | 8 |
| 24-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 | Original | | Current version FEC-1831043 | 10/17/2024 | 202410179698612620 | 8 |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 | Original | | Current version FEC-1830317 | 10/16/2024 | 202410169698580922 | 24 |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 | Original | | Current version FEC-1829344 | 10/15/2024 | 202410159698271500 | 39 |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 | Original | | Current version FEC-1823368 | 10/11/2024 | 202410119684893666 | 23 |
| 48-HOUR REPORT OF | | | Current version FEC-1822625 | 10/10/2024 | 202410109684864353 | 14 |

Case ID: 241003509
Control No.: 24105617

| Document | Version | | Date filed | Image number | Pages |
|---|---|---|---|---|---|
| INDEPENDENT EXPENDITURES 2024 | Original | | | | | |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 | Original | Current version FEC-1822113 | | 10/09/2024 | 202410099684850384 | 27 |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 | Original | Current version FEC-1821581 | | 10/08/2024 | 202410089684825962 | 2 |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 | Amendment 1 | Current version FEC-1820904 | | 10/07/2024 | 202410079684802141 | 22 |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 | Original | Current version FEC-1821149 | | 10/07/2024 | 202410079684811278 | 6 |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 | Original | Current version FEC-1820790 | | 10/06/2024 | 202410069684800326 | 1 |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 | Original | Past version FEC-1820534 | | 10/04/2024 | 202410049684794501 | 37 |

Case ID: 241003509
Control No.: 24105617

| Document | Version | Date filed | Image number | Pages |
|---|---|---|---|---|
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Original | Current version FEC-1819531 | 10/01/2024 | 202410019684775202 | 26 |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Original | Current version FEC-1818949 | 09/27/2024 | 202409279684754301 | 1 |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Original | Current version FEC-1818789 | 09/26/2024 | 202409269684737411 | 6 |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Original | Current version FEC-1818639 | 09/25/2024 | 202409259684727888 | 25 |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Original | Current version FEC-1818353 | 09/23/2024 | 202409239684692838 | 13 |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Original | Current version FEC-1818053 | 09/20/2024 | 202409209684600041 | 7 |

| Document | | Version | Date filed | Image number | Pages |
|---|---|---|---|---|---|
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Original | | Current version FEC-1816435 | 09/18/2024 | 202409189675526201 | 13 |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Original | | Current version FEC-1816114 | 09/17/2024 | 202409179675516707 | 11 |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Original | | Past version FEC-1815849 | 09/16/2024 | 202409169675489127 | 22 |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Amendment 1 | | Current version FEC-1815847 | 09/16/2024 | 202409169675489116 | 7 |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Original | | Past version FEC-1815513 | 09/13/2024 | 202409139675461258 | 7 |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Original | | Current version FEC-1814801 | 09/10/2024 | 202409109675405075 | 2 |
| 48-HOUR REPORT OF INDEPENDENT | | Current version FEC-1814349 | 09/06/2024 | 202409069675373752 | 12 |

Case ID: 241003509
Control No.: 24105617

| Document | Version | Date filed | Image number | Pages |
|---|---|---|---|---|
| EXPENDITURES 2024 | Original | | | | |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 | Original | Current version FEC-1814182 | 09/05/2024 | 202409059675370809 | 4 |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 | Original | Current version FEC-1813797 | 09/03/2024 | 202409039675343015 | 8 |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 | Original | Current version FEC-1813296 | 08/28/2024 | 202408289675291561 | 3 |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 | Original | Current version FEC-1813168 | 08/27/2024 | 202408279675289346 | 4 |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 | Original | Current version FEC-1812893 | 08/23/2024 | 202408239675273892 | 2 |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 | Original | Current version FEC-1812776 | 08/22/2024 | 202408229675254471 | 3 |
| 48-HOUR REPORT OF | Current version FEC-1812528 | 08/21/2024 | 202408219675243250 | 10 |

Case ID: 241003509
Control No.: 24105617

| Document | Version | Date filed | Image number | Pages |
|---|---|---|---|---|
| INDEPENDENT EXPENDITURES 2024 | Original | | | | |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 | Original | Current version FEC-1811119 | 08/19/2024 | 202408199666448430 | 5 |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 | Original | Current version FEC-1810030 | 08/14/2024 | 202408149666193026 | 14 |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 | Original | Current version FEC-1810029 | 08/14/2024 | 202408149666193025 | 1 |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 | Original | Current version FEC-1804670 | 07/19/2024 | 202407199661391715 | 2 |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 | Original | Current version FEC-1803268 | 07/17/2024 | 202407179661211851 | 2 |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 | Original | Current version FEC-1795660 | 07/10/2024 | 202407109652768795 | 1 |

Case ID: 241003509
Control No.: 24105617

| Document | | Version | Date filed | Image number | Pages |
|---|---|---|---|---|---|
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Original | | Current version FEC-1794047 | 07/05/2024 | 202407059652570702 | 4 |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Original | | Current version FEC-1792687 | 06/28/2024 | 202406289652545655 | 1 |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Original | | Current version FEC-1792466 | 06/26/2024 | 202406269652500284 | 2 |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Original | | Current version FEC-1790519 | 06/19/2024 | 202406199649250624 | 1 |
| 48-HOUR REPORT OF INDEPENDENT EXPENDITURES 2024 \| Original | | Current version FEC-1788741 | 06/12/2024 | 202406129648936735 | 3 |

Results per page:  100

Showing 1 to 50 of 50 entries

Case ID: 241003509
Control No.: 24105617

## Statements of organization

Filter this data

Report year: 2023–2024

| Document | Version | Date filed | Image number | Pages |
|---|---|---|---|---|
| Statement of Organization 2024 \| Amendment | Current version FEC-1835649 | 10/22/2024 | 202410229710092564 | 4 |
| Statement of Organization 2024 \| Amendment | Past version FEC-1806789 | 07/29/2024 | 202407299665755748 | 4 |
| Statement of Organization 2024 \| Original | Past version FEC-1785640 | 05/22/2024 | 202405229648717756 | 4 |

Results per page: 100

Showing 1 to 3 of 3 entries

## Other documents

Filter this data

Report year: 2023–2024

| Document | Version | Date filed | Image number | Pages |
|---|---|---|---|---|
| Miscellaneous Report to FEC 2024 | Current version FEC-1821802 | 10/09/2024 | 202410099684835465 | 1 |

Results per page: 100

Showing 1 to 1 of 1 entries

Case ID: 241003509
Control No.: 24105617

# EXHIBIT 4

Case ID: 241003509
Control No.: 24105617

# *Elon Musk Plots His Final Moves for Trump*

With less than two weeks until Election Day, the richest person in the world is throwing himself into the effort to elect the former president.

 ▶  **Listen to this article · 7:23 min**  <u>Learn more</u>



**By Theodore Schleifer**

Theodore Schleifer has been writing about Elon Musk and his super PAC since the summer.

Oct. 24, 2024

He dined with Rupert Murdoch and a handful of other billionaires, for Donald Trump.

He intends to appear at Madison Square Garden this weekend, for Donald Trump.

He is planning future speeches and possibly a campaign push in Wisconsin, for Donald Trump.

He is donating "substantial" amounts of money to a super PAC focused on Hispanic turnout, for Donald Trump.

With less than two weeks left before Election Day, Elon Musk, the world's richest person, has grown only more frenzied in his efforts to help elect the former president. Mr. Musk has emerged as a central character of the campaign's closing days, so much so that Gov. Tim Walz of Minnesota, Vice President Kamala Harris's running mate, referred to him this week as Mr. Trump's true "running mate."

Case ID: 241003509
Control No.: 24105617

Mr. Musk, the leader of Space X, Tesla and X, has already poured $75 million into a pro-Trump super PAC called America PAC. But his efforts in recent weeks have become more labor intensive — and more expensive.

Tony Gonzales, the Republican congressman from Texas whose allied super PAC he said he expected would receive the "substantial" gift, has grown close with Mr. Musk since bringing him to tour the southern border last year. He described Mr. Musk as especially hands-on.

"He's going all in — and you see that with the amount of resources that he and his team and the group has provided," said Mr. Gonzales, who said he didn't know the size of Mr. Musk's check to the super PAC. "But I would argue it's, more importantly, time. There's nothing more valuable than a person's time. And Elon is literally campaigning every day in Pennsylvania."

Mr. Musk, fresh off several town hall appearances in Pennsylvania in advance of Monday's voter registration deadline in the state, is now plotting his next moves, according to a dozen Republicans with insight into his operations.

On Monday evening, Mr. Musk abandoned his political team's makeshift war room in a Pittsburgh hotel to travel to New York City for a dinner with Mr. Murdoch, the conservative media mogul, and other business leaders to discuss the state of the race, according to two people with knowledge of the meal.

On Wednesday, he was back to performing the quotidian tasks of being a public company C.E.O. — speaking to Tesla shareholders and answering questions from Wall Street analysts on a quarterly earnings call.

"Peter was lamenting that the future doesn't have flying cars," he said at one point, referring to his fellow entrepreneur Peter Thiel. "Well, we'll see."

In some ways, what Mr. Musk has done for Tesla, the electric car company, is not terribly different from what he is doing now for Mr. Trump. Mr. Musk, not known for his humility, is throwing himself into a work project with the same exacting demands, penchant for cost-cutting and belief in himself that have defined his three decades as a Silicon Valley founder.

Rarely has a political megadonor made himself such a star of his own operation.

Mr. Musk, who considers himself the best marketer of his own companies, has leveraged his celebrity, enjoying a rush of media coverage for his PAC's efforts, thanks to a publicity gambit.

Earlier this month, Mr. Musk's leadership team held an open call within the super PAC to brainstorm creative ideas for using Mr. Musk's money, according to a person with knowledge of the matter. The idea that emerged was a proposal to pay $47 apiece to people who found others to sign a petition — helping Mr. Musk identify likely Trump voters in the process.

Mr. Musk's petition eventually expanded to a random $1 million daily prize, and it generated well over one million signatures.

It also generated legal attention. The Department of Justice sent a warning letter this week to America PAC, suggesting that prosecutors could be investigating this as a possible criminal activity. An interest group, Public Citizen, filed a complaint on Wednesday with the Federal Election Commission.

Even skeptics of America PAC, including those within the organization, say that the sheer amount of money it is spending is bound to produce some results despite some major hiccups. The group has spent $134 million on the presidential campaign and 18 congressional races, 60 percent of which has been dedicated to voter canvassing operations. The super PAC is expected to disclose tens of millions of dollars in additional contributions from Mr. Musk in a federal filing on Thursday evening.

Case ID: 241003509
Control No.: 24105617

Mr. Musk has assembled a team that resembles the landing group that he used on a recent mission that he also considered critical: buying Twitter. Mr. Musk's cousin James Musk has helped the super PAC, reprising a role he played in the weeks following the Twitter purchase, as is a longtime executive from Mr. Musk's entourage.

Mr. Musk has also recruited veterans of the world of field organizing. The latest hire was Chris Carr, a well-respected Republican field operative who is an expert on the state of Nevada, according to two people with knowledge of the matter.

Mr. Musk has built a get-out-the-vote team that Mr. Trump is largely depending upon in these final weeks, and the Trump campaign is largely thankful for Mr. Musk's help, according to people close to Mr. Trump. Still, some of those same people cautioned that while Mr. Musk would surely be celebrated if Mr. Trump wins, the billionaire would, fairly or not, be denigrated if he loses.

America PAC, through its contractors and subcontractors, employs over 2,500 canvassers knocking on well over 100,000 doors a day, according to a person with knowledge of the group's activities. Some canvassers have been recently poached by other firms offering higher pay. The group has in recent days focused on targeting those voters who are least likely to participate in the election, especially in the suburbs, according to two people briefed on the activities. And the PAC has recently been circulating information on early-vote totals to interested parties, although that data has not gone to some of the PAC's own donors, who have long-simmering complaints that they feel that they are being kept in the dark.

Mr. Musk also appears to be playing a long game. He and his family-office chief, Jared Birchall, filed paperwork in Texas this month to incorporate two new entities with names that appear to carry political objectives: Group America L.L.C. and United States of America Inc. The entities were first reported by Forbes.

Case ID: 241003509
Control No.: 24105617

Their purpose is unclear, but the timing is revealing for a billionaire who may seek voter data for future political projects. One person close to the super PAC said the group had recently begun testing some techniques for targeting voters that could yield data for the future.

Mr. Trump, meanwhile, has made Mr. Musk part of his closing argument, promoting a fund-raising appeal to small-dollar donors that promises that Mr. Musk would match their contributions.

Mr. Musk is particularly popular among young men. But on Wednesday, a Democratic messaging firm, Blueprint, released a study it had conducted to determine which of 14 recent quotes by Mr. Trump on podcasts resonated with male, and particularly young male, voters.

Mr. Trump's praise of Mr. Musk ranked the worst.

**Theodore Schleifer** is a Times reporter covering campaign finance and the influence of billionaires in American politics. More about Theodore Schleifer

**2 0 2 4**

## Keep Up With the 2024 Election

The presidential election is **10 days away**. Here's our guide to the run-up to Election Day.

Case ID: 241003509
Control No.: 24105617



**Tracking the Polls.** The state of the race, according to the latest polling data.

**Swing State Ratings.** The presidential race is likely to be decided by these states.

**On the Tra**
Trump and
campaignin

**On Politics Newsletter.** Get the latest news and analysis on the 2024 election sent to your inbox. Sign up here.

Case ID: 241003509
Control No.: 24105617

# EXHIBIT 5

Case ID: 241003509
Control No.: 24105617

VITTORIA ELLIOTT    POLITICS    OCT 21, 2024 5:13 PM

# Elon Musk's PAC Is Buying Ads for Donald Trump on Elon Musk's X

America PAC purchased ads yielding tens of millions of impressions on X between July 8 and October 1, according to the platform's ad disclosure data.

Case ID: 241003509
Control No.: 24105617



PHOTOGRAPH: CHESNOT/GETTY IMAGES



SAVE

Case ID: 241003509
Control No.: 24105617

The Elon Musk–backed America PAC has spent thousands of dollars advertising on the Elon Musk–owned social media platform X to support former president Donald Trump's campaign. According to X's political ad disclosure data, between July 8 and October 1 the America PAC ran 59 ads, costing more than $166,000 and yielding, per X's metrics, 32,058,424 impressions. All of the ads targeted swing states: Georgia, Nevada, Pennsylvania, Michigan, Arizona, and Wisconsin.

Musk first endorsed Trump immediately following the attempted assassination against the former president in July in Butler, Pennsylvania. Since then, Musk has said he is "all in" on his support for Trump, and appeared at a second rally in Butler earlier this month. "This election is the most important election of our lifetime," said Musk at the time. "This is no ordinary election." It was one part of Musk's—and the America PAC's—efforts to turn out voters for Trump in swing states.

ADVERTISEMENT

Case ID: 241003509
Control No.: 24105617

## Politics Lab Newsletter by Makena Kelly

Not your average politics newsletter. Makena Kelly and the WIRED Politics team help you make sense of how the internet is shaping our political reality.

By signing up, you agree to our user agreement (including class action waiver and arbitration provisions), and acknowledge our privacy policy.

The America PAC has been a driving force behind voter mobilization for the Trump campaign, developing an app to help canvassers target likely voters. (The effectiveness of this strategy remains to be seen, with canvassers reportedly faking voter contacts at scale.) The PAC has offered $47 to any swing state voters who would agree to sign a petition supporting the First and Second Amendments. Musk has also said he will give out $1 million a day to voters who sign the petition, in a move election law expert Rick Hasen described as "clearly illegal."

Federal Election Commission filings released last week revealed that Musk has funneled $75 million into the PAC since July, dwarfing other Silicon Valley donors who back the former president. Musk has also donated to the Building America's Future PAC, which has run anti–Kamala Harris ads aiming to dissuade Black and Muslim voters, particularly in swing states.

Musk has also used his ownership of X to further promote Trump. In August, Musk sat down with Trump for an interview hosted on X Spaces. He has also promoted and reshared conspiracy theories pedaled by the Trump campaign, including by alleging that the Democratic Party would allow undocumented immigrants to vote in order to win the election.

In one ad that ran between September 27 and October 1, the post read, "Georgia is filling up with illegal immigrants: In just 3 years, Kamala released more illegal immigrants into our country than almost 3x the population of Atlanta. End Kamala's Border Chaos and request your ballot for President Trump today." The ad links to the website votesafe.org, which is paid for by the America PAC and where voters can look up their voter registration status and request ballots.

All of the PAC's ads are linked to the @theamericapac X account, which links to the PAC's website. Before his appearance at Trump's October rally in Butler, Musk had appropriated the @america handle for the America PAC.

The America PAC has also invested heavily in ads on Meta's platforms, Facebook and Instagram, running more than 250 ads in October alone.

A representative from X did not immediately respond to a request for comment.

## You Might Also Like …

- **In your inbox:** The best and weirdest stories from WIRED's archive
- **Interview:** Marissa Mayer is not a feminist. She's a software girl
- This AI tool helped arrest people. Then someone took a closer look
- How a 12-ounce layer of foam changed the NFL

Case ID: 241003509
Control No.: 24105617

- **Event:** Join us for <u>The Big Interview</u> on December 3 in San Francisco

---

 <u>Vittoria Elliott</u> is a reporter for WIRED, covering platforms and power. She was previously a reporter at Rest of World, where she covered disinformation and labor in markets outside the US and Western Europe. She has worked with The New Humanitarian, Al Jazeera, and ProPublica. She is a graduate of... <u>Read more</u>

**PLATFORMS AND POWER REPORTER**

---

TOPICS     ELON MUSK     TWITTER     DONALD TRUMP     X     POLITICS

---

# Politics Lab Newsletter by Makena Kelly

Not your average politics newsletter. Makena Kelly and the WIRED Politics team help you make sense of how the internet is shaping our political reality.

| | SIGN UP |
|---|---|

Case ID: 241003509
Control No.: 24105617

By signing up, you agree to our user agreement (including class action waiver and arbitration provisions), and acknowledge our privacy policy.

READ MORE

Case ID: 241003509
Control No.: 24105617



## A High-Profile Geneticist Is Launching a Fusion-Power Moonshot

Silicon Valley A-listers are funding Pacific Fusion, a startup that founding CEO Eric Lander says will have a full-scale demonstration system within a decade.

STEVEN LEVY

Case ID: 241003509
Control No.: 24105617



**The 23 Best Movies on Amazon Prime Right Now**

*No Time to Die, Killer Heat,* and *American Fiction* are just a few of the movies you should be watching on Amazon Prime Video this week.

MATT KAMEN

Case ID: 241003509
Control No.: 24105617



## The Best Wireless Earbuds for Everyone

Ready to cut the cord? These are our favorite buds that will never, ever get tangled.

PARKER HALL

Case ID: 241003509
Control No.: 24105617



## Heat Up the Holidays With the Best Sexy Gifts for Lovers

Curl up by the fire—or start your own—with our favorite vibrators, suction toys, lubes, and condoms this holiday season.

ERIC RAVENSCRAFT

Case ID: 241003509
Control No.: 24105617



## The 25 Best Shows on Amazon Prime Right Now

*The Legend of Vox Machina, The Boys,* and *Fallout* are just a few of the shows you should be watching on Amazon Prime Video this week.

MATT KAMEN

Case ID: 241003509
Control No.: 24105617



## The Best iPad to Buy (and a Few to Avoid)

New iPads are here. We break down Apple's current lineup to help you figure out which one of Apple's tablets is best for you.

BRENDA STOLYAR

Case ID: 241003509
Control No.: 24105617



## Millions of People Are Using Abusive AI 'Nudify' Bots on Telegram

Bots that "remove clothes" from images have run rampant on the messaging app, allowing people to create nonconsensual deepfake images even as lawmakers and tech companies try to crack down.

MATT BURGESS



## Give Your Back a Break With Our Favorite Office Chairs

Sitting at a desk for hours? Upgrade your WFH setup and work in style with these comfy WIRED-tested seats.

JULIAN CHOKKATTU

## Sponsored Links by Taboola

### Seniors Can Now Fly Business Class For the Price Of Economy

Online Shopping Tools

Case ID: 241003509
Control No.: 24105617

## 2024 Buick's Are Turning Heads

SearchTopics | Search Ads

Learn More

## Amazon's Worst Nightmare: Thousands Canceling Prime for This Clever Hack

Coupon Code Finder

## Seniors Can Now Fly Business Class For The Price Of Economy

Online Shopping Tools

## Pennsylvania: Big Changes Near Philadelphia Leaves Drivers Fuming

Comparisons.org

Learn More

## Cats That Headbutt Their Owners Are Actually Trying To Give Them An Important Message

PlayJunkie

Read More

Case ID: 241003509
Control No.: 24105617



 PRIVACY CONFIGURATIONS

# EXHIBIT 6

Case ID: 241003509
Control No.: 24105617

 **AMERICA**

The First and Second Amendments guarantee freedom of speech and the right to bear arms. By signing below, I am pledging my support for the First and Second Amendments.

**In appreciation for your support, you will receive $47 for each registered voter you refer that signs this petition.**

Our goal is to get 1 million registered voters in swing states to sign in support of the Constitution, especially freedom of speech and the right to bear arms. This program is exclusively open to registered voters in Pennsylvania, Georgia, Nevada, Arizona, Michigan, Wisconsin and North Carolina. Expires October 21.

**First Name ***

First Name

**Last Name ***

Last Name

**Email Address ***

Email Address

**Cell Phone Number ***
Will only be used to confirm you are the legitimate petition signer. No other purpose.

Cell Phone Number

**Mailing Address ***

Street Address

Use Manual Address

**Did someone refer you?**

**Email or Cell Phone Number**

Email or Cell Phone Number

**SIGN PETITION** ›

Each person may only sign this petition once. Eligible people may only list one eligible person as their referrer. Before payment is made, America PAC will verify the accuracy of all information of the referrer and referee.

Case ID: 241003509
Control No.: 24105617

# EXHIBIT 7

Case ID: 241003509
Control No.: 24105617

← Post

America ✅
@america

ELON MUSK: "I have a surprise for you. We are going to be awarding $1 MILLION to people who have signed the petition every day, from now until the election."

SIGN America PAC's petition in support of Free Speech & The Right to Bear Arms: petition.theamericapac.org



12:06 AM · Oct 20, 2024 · 189K Views

1,013 Reposts   117 Quotes   4,146 Likes   249 Bookmarks

New to X?

Sign up now to get your own personalized timeline!

G   Sign up with Google

🍎  Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Something went wrong. Try reloading.

Retry

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2024 X Corp.

Don't miss what's happening
People on X are the first to know.

Log in   Sign up

Case ID: 241003509
Control No.: 241005617




**New to X?**

Sign up now to get your own personalized timeline!

 Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Something went wrong. Try reloading.

Retry

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2024 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in     Sign up

Case ID: 241003509
Control No.: 241059617

# EXHIBIT 8

Case ID: 241003509
Control No.: 24105617



ADVERTISEMENT



Shohei Ohtani injury    Middle East wars    Election 2024    AP Top 25    Bed-Stuy aquarium

AP SETS THE STANDARD FOR POLITICAL REPORTING.
SUPPORT INDEPENDENT, FACT-BASED JOURNALISM.

**DONATE**

# Musk offers voters $1 million a day to sign PAC petition backing the Constitution. Is that legal?

BY MIKE CATALINI
Updated 6:10 PM EDT, October 20, 2024

Elon Musk, the billionaire founder of Tesla and Space X and owner of X who's gone all-in on Republican Donald Trump's candidacy for the White House, has already committed at least $70 million to help the former president. Now he's pledging to give away $1 million a day to voters for signing his political action committee's petition backing the Constitution.

Case ID: 241003509
Control No.: 24105617

The giveaway is raising questions and alarms among some election experts who say it is a violation of the law to link a cash handout to signing a petition that also requires a person to be registered to vote.

---

▶ **Follow** [live updates on Election 2024](#) as Donald Trump and Kamala Harris campaign in strategic battleground states.

---

Democratic Gov. [Josh Shapiro](#) of Pennsylvania, the state's former attorney general, expressed concern about the plan on Sunday.

"I think there are real questions with how he is spending money in this race, how the dark money is flowing, not just into Pennsylvania, but apparently now into the pockets of Pennsylvanians. That is deeply concerning," he said on NBC's "Meet the Press."

A closer look at what's going on:

ADVERTISEMENT

## What is Musk doing?

Musk promised on Saturday that he would give away $1 million a day, until the Nov. 5 election, for people signing his PAC's petition supporting the [First Amendment](#), which protects freedom of speech, and the [Second Amendment](#), with its right "to keep and bear arms." He awarded a check during an event Saturday in Harrisburg, Pennsylvania, to a man identified as John Dreher. A message left with a number listed for Dreher was not returned Sunday. Musk gave out another check Sunday.

---

**MORE ELECTION COVERAGE** ❯

Case ID: 241003509
Control No.: 241025617

10/27/24, 12:15 PM　　Musk offers voters $1 million a day to sign PAC petition backing the Constitution as trial looms | AP News

Case 2:24-cv-05623-GJP　Document 1　Filed 10/30/24　Page 257 of 338



**An elections worker wanted to serve her country. A stew of conspiracy theories and vitriol awaited**



**Foreign threats to the US election are on the rise, and officials are moving faster to expose them**

Case ID: 241003509
Control No.: 24105617

Case 2:24-cv-05823-GJP   Document 1   Filed 10/30/24   Page 258 of 338



**Trump again denigrates Detroit while appealing for votes in a suburb of Michigan's largest city**

## What's the broader context here?

Musk's America PAC has launched a tour of Pennsylvania, a critical election battleground. He's aiming to register voters in support of Trump, whom Musk has endorsed. The PAC is also pushing to persuade voters in other key states. It's not the first offer of cash the organization has made. Musk has posted on X, the platform he purchased as Twitter before renaming it, that he would offer people $47 — and then $100 — for referring others to register and signing the petition.

Trump, who was campaigning Sunday in Pennsylvania, was asked about Musk's giveaway, and said, "I haven't followed that." Trump said he "speaks to Elon a lot. He's a friend of mine" and called him great for the country.

ADVERTISEMENT



## What's the issue with that?

Some election law experts are raising red flags about the giveaway. Brendan Fischer, a campaign finance lawyer, said the latest iteration of Musk's giveaway approaches a legal boundary. That's because the PAC is requiring registration as a prerequisite to become eligible for the $1 million check. "There would be few doubts about the legality if every Pennsylvania-based petition signer were eligible, but conditioning the payments on registration arguably violates the law," Fischer said in an email.

Case ID: 241003509
Control No.: 24105617

Rick Hasen, a UCLA Law School political science professor, went further. He pointed to a law that prohibits paying people for registering to vote or for voting. “If all he was doing was paying people to sign the petition, that might be a waste of money. But there’s nothing illegal about it,” Hasen said in a telephone interview. “The problem is that the only people eligible to participate in this giveaway are the people who are registered to vote. And that makes it illegal.”

ADVERTISEMENT

Michael Kang, an election law professor at Northwestern University’s Pritzker School of Law, said the context of the giveaway so close to Election Day makes it harder to make the case that the effort is anything but a incentivizing people to register to vote.

**What to know about the 2024 Election**

- **Today’s news:** Follow live updates from the campaign trail from the AP.
- **Ground Game:** Sign up for AP’s weekly politics newsletter to get it in your inbox every Monday.
- **AP’s Role:** The Associated Press is the most trusted source of information on election night, with a history of accuracy dating to 1848. Learn more.

“It’s not quite the same as paying someone to vote, but you’re getting close enough that we worry about its legality,” Kang said.

A message seeking comment was left with the PAC on Sunday, as was a request for comment from the

SurveyMonkey
25 years of results

. But a recent
itted candidates and

cuses

Case ID: 241003509
Control No.: 24105617

Case 2:24-cv-05823-GJP   Document 1   Filed 10/30/24   Page 260 of 338

PAID FOR BY EXPERIENCE KISSIMMEE

**Luxury in Kissimmee** ↗

Explore the crème de la crème of vacation living in Kissimmee's luxury homes.



ADVERTISEMENT

ADVERTISEMENT

Case ID: 241003509
Control No.: 241005617

Case 2:24-cv-05823-GJP   Document 1   Filed 10/30/24   Page 261 of 338

Case ID: 241003509
Control No.: 24105617

# EXHIBIT 9

Case ID: 241003509
Control No.: 24105617



X

Post

America ✓
@america

John received $1 MILLION for signing America PAC's petition to support Free Speech & Right to Bear Arms

Every day from now until Election Day, one registered swing state voter who signs the petition will be selected to earn $1 MILLION

SIGN HERE: petition.theamericapac.org



John just won $1 million for signing this petition:
Petition.TheAmericaPAC.org

▶    0:17 / 1:00    🔊    ⚙    ⤢    ⛶

12:58 AM · Oct 20, 2024 · **27M** Views

**5,097** Reposts    **949** Quotes    **20.1K** Likes    **1,590** Bookmarks

💬        ↻        ♡        🔖 1.5K        ↥

**New to X?**

Sign up now to get your own personalized timeline!

G  Sign up with Google

🍎  Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Something went wrong. Try reloading.

↻ Retry

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···    © 2024 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in        Sign up

https://x.com/america/status/1847864967616511758

Case ID: 241003509
Control No.: 24105617





### New to X?

Sign up now to get your own personalized timeline!


 Sign up with Apple

**Create account**

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Something went wrong. Try reloading.

 **Retry**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2024 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in    Sign up

Case ID: 241003509
Control No.: 24105617

# EXHIBIT 10

Case ID: 241003509
Control No.: 24105617



X



← Post



**Elon Musk** ✓ 
@elonmusk

Every day, from now through Nov 5, @America PAC will be giving away $1M to someone in swing states who signed our petition to support free speech & the right to bear arms!

We want to make sure that everyone in swing states hears about this and I suspect this will ensure they do.

12:25 AM · Oct 20, 2024 · **31.4M** Views

**24.1K** Reposts   **2,140** Quotes   **129.5K** Likes   **4,275** Bookmarks

💬            ⟲            ♡            🔖 4.2K            ↥



**New to X?**

Sign up now to get your own personalized timeline!

[G] Sign up with Google

 Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.


Something went wrong. Try reloading.

↻ Retry

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2024 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in    Sign up

Case ID: 241003509
Control No.: 24105617

# EXHIBIT 11

Case ID: 241003509
Control No.: 24105617

Case 2:24-cv-05823-CJB   Document 1   Filed 10/30/24   Page 268 of 338



# Musk gives away $1 million at McKees Rocks pro-Trump rally, raising legal questions

## As billionaire stumps for Trump, his millions giveaway raises questions



**ADAM BABETSKI** ☑
Pittsburgh Post-Gazette
ababetski@post-gazette.com ✖

| OCT 20, 2024 | 7:36 PM |

Case ID: 241003509
Control No.: 24105617



Elon Musk rallied Allegheny County residents to vote for Donald Trump and answered dozens of wide-ranging questions about his political beliefs during a town hall event in McKees Rocks on Sunday.

The event, organized by Mr. Musk's recently established America PAC, took place in the Roxian Theater. It was the latest stop of Mr. Musk's statewide tour to stump for Trump, the Republican presidential candidate, ahead of the 2024 election.

Mr. Musk, SpaceX founder, Tesla CEO, and X owner, has recently promised to award one registered voter in a swing state per day a check of $1 million if they signed a petition in support of the First and Second Amendments of the Constitution, which he has claimed Democrats are trying to destroy in an act of "open sedition."

Sunday's giveaway winner, Kristine Fishell, embraced Mr. Musk on stage and thanked him for using his wealth to "save speech."

Experts have raised concerns that Mr. Musk's giveaway is a violation of Federal Election Commission (FEC) laws, as well as his stipulation that rallygoers can only attend if they sign his petition.

Case ID: 241003509
Control No.: 241057617



Kristine Fishnell receives a celebratory check for one million dollars from Elon Musk inside the Roxian Theatre as Mr. Musk hosts a town hall event on Sunday, Oct. 20, 2024, in McKees Rocks. (Benjamin B. Braun/Post-Gazette)

It was a hectic scene Sunday as Mr. Musk's and Trump's worlds collided.

Outside, hundreds of cars — many covered in pro-Trump messages — scrambled to find parking along McKees Rocks' narrow streets as bewildered locals asked passersby what the commotion was about.

Inside, supporters wearing SpaceX T-shirts sat down in folding chairs with the Steelers' Terrible Towels draped over them. Mr. Musk has previously said that he is a fan of both the Steelers and the Philadelphia Eagles.

The venue quickly reached its capacity of 1,200 and became standing room only. More would-be attendees were outside to watch a livestream of the event that Mr. Musk's team set up on the fly.

Case ID: 241003509
Control No.: 241035617

Case 2:24-cv-05823-GJR Document 1 Filed 10/30/24 Page 271 of 338



An hour after he was scheduled to speak, Mr. Musk appeared on stage waving his own Terrible Towel high above his head and leaping into the air, much in the same way as he did when he spoke at Donald Trump's Butler rally on Oct. 5.

His opening speech was reminiscent of Trump's style: Wandering, obviously unscripted, and bolstered by shouted input from his enthusiastic audience.

He told the crowd that he hated politics and would much rather be building rockets at SpaceX, "but the stakes are so high, I've had no choice but to take a stand."

"This might be the very last election that's a real election," he said. "If there's any election where you should ever vote, it's this one."

As he stood between two digital boards that said "VOTE EARLY," Mr. Musk argued that voting should only occur on a single day using paper ballots and that voting machines should be abolished.

"I've been programming computers since I was 9 years old. … I know how easy it is to get a line of software wrong or hack a computer," he said, speculating that this year's election and future elections would be tampered with using AI.

Mr. Musk said that he was just one of many newly minted high-profile Trump supporters, and that many of his colleagues were preparing to "come out of the closet" to back the Republican nominee.

Case ID: 241003509
Control No.: 241045617

He explained his sudden support for Trump was fueled in part by his realization that the political left is full of "intolerant" people, while right-wing voters generally regard the left as simply misguided instead of insulting them.

"They're evil," called out one woman.

"There's definitely some evil stuff out there," Mr. Musk said.



Elon Musk stands on the stage and waves a terrible towel inside the Roxian Theatre as he hosts a town hall event on Sunday, Oct. 20, 2024, in McKees Rocks.
(Benjamin B. Braun/Post-Gazette)

Mr. Musk spent the next two hours fielding unmoderated questions and appeals for money from a long line of attendees, many of which had little or nothing at all to do with his areas of expertise or the subject of the town hall.

"I don't actually have the answer for everything," he said at one point, responding to a question about gun safety in schools.

Mr. Musk humored several participants whose questions were conspiratorial in nature. When he was asked about how he would help Trump defeat an international "Global cabal dictatorship," Mr. Musk answered vaguely about ending corruption in the government.

Case ID: 241003509
Control No.: 24105617

Elon Musk giveaway: $1 million at rally as he ducks pro-Trump super PAC faces legal questions | Pittsburgh Post-Gazette

Mr. Musk gave more detailed responses about topics he had experience with, like increasing the country's declining birth rate. Mr. Musk, who has fathered 12 children with three different mothers, spoke at length about the joys of having as many children as possible, no matter one's personal or financial situation.

"Having a child will make you happier than anything else in your life, ever," he said.

His responses about fatherhood led to his stance on abortion.

"If a baby can survive outside the womb, it cannot be aborted. At that point it is not abortion, it is murder," he said.

Mr. Musk also spoke about his proposed government efficiency commission, which he said would lead to tax cuts and reduced government spending.

In the end, he said, his foray into politics would likely only last as long as Trump's potential term, and he would once again focus on the "need to be a spacefaring civilization and out there among the stars."

*First Published: October 20, 2024, 7:36 p.m.*
*Updated: October 21, 2024, 1:09 p.m.*



**Adam Babetski** is a staff writer for the Pittsburgh Post-Gazette.

✉ ab\babetski@post-gazette.com
𝕏 @adambabetski

---

## Limited Time Offer

8 weeks of unlimited access for only 99¢!

**GET OFFER**

---

Case ID: 241003509
Control No.: 241005617

# EXHIBIT 12

Case ID: 241003509
Control No.: 24105617

 **AMERICA** 

# Petition in Favor of Free Speech and the Right to Bear Arms

---

### 💰 EARN $1,000,000! 💰

John earned $1,000,000 in Harrisburg, PA!

Kristine earned $1,000,000 in Pittsburgh, PA!

Shannon earned $1,000,000 in McKees Rocks, PA!

Andy earned $1,000,000 in Holly Springs, NC!

Jason earned $1,000,000 in Holland, MI!

Brian earned $1,000,000 in Eau Claire, WI!

Marie earned $1,000,000 in Pahrump, NV!

Judey earned $1,000,000 in Lancaster, PA!

Oct 27 - Nov 5: Each day, one petition signer from either PA, GA, NV, AZ, MI, WI, or NC will earn $1,000,000.

---

The First and Second Amendments guarantee freedom of speech and the right to bear arms. By signing below, I am pledging my support for the First and Second Amendments.

**In appreciation for your support, you will receive $47 for each registered voter you refer that signs this petition.**

Our goal is to get 1 million registered voters in swing states to sign in support of the Constitution, especially freedom of speech and the right to bear arms. This program is exclusively open to registered voters in Pennsylvania, Georgia, Nevada, Arizona, Michigan, Wisconsin and North Carolina. Expires November 5.

---

### 🚨 SPECIAL OFFER FOR PENNSYLVANIA REGISTERED VOTERS 🚨
Sign this petition and get $100. Refer a petition signer and get $100.

Case ID: 241003509
Control No.: 241005617

*Offer valid from time of posting through 11:59 PM on 10/28. New signers only. $100 replaces standard $47 offer (not in addition to it) To be eligible, both the referrer and the petition signer must be registered voters of Pennsylvania.*

**First Name** *

First Name

**Last Name** *

Last Name

**Email Address** *

Email Address

**Cell Phone Number** *

Will only be used to confirm you are the legitimate petition signer. No other purpose.

Cell Phone Number

**Mailing Address** *

Street Address

[Use Manual Address](#)

**Did someone refer you?**

**Email or Cell Phone Number**

Email or Cell Phone Number

**SIGN PETITION**    >

Each person may only sign this petition once. Eligible people may only list one eligible person as their referrer. Signing the petition on behalf of another person is not permitted. Before payment is made, America PAC will verify the accuracy of all information of the referrer and referee. Payments of $600 or more will require the referrer to provide a signed IRS W-9 so an IRS 1099 can be issued. To be eligible, both the referrer and the petition signer must be registered voters of Arizona, Michigan, Georgia, Nevada, North Carolina, Pennsylvania, or Wisconsin.

Case ID: 241003509
Control No.: 24105617

# EXHIBIT 13

Case ID: 241003509
Control No.: 24105617



← Post



 **America** ✔
@america                                            ···

Kristine was today's recipient of the $1 MILLION for signing our petition to support the Constitution

Every day until Election Day, a registered swing state voter who signs the petition will be selected to earn $1M as a spokesperson for America PAC

SIGN: petition.theamericapac.org



0:39

9:49 PM · Oct 20, 2024 · **10.9M** Views

**3,272** Reposts    **320** Quotes    **15.9K** Likes    **805** Bookmarks

💬                ⇄              ♡              🔖 805              ⬆

**New to X?**

Sign up now to get your own personalized timeline!



G  Sign up with Google

🍎  Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

---

Something went wrong. Try reloading.


↻ Retry

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···    © 2024 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in      Sign up

Case ID: 241003509
Control No.: 24105617





### New to X?

Sign up now to get your own personalized timeline!

  Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Something went wrong. Try reloading.

 Retry

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2024 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in    Sign up

Case ID: 241003509
Control No.: 24105617

# EXHIBIT 14

Case ID: 241003509
Control No.: 24105617



X

⚙ Settings

← Post



🇺🇸 **America** ✔
@america                                    ...

Over 280,000 registered voters in Pennsylvania signed our petition in support of the Constitution, which was signed here 237 years ago

@JoshShapiroPA, this is a clear message that you must uphold, and not infringe upon, our Constitutional rights

Sign: petition.theamericapac.org

1:03 PM · Oct 23, 2024 · **40.8K** Views

**205** Reposts   **5** Quotes   **855** Likes   **22** Bookmarks

**New to X?**

Sign up now to get you

G  Sign u

 Sign u

Creat

By signing up, you agre
**Privacy Policy**, includin

Something we

Terms of Service   Priv
Accessibility   Ads info

**Don't miss what's happening**
People on X are the first to know.

Log in

https://x.com/america/status/1849134584182485476



Settings

New to X?

Sign up now to get your

 Sign

Create

By signing up, you agree
Privacy Policy, includin

Something wer

Terms of Service    Priv
Accessibility    Ads info

Don't miss what's happening
People on X are the first to know.

Log in

Case ID: 241003509
Control No.: 24105617

# EXHIBIT 15

Case ID: 241003509
Control No.: 24105617

 



## Post

**Elon Musk** ✔ 
@elonmusk

Congratulations, Jason of Michigan!

🇺🇸 **America** ✔ @america · Oct 24

Jason of Holland, Michigan received $1M for signing our petition to support the Constitution.

Every day until Election Day, a person who signs will be selected to earn $1M as a spokesperson for America PAC...

Show more



11:08 PM · Oct 24, 2024 · **28.4M** Views

**17.7K** Reposts    **641** Quotes    **163.9K** Likes    **1,485** Bookmarks

💬          🔁          ♡          🔖 1.4K          ⬆️

**New to X?**

Sign up now to get your own personalized timeline!

G  Sign up with Google

🍎 Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Something went wrong. Try reloading.

↻ Retry

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···    © 2024 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in    Sign up

https://x.com/elonmusk/status/1849649228257296839

Case ID: 241003509
Control No.: 24105617





### New to X?

Sign up now to get your own personalized timeline!



 Sign up with Apple

**Create account**

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

---

Something went wrong. Try reloading.

 **Retry**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2024 X Corp.

## Don't miss what's happening

People on X are the first to know.

Log in    Sign up

Case ID: 241003509
Control No.: 24105617

# Exhibit 16

Case ID: 241003509
Control No.: 24105617



# Post




America ✔
@america

Brian from Eau Claire, Wisconsin received $1M for signing our petition to support the Constitution.

Every day until Election Day, a person who signs will be selected to earn $1M as a spokesperson for America PAC

SIGN: petition.theamericapac.org



11:00 PM · Oct 24, 2024 · **55.5M** Views

**2,578** Reposts    **531** Quotes    **18.9K** Likes    **770** Bookmarks

💬    🔁    ♡    🔖 770    📤

## New to X?

Sign up now to get your


G  Sign u


🍎  Sign u


Creat

By signing up, you agree
**Privacy Policy**, including



Something wer



Terms of Service    Priv
Accessibility    Ads info

## Don't miss what's happening

People on X are the first to know.

Log in

Case ID: 241003509
Control No.: 24105617



Settings

New to X?

Sign up now to get your

Sign u

Creat

By signing up, you agre

Privacy Policy, includin



Something wer

Terms of Service   Priv

Accessibility   Ads info

**Don't miss what's happening**

People on X are the first to know.

Log in

Case ID: 241003509

Control No.: 24105617

HANGLEY ARONCHICK SEGAL PUDLIN
& SCHILLER
By:  John S. Summers (Atty. I.D. No. 41854)
      jsummers@hangley.com
      Andrew M. Erdlen (Atty. I.D. No. 320260)
      aerdlen@hangley.com
One Logan Square, 27th Floor
Philadelphia, PA 19103-6933
(215) 568-6200
(215) 568-0300 (facsimile)        *Attorneys for Plaintiff*

**IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
CIVIL TRIAL DIVISION**

|  |  |
|---|---|
| **COMMONWEALTH OF PENNSYLVANIA,** acting by and through Philadelphia District Attorney Lawrence S. Krasner, | OCTOBER TERM, 2024 |
| *Plaintiff*, | No. _____ |
|  | NOT AN ARBITRATION CASE |
| v. | CIVIL ACTION |
| **AMERICA PAC** and **ELON MUSK**, |  |
| *Defendants*. |  |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S
EMERGENCY PETITION FOR PRELIMINARY INJUNCTIVE RELIEF**

Case ID: 241003509
Control No.: 24105617

# <u>TABLE OF CONTENTS</u>

**Page**

I.    INTRODUCTION ................................................................................. 1

II.   MATTER BEFORE THE COURT ..................................................... 3

III.  STATEMENT OF QUESTIONS INVOLVED ................................. 4

IV.  BACKGROUND ................................................................................. 4

    A.    Factual Allegations ............................................................... 4

        1.    America PAC and Musk Target Pennsylvania to Influence Pennsylvania Voters ............................................. 5

        2.    Musk Travels to Pennsylvania To Announce His (Illegal) Lottery ...................................................................... 7

        3.    Musk Continues to Make Statements, including in Pennsylvania, Promoting Defendants' (Illegal) Lottery That He Says Will Operate Until Election Day ........................... 8

        4.    The Supposed Rules of Defendants' (Illegal) Lottery ........... 9

        5.    Defendants' Announcements of Winners of the (Illegal) Lottery .................................................................... 11

        6.    Defendants' Deceptive Conduct and Statements In Connection with Their Lottery ....................................... 13

V.    ARGUMENT ..................................................................................... 15

    A.    Standard ............................................................................... 15

    B.    Plaintiff Has Established a Clear Right to Relief. ..................... 16

        1.    Plaintiff Is Likely to Prevail on His Underlying Claim for Public Nuisance (Count I) ............................................ 17

        2.    Plaintiff Is Likely to Prevail on His Underlying Claim for Violation of the UTPCPL (Count II). ............................... 19

    C.    Defendants' Scheme Irreparably Harms Pennsylvania Citizens ............... 23

    D.    The Denial of Injunctive Relief Will Result in Greater Harm Than By Granting Said Relief. ............................................ 24

    E.    A Preliminary Injunction Would Restore the Status Quo ........... 25

    F.    The Requested Injunction is Reasonably Suited to Abate the Offending Conduct. ..................................................... 26

    G.    A Preliminary Injunction Will Not Adversely Affect the Public Interest – Instead, It Will Advance the Public Interest. ........... 26

VI.  RELIEF ............................................................................................. 27

Case ID: 241003509
Control No.: 24105617

# TABLE OF AUTHORITIES

**Page(s)**

**Cases**

*Allegheny Anesthesiology Associates, Inc. v. Allegheny General Hospital,*
826 A.2d 886 (Pa. Super. Ct. 2003) ............................................................... 27

*Atlantic Richfield Co. v. County of Montgomery,*
294 A.3d 1274 (Pa. Cmwlth. 2023) ................................................................ 15

*Braynman Constr. Corp. v. DOT,*
13 A.3d 925 (Pa. 2011) ................................................................................... 26

*Cobaugh v. Klick-Lewis, Inc.,*
385 Pa. Super. 587 (Pa. 1989) ....................................................................... 17

*Commonwealth by Fisher v. Richard A. Cole, M.D., Inc.,*
709 A.2d 994 (Pa. Cmwlth. 1998) .................................................................. 24

*Commonwealth by Preate v. Watson & Hughey Co.,*
563 A.2d 1276 (Pa. Cmwlth. 1989) ................................................................ 20

*Commonwealth ex rel. Corbett v. Snyder,*
977 A.2d 28 (Pa. Cmwlth. 2009) .................................................................... 16

*Commonwealth v. Chesapeake Energy Corp.,*
247 A.3d 934 (Pa. 2021) ................................................................................. 20

*Commonwealth v. Lane,*
363 A.2d 1271 (Pa. Super. Ct. 1976) .............................................................. 17

*Commonwealth v. Logan,*
94 A.2d 99 (Pa. Super. Ct. 1953) ................................................................... 17

*Commonwealth v. Lund,*
15 A.2d 839 (Pa. 1940) ................................................................................... 18

*Crowe ex rel. Crowe v. School District of Pittsburgh,*
805 A.2d 691 (Pa. Cmwlth. 2002) .................................................................. 23

*Dahar v. Grzandziel,*
599 A.2d 217 (Pa. 1991) ................................................................................. 17

*Dillon v. City of Erie,*
83 A.3d 467 (Pa. Cmwlth. 2014) ............................................................... 26, 27

Case ID: 241003509
Control No.: 24105617

*Duquesne Light Co. v. Longue Vue Club,*
   63 A.3d 270 (Pa. Super. Ct. 2013) ........................................................ 25

*Firearm Owners Against Crime v. Lower Merion Township,*
   151 A.3d 1172 (Pa. Commw. Ct. 2016) ........................................ 26

*Fischer v. Department of Public Welfare,*
   439 A.2d 1172 (Pa. 1982) ...................................................................17

*Gottlieb v. Tropicana Hotel & Casino,*
   109 F. Supp. 2d 324 (E.D. Pa. 2000) ................................................ 18

*Gregg v. Ameriprise Financial, Inc.,*
   245 A.3d 637 (Pa. 2021) ......................................................................... 22

*Machipongo Land and Coal Co. v. Commonwealth,*
   799 A.2d 751 (Pa. 2002) ......................................................................... 19

*McCahon v. Pennsylvania Turnpike Commission,*
   491 F. Supp. 2d 522 (M.D. Pa. 2007) ............................................. 27

*Moor v. County of Alameda,*
   411 U.S. 693 (1973) ................................................................................15

*Pennsylvania Public Utility Commission v. Israel,*
   52 A.2d 317 (Pa. 1947) ......................................................16, 23, 24, 27

*Santoro v. Morse,*
   781 A.2d 1220 (Pa. Super. Ct. 2001)............................................... 16

*SEIU Healthcare Pennsylvania v. Commonwealth,*
   104 A.3d 495 (Pa. 2014) ...........................................................16, 23, 26

*In re Social Media Adolescent Addiction/Personal Injury Products*
   *Liability Litigation,*
   No. 4:23-CV-05448-YGR, 2024 WL 4532937 (N.D. Cal. Oct. 15, 2024) ...................20

*Sovereign Bank v. Harper,*
   674 A.2d 1085 (Pa. Super. Ct. 1996).............................................. 16

*Stilp v. Commonwealth,*
   910 A.2d 775 (Pa. Cmwlth. 2006),
   *aff'd*, 974 A.2d 491 (Pa. 2009)............................................................ 23

*Unified Sportsmen of Pennsylvania v. Pennsylvania Game Commission (PGC),*
   950 A.2d 1120 (Pa. Cmwlth. 2008) ............................................... 23

*William v. Children's Hospital of Pittsburgh,*
   479 A.2d 452 (Pa. Super. Ct. 1984) ............................................... 16

Case ID: 241003509
Control No.: 24105617

*Wolk v. School District of Lower Merion,*
   228 A.3d 595 (Pa. Commw. Ct. 2020) ........................................................ 24

*Wyland v. West Shore School District,*
   52 A.3d 572 (Pa. Cmwlth. 2012) ............................................................... 23

**Statutes, Codes and Rule**

28 U.S.C. § 1332 ...........................................................................................15

42 Pa. C.S. § 931 ...........................................................................................15

18 Pa. C.S. § 5512 ................................................................................. *passim*

72 P.S. § 3761-101 ................................................................................ *passim*

72 P.S. § 3761-301 ......................................................................................... 2

72 P.S. § 3761-303 .......................................................................................11

73 P.S. § 201-1 ..........................................................................................1, 3

73 P.S. § 201-2 ......................................................................................20, 22

73 P.S. § 201-3 .........................................................................................20

73 P.S. § 201-4 .....................................................................................15, 23

61 Pa. Code § 801.1 ..................................................................................2, 11

61 Pa. Code § 801.3 ..................................................................................2, 11

Pennsylvania Rule of Civil Procedure 1531 ................................................15

**Other Authorities**

Restatement (Second) of Torts § 821B (1979) ........................................15, 19

Case ID: 241003509
Control No.: 24105617

Plaintiff Commonwealth of Pennsylvania, acting by and through Philadelphia District Attorney Lawrence S. Krasner ("DA Krasner"), through its undersigned counsel, respectfully submits this Memorandum of Law in Support of Emergency Petition for Preliminary Injunctive Relief ("Petition") against Defendants America PAC and Elon Musk ("Defendants").

The Petition seeks the entry of an Order preliminarily enjoining Defendants from continuing to operate an illegal lottery and engaging in deceptive conduct that violates 72 P.S. § 3761-101, *et seq.* (the "State Lottery Law"), 18 Pa. C.S. § 5512, and Pennsylvania's Unfair Trade Practices and Consumer Protection Law (the "UTPCPL"), 73 P.S. § 201-1, *et seq.*

## I.    INTRODUCTION

America PAC and Elon Musk are running an illegal lottery in Philadelphia (as well as throughout Pennsylvania).

At an October 19, 2024 rally, on Musk's X platform and on America PAC's website, America PAC and Musk launched their scheme.  They announced that if a registered voter (1) turns over their personal identifying information (i.e., address, cell phone number and e-mail address) and makes a political pledge by signing a petition pledging support for "the Constitution, especially freedom of speech and the right to bear arms"; they (2) are eligible to be selected "randomly"; to (3) win $1 million.

This announcement came after America PAC launched, on October 7, a "Petition in Favor of Free Speech and the Right to Bear Arms," with an offer to pay individuals— including Pennsylvania registered voters—"$47 for each registered voter you refer that signs this petition," which was later raised to $100 for Pennsylvania registered voters.

Case ID: 241003509
Control No.: 24105617

In other words, America PAC and Musk are lulling Philadelphia citizens – and others in the Commonwealth (and other swing states in the upcoming election) – to give up their personal identifying information and make a political pledge in exchange for the chance to win $1 million.

Indisputably, that is a lottery.  And it is an <u>unlawful</u> lottery because, under unambiguous Pennsylvania law, all lotteries in Pennsylvania must be regulated by the Commonwealth of Pennsylvania.  *See* 72 P.S. § 3761-301, *et seq.*  The Commonwealth's lottery law establishes a lottery to be operated and administered by the state, for the benefit of those 65 years of age or older.  72 P.S. § 3761-101; 3761-303; 61 Pa. Code § 801.3. State regulations govern many aspects of the lottery, including the procedures for claiming prizes, the use of lottery funds, and even require the disclosure of the odds of a participant's chances of winning.  *See* 61 Pa. Code § 801.1, *et seq.* (regulations).

Yet America PAC's and Musk's lottery is plainly not a lawful lottery.  Further, under unambiguous Pennsylvania law, the Pennsylvania General Assembly has declared that illegal lotteries are a public "nuisance" and empowers law enforcement officers such as DA Krasner to seek an injunction in court to stop them.  18 Pa. C.S. § 5512.

America PAC's and Musk's illegal lottery scheme also violates the Commonwealth's consumer protection laws.  In connection with their scheme, they are deploying deceptive, vague or misleading statements that create a likelihood of confusion or misunderstanding.  For example, they have not published a complete set of lottery rules or shown how they are protecting the privacy of participants' personal information.  Also, though Musk says that a winner's selection is "random," that appears false because the winners that have been selected are individuals who have shown up at

- 2 -

Case ID: 241003509
Control No.: 24105617

Trump rallies in Pennsylvania.  The General Assembly's consumer protection laws empower DA Krasner to seek an injunction to stop that misconduct as well.

Running an illegal lottery and violating consumer protections is ample basis for an injunction and concluding that America PAC and Musk must be stopped, immediately, before the upcoming Presidential Election on November 5.  That is because America PAC and Musk hatched their illegal lottery scheme to influence voters in that election.  To be clear, this is not a case about whether Defendants have violated state or federal laws prohibiting vote-buying.  Instead, this case is very simple because America PAC and Musk are indisputably violating Pennsylvania's statutory prohibitions against illegal lotteries and deceiving consumers.

DA Krasner therefore brings this action to immediately stop America PAC and Musk from these violations of Pennsylvania law.  If not enjoined, their lottery scheme and unfair and deceptive conduct will irreparably harm Philadelphians (and others in Pennsylvania) as well as tarnish the public's right to a free and fair election.[1]

## II.    MATTER BEFORE THE COURT

Before the Court is Plaintiff's Emergency Petition for Preliminary Injunctive Relief.  Plaintiff seeks an Order preliminarily enjoining Defendants from continuing to operate an illegal lottery and engaging in deceptive conduct that violates the Crimes Code, 18 Pa. C.S. § 5512, and the UTPCPL, 73 P.S. § 201-1, *et seq.*

---

[1] A copy of DA Krasner's Verified Complaint is attached to the Emergency Petition for Preliminary Injunctive Relief as Exhibit A.  All references to numbered exhibits refer to the Exhibits to the Complaint.

Case ID: 241003509
Control No.: 24105617

### III.   STATEMENT OF QUESTIONS INVOLVED

Should this Court preliminarily enjoin Defendants from violating the Crimes Code, 18 Pa. C.S. § 5512 and the UTPCPL, as Plaintiff is likely to succeed on the merits of his claims for injunctive relief because Defendants are operating an unlawful lottery and deceiving the public?

*Suggested answer:  Yes.*

Should this Court preliminarily enjoin Defendants because their conduct is causing and will continue to cause irreparable harm to Plaintiff and the public because such ongoing conduct violates Commonwealth statutes that prohibit illegal lotteries and deceptive conduct?

*Suggested Answer:  Yes.*

Should this Court enter a preliminary injunction, as it is in the public's interest not to be deceived by misleading conduct or to allow the operation of illegal lotteries?

*Suggested Answer:  Yes.*

Do the balance of harms weigh in favor of Plaintiff and the public, who will be irreparably harmed by Defendants' conduct, as compared to Defendants, who will suffer no harm if they are preliminarily enjoined?

*Suggested Answer:  Yes.*

### IV.   BACKGROUND

#### A.  Factual Allegations

Defendant America PAC is a political action committee "to support candidates who champion Secure Borders, Sensible Spending, Safe Cities, Fair Justice System, Free Speech and Self-Protection," especially the candidacy of former President Donald Trump.  *See* America PAC, https://x.com/america (last visited Oct. 24, 2024); America

- 4 -

Case ID: 241003509
Control No.: 24105617

PAC, https://theamericapac.org/ (last visited Oct. 24, 2024); Ex. A, Verified Complaint, ¶ 18.  America PAC filed a statement of organization with the Federal Election Commission ("FEC") on May 22, 2024, as an "independent expenditure-only political committee" or "Super PAC," listing a P.O. Box in Austin, Texas as its business address.  *See* Exhibit 1, America PAC, Statement of Organization (May 22, 2024), *available at* https://www.fec.gov/data/committee/C00879510/?tab=filings; Ex. A, Verified Complaint, ¶ 20.  As of September 30, 2024, America PAC reported having spent $133,841,660 on independent expenditures to support or oppose 2024 federal candidates.  *See* Exhibit 2, PAC Profile: America PAC (Texas), Opensecrets.org (last visited Oct. 24, 2024), https://www.opensecrets.org/political-action-committees-pacs/america-pac-texas/C00879510/summary/2024; *see also* Exhibit 3, America PAC, Committee Filings, FEC.gov (last visited Oct. 24, 2024), *available at* https://www.fec.gov/data/committee/C00879510/?tab=filings; Ex. A, Verified Complaint, ¶ 21.   In the daily reports filed since October 21, 2024, America PAC has disclosed millions of dollars in additional spending on political communications.   Ex. A, Verified Complaint, ¶ 22.

Defendant Elon Musk is the founder of America PAC.  Mr. Musk funded America PAC, is involved in America PAC's operations, made representations to Philadelphians on behalf of America PAC, and benefits from increased traffic generated by America PAC on the social media platform X, of which Mr. Musk is the majority owner.  *Id.*, ¶ 19.

1.     **America PAC and Musk Target Pennsylvania to Influence Pennsylvania Voters**

On October 24, 2024, the *New York Times* reported, "Mr. Musk, the leader of Space X, Tesla and X, has already poured $75 million into a pro-Trump super PAC

Case ID: 241003509
Control No.: 24105617

called America PAC," and is accelerating his spending in this final stretch before Election Day.  Exhibit 4, Theodore Schleifer, *Elon Musk Plots His Final Moves for Trump*, N.Y. Times (Oct. 24, 2024), https://www.nytimes.com/2024/10/24/ us/elections/elon-musk-trump-campaign.html; Ex. A, Verified Complaint, ¶ 23. According to this report, Mr. Musk is particularly focused on Pennsylvania, and a close political ally is quoted as saying, "Elon is literally campaigning every day in Pennsylvania." *Id.*

Mr. Musk is also the majority owner of the social media company, X.  Among its other expenditures, America PAC has spent tens of thousands of dollars advertising on X targeting swing state voters, alongside Mr. Musk's own repeated endorsements of Mr. Trump on X.  Exhibit 5, Vittoria Elliot, *Elon Musk's PAC Is Buying Ads for Donald Trump on Elon Musk's X*, Wired (Oct. 21, 2024), https://www.wired.com/story/elon-musks-pac-is-buying-ads-for-donald-trump-on-elon-musks-x/; Ex. A, Verified Complaint, ¶ 25.

America PAC relies heavily on X to communicate with the public, posting political communications throughout each day, and the @America and @ElonMusk X handles work together to re-share and boost each other's content. Ex. A, Verified Complaint, ¶ 26.  X makes money in two different ways—advertising and data licensing—both of which are correlated to overall traffic to the platform.  *Id.*, ¶ 27.  As the majority owner, Mr. Musk personally benefits from X's revenue generation.  *Id.*

Internet archives show that, on or about October 7, 2024, America PAC first launched a "Petition in Favor of Free Speech and the Right to Bear Arms," with an offer to pay individuals—including Pennsylvania registered voters—"$47 for each registered voter you refer that signs this petition."  That petition stated it was "exclusively open to

Case ID: 241003509
Control No.: 24105617

registered voters in Pennsylvania, Georgia, Nevada, Arizona, Michigan, Wisconsin and North Carolina" and "[e]xpires October 21." Exhibit 6, America PAC, Petition (archive from Oct. 7, 2024), *available at* https://web.archive.org/web/20241007081443/ https://petition.theamericapac.org/; Ex. A, Verified Complaint, ¶ 28.

### 2. Musk Travels to Pennsylvania To Announce His (Illegal) Lottery

On Saturday, October 19, 2024, during an America PAC event in Harrisburg, Pennsylvania, Mr. Musk announced a "surprise" before a live crowd. *See* Exhibit 7, America PAC (@America), "ELON MUSK: 'I have a surprise for you . . . .'" X (Oct 19, 2024, 11:06 P.M.), https://x.com/america/status/1847851986495881434; *see also* Exhibit 8, Mike Catalini, *Musk offers voters $1 million a day to sign PAC petition backing the Constitution. Is that legal?*, Associated Press (updated Oct. 20, 2024 5:10 P.M.), https://apnews.com/article/musk-1-million-giveaway-trump-voters-petition-b4e48acbfe04fde735e60b1911ad0197; Ex. A, Verified Complaint, ¶ 29.

Mr. Musk specifically represented that this scheme would make the award of $1 million based on chance. Specifically, Mr. Musk said, "we're gonna be awarding a million dollars, *randomly*, every day from now until the election," because "I figured, 'How do we get people to know about it?'" Exhibit 7, America PAC (@America), "ELON MUSK: 'I have a surprise for you . . . .'" X (emphasis added), https://x.com/america/status/1847851986495881434 (video embedded in URL).

Mr. Musk further explained that this news would "really fly" and would help publicize America PAC's petition and, in turn, the PAC's efforts to elect Donald Trump. *Id.* Mr. Musk then said that he would announce the first winner that evening, and called the name "John Dreher." *Id.* Mr. Dreher was in the audience and mounted the

Case ID: 241003509
Control No.: 24105617

stage in a red MAGA hat.  "By the way," Mr. Musk said, "John had no idea."  *Id.*  When

Mr. Dreher came onto the stage to accept an oversized check, Mr. Musk asked that, in

exchange for the money, "the only thing we ask" is for John to agree to be a

spokesperson for America PAC.  *Id.*  *See* Ex. A, Verified Complaint, ¶¶ 31-34.

### 3. Musk Continues to Make Statements, including in Pennsylvania, Promoting Defendants' (Illegal) Lottery That He Says Will Operate Until Election Day

Shortly after Mr. Musk's live announcement of Mr. Dreher's lottery win on

October 19, America PAC posted on X:  "Every day from now until Election Day, one

registered swing state voter who signs the petition will be selected to earn $1 MILLION,"

and included a link to the petition on America PAC's website.  Exhibit 9, America PAC

(@America), "John received $1 MILLION . . . ." X (Oct 19, 2024, 11:58 P.M.),

https://x.com/america/status/1847864967816511758.  Mr. Musk posted a similar

message minutes before.  Exhibit 10, Elon Musk (@ElonMusk), "Every day, from now

through Nov 5 . . . ." X (Oct 19, 2024, 11:25 P.M.), https://x.com/elonmusk/status/

1847856712914555061; Ex. A, Verified Complaint, ¶¶ 35-36.

Then, the next day on October 20, 2024, during another America PAC event, this

time in McKees Rocks, Pennsylvania, Mr. Musk conducted a second "random" drawing,

selecting Kristine Fiskell as the winner, who was also in the audience that day.  Exhibit

11, Adam Babetski, *Musk gives away $1 million at McKees Rocks pro-Trump rally,

raising legal questions*, Pittsburgh Post-Gazette (Oct. 20, 2024, 6:36 P.M.),

https://www.post-gazette.com/news/election-2024/2024/10/20/elon-musk-1-million-

trump-legal-questions-pittsburgh/stories/202410200166; Ex. A, Verified Complaint,

¶ 37.

Case ID: 241003509
Control No.: 24105617

#### 4.    The Supposed Rules of Defendants' (Illegal) Lottery

America PAC's website still includes a page with the petition and the rules of the lottery, albeit in different form than what it originally published in early October 2024. *See* Exhibit 12 (America PAC, *Petition in Favor of Free Speech and the Right to Bear Arms* (last visited Oct. 24, 2024), https://petition.theamericapac.org/. The subject America PAC website now describes the rules of the lottery as follows:

> Each day, one petition signer from either PA, GA, NV, AZ, MI, WI, or NC will earn $1,000,000. . . . Our goal is to get 1 million registered voters in swing states to sign in support of the Constitution, especially freedom of speech and the right to bear arms.  This program is exclusively open to registered voters in Pennsylvania, Georgia, Nevada, Arizona, Michigan, Wisconsin and North Carolina.  Expires November 5.

*Id.* Ex. A, Verified Complaint, ¶¶ 38-39.

The description of the lottery does not say anything about agreeing to be a spokesperson for America PAC, despite what Mr. Musk told the first winner.  As consideration to enter the lottery and "sign" the petition, a participant must provide several data points of personal information: first and last name, email address, mailing address, and cell phone number.  Ex. 12; Ex. A, Verified Complaint, ¶¶ 40-41.

A participant must then click a button that says "Sign Petition," with a space above asking for cell phone information that: "Will only be used to confirm you are the legitimate petition signer.  No other purpose."  Ex. 12.  In addition to entering the lottery, the website provides two additional offers of compensation to registered voters in exchange for signing the petition and providing personal information, with a "Special Offer for Pennsylvania Registered Voters."  *Id.*; Ex. A, Verified Complaint, ¶¶ 42-43.

First, the website claims that Pennsylvania registered voters will receive $100 for providing their personal data and signing the petition, which is more money than what

Case ID: 241003509
Control No.: 24105617

is offered to voters in other battleground states (*e.g.*, Georgia, Nevada, Arizona, Michigan, Wisconsin, or North Carolina).  Ex. A, Verified Complaint, ¶ 44.

Second, the website claims that a Pennsylvania participant and petition signer who refers another Pennsylvania registered voter to provide personal data and sign the America PAC petition will receive $100, which is also more money than that offered for referrals in other battleground states.  Specifically, the America PAC website states:

> Offer valid from time of posting through 11:59 PM on 10/28.  New signers only.  $100 replaces standard $47 offer (not in addition to it)[.]  To be eligible, both the referrer and the petition signer must be registered voters of Pennsylvania.

Ex. 12; Ex. A, Verified Complaint, ¶¶ 45-46.

The petition does not provide any information about how or when compensation will be paid.  In smaller print at the bottom of the petition, it states:

> Each person may only sign this petition once.  Eligible people may only list one eligible person as their referrer.  Signing the petition on behalf of another person is not permitted.  Before payment is made, America PAC will verify the accuracy of all information of the referrer and referee.  Payments of $600 or more will require the referrer to provide a signed IRS W-9 so an IRS 1099 can be issued.  To be eligible, both the referrer and the petition signer must be registered voters of Arizona, Michigan, Georgia, Nevada, North Carolina, Pennsylvania, or Wisconsin.

Ex. 12; Ex. A, Verified Complaint, ¶¶ 47-48.

The America PAC petition places no limitations on America PAC's use of or sale of the personal data it collects, nor does it provide any additional information about the planned use of data.  Ex. 12; Ex. A, Verified Complaint, ¶ 49.

Defendants' lottery is not authorized by state law.  Lotteries are highly regulated under Pennsylvania law.  *See generally* 72 P.S. § 3761-101, *et seq.*  The purpose of the State Lottery Law is "to establish a  lottery to be operated by the state," the proceeds of which benefit those 65 years of age or older.  72 P.S. § 3761-101.  The State Lottery Law

Case ID: 241003509
Control No.: 24105617

is also intended to "provide a means through which to curb illegal gambling operations in Pennsylvania." *Id.* The Commonwealth Secretary of Revenue and Bureau of State Lotteries are empowered to operate and administer the lottery, including, for example, the types of lawful lotteries, the manner in which winners are selected, and the licensure of sales agents. *Id.* § 3761-303; 61 Pa. Code § 801.3. State regulations govern the powers and duties of the Secretary and the Director of the Bureau of State Lottery, the procedures for licensing, claiming prizes, the use of lottery funds, and further disclose the odds of a participant's chances of winning, among other things. *See* 61 Pa. Code § 801.1, *et seq.* (regulations). All lotteries not specifically authorized by law are unlawful. 18 P.S. § 5512(d). Defendants' lottery is not authorized by law and is illegal. Ex. A, Verified Complaint, ¶ 50.

### 5.   Defendants' Announcements of Winners of the (Illegal) Lottery

Since launching on October 19, 2024, America PAC claims it awarded $1,000,000 checks to nine individuals through its lottery, four of whom live in Pennsylvania. *Id.* It made those awards on October 19, 20, 21, 22, 24, 25, 26 and 27, 2024. Ex. A, Verified Complaint, ¶ 51.

Each winner is featured on America PAC's website and X handle, and has garnered significant public and press attention. Indeed, the videos of the first and second lottery winners have garnered 27 million views and 10.9 million views, respectively, driving significant traffic to Mr. Musk's X platform. *See* Exhibit 9, America PAC (@America), "John received $1 MILLION . . . ." X (Oct. 19, 2024, 12:58AM), https://x.com/america/status/1847864967816511758?s=46; Exhibit 13, America PAC (@America), "Kristine was today's recipient of the $1 MILLION . . . ." X (Oct. 20, 2024,

Case ID: 241003509
Control No.: 24105617

9:49PM), https://x.com/america/status/1848179817050517567?s=46.  This $1 million lottery has earned wall-to-wall media coverage of America PAC, Mr. Musk, and Mr. Trump since the lottery launched, including numerous stories in Philadelphia's newspaper of record, *The Philadelphia Inquirer*.  *See also* Ex. A, Verified Complaint, ¶¶ 52-54.

America PAC claims it has received over 1,000,000 petition signers to date, with over 280,000 petition signers who are registered voters in Pennsylvania entering for a chance to win the $1 million prize.  Exhibit 14, America PAC (@America), "Over 280,000 registered voters in Pennsylvania signed our petition . . . ." X (Oct. 23, 2024, 1:03 P.M.), https://x.com/america/status/1849134584182485476.  Ex. A, Verified Complaint, ¶¶ 55.

Upon information and belief, among those 280,000 petition signers are residents of Philadelphia County, who have accepted America PAC's offer to provide their personal data and made a pledge of support in exchange for (a) an opportunity to win the lottery and (b) for $100 compensation.  Also upon information and belief, among those 280,000 petition signers are residents of Philadelphia County, who have accepted America PAC's offer to pay them in exchange for referring the names of others for the purpose of procuring additional individuals who will provide personal data, sign the petition, or otherwise endorse America PAC.  Ex. A, Verified Complaint, ¶¶ 56-58.

Upon information and belief, petition signers in Pennsylvania and Philadelphia have not been paid for their personal data, despite America PAC's claims.  *Id.* ¶ 59.  Nor have petition signers been given any information for how or when payment will be tendered.  *Id.*  Upon information and belief, petition signers in Pennsylvania and Philadelphia have not been paid for referring other petition signers, despite America

Case ID: 241003509
Control No.: 24105617

PAC's claims.  Nor have petition signers been given any information for how or when payment will be tendered.  *Id.* ¶ 60.

Also on October 23, it was reported that the United States Department of Justice sent a letter notifying America PAC that the $1 million lottery could violate the federal law against paying people to register to vote.  *Id.* ¶ 61.  Notwithstanding, on October 24, 2024, America PAC announced additional winners of its $1 million lottery.  Exhibit 15, America PAC (@America), "Jason of Holland, Michigan received $1M for signing our petition to support the Constitution . . . ." X (Oct. 24, 2024, 10:37 P.M.), https://x.com/america/status/1849641342051418536; Exhibit 16,  America PAC (@America), X (Oct. 24, 2024 11:00 P.M.), https://x.com/america/status/1849647294355825052.  Ex. A, Verified Complaint, ¶ 62.

### 6.    Defendants' Deceptive Conduct and Statements In Connection with Their Lottery

As enumerated more fully below, Defendants have engaged in conduct and made statements that are deceptive and which create a likelihood of confusion or misunderstanding.  For example, Defendants have shrouded key aspects of the lottery in secrecy, including without limitation the following:

a.    Defendants have not provided a complete set of lottery or contest rules, including the odds of winning or how winners will be selected.

b.    Defendants have not provided information about when they will make payments to participants.

c.    Defendants have not provided what privacy policy, if any, will protect participants' personal information

Ex. A, Verified Complaint, ¶¶ 63-64.

Case ID: 241003509
Control No.: 24105617

Also by way of example, Defendants appear to be making false statements about the lottery, including without limitation the following:

    a. Defendants say that the winners are chosen at random; yet, on information and belief, winners are not actually chosen at random.  For example, the October 19 and October 20 winners appear not to be chosen at random because both just happened to live near the locations of Musk's pro-Trump rallies and both were in attendance at those rallies.

    b. Defendants promise to pay $100 to all participating registered voters who sign America PAC's petition yet, on information and belief, Defendants have not made those payments.

*Id.* ¶ 65.

Accordingly, Defendants are operating an illegal lottery in violation of Pennsylvania statutes.  *Id.* ¶ 66.

To be clear, it would be no defense for America PAC and Musk to argue that it was not engaging in a lottery if their scheme actually did not involve a chance or random selection of winners.  In that event, (a) they would be admitting to acting deceptively and in violation of the Commonwealth's consumer protection law; and (b) they would still be in violation of the Commonwealth's prohibition against the operation of unlawful lotteries.  *Id.* ¶ 67.  Plaintiff is the Commonwealth of Pennsylvania, acting by and through the Philadelphia District Attorney.  DA Krasner has the right to bring a cause of action for public nuisance to enjoin "an unreasonable interference with a right common to the general public" on behalf of Philadelphia's citizens.  *See Atl. Richfield Co. v. Cnty. of Montgomery*, 294 A.3d 1274, 1283 (Pa. Cmwlth. 2023) (quoting Restatement (Second) of Torts § 821B (1979)).  "All unlawful lotteries or numbers games are . . . common

Case ID: 241003509
Control No.: 24105617

nuisances." 18 Pa. C.S. § 5512(a).  DA Krasner is also expressly authorized to bring an action in the name of the Commonwealth under the UTPCPL whenever he has reason to believe that any person is using or is about to use any method, act, or practice declared by the UTPCPL to be unlawful, and that such proceedings would be in the public interest.  73 P.S. § 201-4.

This Court has jurisdiction pursuant to 42 Pa. C.S. § 931(a).

There is no federal jurisdiction over this dispute.  This is a Pennsylvania law matter, not a federal question.  It is for this state court to interpret the Commonwealth's laws.  Additionally, there is no diversity of citizenship between the parties, including because Plaintiff is District Attorney Krasner, acting in the name of the Commonwealth of Pennsylvania, which is not a "citizen" that can be diverse to other citizens within the meaning of 28 U.S.C. § 1332.  *Moor v. Cnty. of Alameda*, 411 U.S. 693, 717 (1973).[2]

## V.   ARGUMENT

### A.   Standard

Pennsylvania Rule of Civil Procedure 1531 authorizes preliminary or special injunctive relief.  A party is entitled to a preliminary injunction by showing:  (1) the injunction is necessary to prevent immediate and irreparable harm that cannot be compensated adequately by damages; (2) greater injury would result from refusing the injunction than from granting it, and, concomitantly, the issuance of an injunction will not substantially harm other interested parties in the proceedings; (3) the preliminary injunction will properly restore the parties to their status as it existed immediately prior

---

[2] Accordingly, any effort to remove this matter to federal court would be frivolous and subject to remand.

Case ID: 241003509
Control No.: 24105617

to the alleged wrongful conduct; (4) the party seeking injunctive relief has a clear right to relief and is likely to prevail on the merits; (5) the injunction is reasonably suited to abate the offending activity; and, (6) the preliminary injunction will not adversely affect the public interest." *SEIU Healthcare Pennsylvania v. Com.*, 104 A.3d 495, 501-02 (Pa. 2014) (reversing denial of preliminary injunction).

Only "reasonable grounds" need exist for a trial court to grant injunctive relief. *See Sovereign Bank v. Harper*, 674 A.2d 1085, 1091 (Pa. Super. Ct. 1996) (citing *William v. Children's Hosp. of Pittsburgh*, 479 A.2d 452, 453 (Pa. Super. Ct. 1984)). Preliminary injunctive relief is particularly appropriately where, as here, a plaintiff credibly asserts a violation of a statute. *See Com. ex rel. Corbett v. Snyder*, 977 A.2d 28, 41 (Pa. Cmwlth. 2009) (citing *Pub. Util. Comm'n v. Israel,* 52 A.2d 317 (Pa. 1947)).

Plaintiff's application amply satisfies each of these requirements, which Plaintiff addresses in descending order of relative importance.

## B.   Plaintiff Has Established a Clear Right to Relief.

A trial court is authorized to grant preliminary injunctions only if the court is satisfied that plaintiff's "right to relief is clear." *Santoro v. Morse*, 781 A.2d 1220, 1229 (Pa. Super. Ct. 2001). "To establish a clear right to relief, the party seeking an injunction need not prove the merits of the underlying claim, but need only demonstrate that substantial legal questions must be resolved to determine the rights of the parties." *SEIU*, 104 A.3d at 506. "Since a preliminary injunction is designed to preserve the status quo pending final resolution of the underlying issues, it is obvious that the 'clear right' requirement is not intended to mandate that one seeking a preliminary injunction establish his or her claim absolutely." *Fischer v. Dep't of Pub. Welfare*, 439 A.2d 1172, 1174 (Pa. 1982).

- 16 -

Case ID: 241003509
Control No.: 24105617

### 1. Plaintiff Is Likely to Prevail on His Underlying Claim for Public Nuisance (Count I).

All lotteries in Pennsylvania are regulated and conducted by the state for the benefit of public programs. *See* 72 P.S. § 3761-101, *et seq.* (the "State Lottery Law"). Any lottery not specifically authorized by law is unlawful and illegal. 18 Pa. C.S. § 5512. Under Pennsylvania law, a scheme is an unlawful lottery if it satisfies three elements: (1) a prize to be won; (2) a winner to be determined by chance; and (3) the payment of a consideration by the player. *See Com. v. Lane*, 363 A.2d 1271, 1272 (Pa. Super. Ct. 1976) (citing *Commonwealth v. Logan*, 94 A.2d 99 (Pa. Super. Ct. 1953)).  The General Assembly has also expressly declared that unlawful lotteries are "common nuisances." 18 Pa. C.S. § 5512(a).

Indisputably, America PAC and Musk are running a lottery:   (1) the prize to be won is $1 million offered by America PAC; (2) a winner is, according to Defendants, drawn at "random"; and (3) the players – citizens of Philadelphia, the Commonwealth or the other swing states Defendants have made eligible – provide at least two forms of consideration to participate and be eligible to receive the $1 million:  (a) they provide personal information (*i.e.*, first and last name, email address, mailing address, and cell phone number) inputted into America PAC's electronic system; and (b) they bind their own future conduct through a pledge to support specified positions. *See Cobaugh v. Klick-Lewis, Inc.*, 385 Pa. Super. 587, 591–92 (Pa. 1989); *see also Dahar v. Grzandziel*, 599 A.2d 217, 218 (Pa. 1991) (cooperation with an attorney during an investigation constituted consideration); *Gottlieb v. Tropicana Hotel & Casino*, 109 F. Supp. 2d 324, 329 (E.D. Pa. 2000) ("The laws of New Jersey and Pennsylvania similarly hold that the minimal detriment to a participant in a promotional contest is sufficient consideration

Case ID: 241003509
Control No.: 24105617

for a valid contract.").  *Cf. Commonwealth v. Lund*, 15 A.2d 839 (Pa. 1940) (theater

promotion constituted lottery because it increased attendance and revenue).

Lotteries are highly regulated under Pennsylvania law.  *See generally* 72 P.S.

§ 3761-101, *et seq.*  The purpose of the State Lottery Law is "to establish a  lottery to be

operated by the state," the proceeds of which benefit those 65 years of age or older.  72

P.S. § 3761-101.  The State Lottery Law is also intended to "provide a means through

which to curb illegal gambling operations in Pennsylvania."  *Id.*   All lotteries not

specifically authorized by law are unlawful.  18 P.S. § 5512(d).

Indisputably, Defendants' lottery is unlawful.  It is not authorized by

Pennsylvania law and is not a state lottery under the State Lottery Law.  The General

Assembly has further established that all unlawful lotteries such as Defendants' is

"declared to be common nuisances."  18 Pa. C.S. § 5512(a).

Additionally, Defendants' lottery is harmful to residents of Philadelphia and the

Commonwealth and interferes with their public rights for a host of reasons including the

following:

      a.  The lottery imposes a substantial danger to economic and general welfare,
irreparably harms the integrity of Pennsylvania's legitimate State Lottery
Law, and otherwise inflames gambling instincts and corrupts public
morals among Pennsylvania citizens;

      b.  The lottery is a menace to public welfare in Pennsylvania since illegal
gambling has the strong potential to exploit vulnerable populations
including children, the elderly, and those with limited means; and

      c.  The lottery interferes with a public right to vote without undue influence
and otherwise injects illegal activity into the integrity of the electoral

Case ID: 241003509
Control No.: 24105617

process.  Pennsylvania voters, including voters in Philadelphia, have the right to public peace, public comfort, and public convenience to engage in the electoral process without interference from outside third parties offering the chance of a reward in exchange for providing personal information.

Without doubt therefore, Defendants' illegal lottery causes a serious deterioration in public order, public safety, and further encourages pervasive misconduct by other parties seeking to undermine the integrity of Pennsylvania's electoral process.  *See generally* Ex. A, Verified Compl., ¶¶ 74-92.

Accordingly, Defendants are liable for public nuisance because, among other things, their conduct (a) is illegal and proscribed by 18 Pa. C.S. § 5512.  *See* Restatement Second, Torts § 821B(2)(b); *see also Machipongo Land & Coal Co. v. Com.*, 799 A.2d 751, 773 (Pa. 2002) (noting that Section 821B has been "repeatedly applied" in Pennsylvania courts); and (b) has caused an unreasonable and substantial interference with a right common to the general public.  *See* Restatement (Second) of Torts § 821B.

### 2.   Plaintiff Is Likely to Prevail on His Underlying Claim for Violation of the UTPCPL (Count II).

The UTPCPL prohibits [1] persons from employing [2] "unfair or deceptive acts or practices [3] in the conduct of any trade or commerce," which includes [4] "[e]ngaging in any other fraudulent or deceptive conduct which creates a likelihood of confusion or of misunderstanding."  73 P.S. §§ 201-2(4)(xxi), 201-3(a).  The UTPCPL is to be "liberally construed" to effectuate its objective of protecting Pennsylvanians from unfair or deceptive practices.  *See Commonwealth v. Chesapeake Energy Corp.*,

Case ID: 241003509
Control No.: 24105617

247 A.3d 934, 936 (Pa. 2021) (internal citation and quotations omitted).  Plaintiff well satisfies these elements.  *See generally* Ex. A, Verified Compl., ¶¶ 93-115.

As to [1], America PAC and Musk are each a "person" under the UTPCPL.  73 P.S. § 201-2(2); *see also* Exhibit 1.

As to [3], Defendants are engaging in trade or commerce.  Trade or commerce includes "the offering ... or thing of value wherever situate, and includes trade or commerce directly or indirectly affecting the people of this Commonwealth."  73 P.S. § 201-2(3).

America PAC offers a thing of value to a lottery participant—$100 and a chance to win $1 million—while a participant confers a thing of value on America PAC—their personal information and data, which benefits America PAC's marketing, political campaigning, and data analytics capabilities, as well as a pledge of political support.  *See Com. by Preate v. Watson & Hughey Co.*, 563 A.2d 1276, 1282 (Pa. Cmwlth. 1989) (noting, "sweepstakes solicitations constitute the *advertising* of some *thing of value*" under the UTPCPL) (emphasis in original); *see also In re Soc. Media Adolescent Addiction/Pers. Inj. Prods. Liab. Litig.*, No. 4:23-CV-05448-YGR, 2024 WL 4532937, at *44 (N.D. Cal. Oct. 15, 2024) (providing personal information in exchange for social-media website/application use is "in the conduct of any trade or commerce" under UTPCPL and other states' consumer protection laws) (citation omitted).

Defendants' trade or commerce is directly or indirectly affecting Pennsylvania residents.  They offer an online lottery to Pennsylvanians, giving participants the daily chance to win $1 million in exchange for the participant signing America PAC's petition. *See* Exhibit 13.  They also offer $100 to Pennsylvania registered-voter participants who sign the petition, and $100 to petition signers referred by a participant, both amounts

Case ID: 241003509
Control No.: 24105617

more than the $47 offered to petition signers in other states (Georgia, Nevada, Arizona, Michigan, Wisconsin, and North Carolina). *Id.*

Registering for America PAC's lottery causes detriment to the participant, in that a participant loses control over their personal data, which could be sold to third parties. A registrant also implicitly pledges that their name, likeness, and support to America PAC, which will be made public if the participant wins the lottery, thus forfeiting personal privacy.

As to [2] and [4], Defendants' lottery employs unfair or deceptive acts prohibited by the UTPCPL, including without limitation, the deceptive conduct that creates a likelihood of confusion or misunderstanding. Defendants engaged in unfair or deceptive acts or practices in violation of the UTPCPL by failing to:

a. Provide a complete set of lottery or other contest rules to all participants, with such rules being set forth clearly and conspicuously at a place where participants may readily review;

b. Clearly and conspicuously disclose to participants the range of payouts available and the method of winning and timing of delivery for those payouts;

c. Clearly and conspicuously disclose the odds of winning;

d. Clearly and conspicuously disclose how Defendants will store and/or use the personal data provided by the Participant during the sweepstake registration process. The website, for example, fails to disclose any limitations or restrictions on how Defendants may use a participant's collected personal data, including their name, email address, and mailing address (other than a caveat that a participant's cell phone number will only be used to confirm identity); and

e. Clearly and conspicuously disclose the privacy policy applicable to the registrants.

In addition, the America PAC website makes various statements that have the capacity to deceive, or are likely to deceive or confuse, a substantial portion of the public.

Case ID: 241003509
Control No.: 24105617

The website makes unfair or deceptive statements concerning the supposed promise to pay $100 to participating registered-voters who sign America PAC's petition (or refer a petitioner).  The website promoting the petition and lottery states:



Exhibit 13.  Yet, upon information and belief, Pennsylvania registered-voter participants who have signed America PAC's petition, or referred a petition signer, have not received $100 from America PAC.

The foregoing conduct has the capacity to deceive, or was likely to deceive or confuse, a substantial portion of the public.  *See Gregg v. Ameriprise Fin., Inc.*, 245 A.3d 637, 649 (Pa. 2021); *see also* 73 P.S. § 201-2(4).  The liability imposed under Section 201-2(3) is strict liability, as it does not depend on any particular *mens rea*. *Gregg*, 245 A.2d at 650.  As a direct result of the foregoing, Defendants have received, and will continue to receive, benefits that they would not have received if they had not engaged in violations of the UTPCPL as alleged herein.  Philadelphia citizens and those across the Commonwealth have thus suffered substantial injury.

Based on these violations, DA Krasner seeks an injunction requiring Defendants to cease engaging in any unfair or deceptive acts or practices in connection with their lottery.  73 P.S. § 201-4.  Unless restrained by this Court, Defendants will likely continue

Case ID: 241003509
Control No.: 24105617

to engage in the methods, acts, or practices that have a likelihood to deceive, mislead, and confuse the public absent the grant of an injunction. The ongoing and likely future violations by Defendants of the UTPCPL are contrary to the public interest, necessitating an injunction to restrain and prevent further misconduct by Defendants.

Plaintiff is therefore likely to succeed on the merits of his two claims.

### C. Defendants' Scheme Irreparably Harms Pennsylvania Citizens.

It has been long settled that "a violation of an express provision of a statute is *per se* irreparable harm for purposes of a preliminary injunction." *Crowe ex rel. Crowe v. Sch. Dist. of Pittsburgh*, 805 A.2d 691, 694-95 (Pa. Cmwlth. 2002); *see also SEIU*, 104 A.3d at 508-09 (irreparable harm shown where undisputed facts demonstrated a statutory violation); *Stilp v. Com.,* 910 A.2d 775, 787 (Pa. Cmwlth. 2006) (holding violations of the Pennsylvania Constitution and express statutory provisions constitutes *per se* irreparable harm), *aff'd*, 974 A.2d 491 (Pa. 2009); *Wyland v. West Shore Sch. Dist.*, 52 A.3d 572, 583 (Pa. Cmwlth. 2012) ("Deprivation of a statutory right constitutes irreparable harm. Failure to comply with a statute is sufficiently injurious to constitute irreparable harm.") (citations omitted); *Israel*, 52 A.2d 317; *Unified Sportsmen of Pa. v. Pa. Game Comm'n (PGC)*, 950 A.2d 1120 (Pa. Cmwlth. 2008); *Com. by Fisher v. Richard A. Cole, M.D., Inc.,* 709 A.2d 994 (Pa. Cmwlth. 1998).

Defendants have plainly violated Pennsylvania law. As shown above, Defendants' lottery is an illegal lottery that is not authorized by statute and is a "common nuisance". The lottery therefore violates, and continues to violate, 18 Pa. C.S. § 5512. *See supra* pp. 17-19. That is ample enough basis for entering the requested injunction. Defendants' violation of the UTPCPL — demonstrated, *supra* — provides a second

Case ID: 241003509
Control No.: 24105617

ground.  These statutory violations are ongoing and thus constitute irreparable harm

*per se.*

### D.    The Denial of Injunctive Relief Will Result in Greater Harm Than By Granting Said Relief.

The Court need not consider the balance of harms because Defendants' conduct

creates *per se* irreparable harm.  *See Wolk v. Sch. Dist. of Lower Merion*, 228 A.3d 595,

611 (Pa. Commw. Ct. 2020) (citing *Israel*, 52 A.2d at 321).

In any event, the denial of injunctive relief would significantly harm consumers

and voters across the Commonwealth due to Defendants' unlawful conduct and

misrepresentations.  Defendants' unlawful lottery harms Pennsylvanians because it

creates or has the potential to create hazards to public health, safety, and general

welfare.  Ex. A, Verified Compl., ¶ 85.

Defendants' deception has further harmed the public because they have shrouded

key aspects of the lottery in secrecy, including because (a) Defendants have not provided

a complete set of lottery or contest rules,  including the odds of winning or how winners

will be selected; (b) Defendants have not provided information about when they will

make payments to participants; (c) Defendants have not provided what privacy policy, if

any, will protect participants' personal information.  *Id.*  ¶¶ 64, 103.  Further,

Defendants appear to be making false statements about the lottery, including:  (d)

Defendants say the that winners are chosen at random; yet, on information and belief,

winners are not actually chosen at random; and (e) Defendants promise to pay $100 to

all participating registered voters who sign America PAC's petition yet, on information

and belief, Defendants have not made those payments.  *Id.* ¶ 65.  America PAC's

violation of the UTPCPL causes a likelihood of confusion or of misunderstanding as to

- 24 -

Case ID: 241003509
Control No.: 24105617

the $1 million lottery prize, the compensation a participant receives for signing the petition and registering for a lottery, how and when compensation shall be paid, and the disclosures concerning the supposed payments.

These violations result in substantial injury to the public and the Commonwealth by undermining laws enacted by the General Assembly to (1) protect consumers and (2) regulate unlawful lottery schemes. *See also* 18 Pa. C.S. § 5512. By contrast, the harm of an injunction to Defendants is minimal to nonexistent. Defendants have already unlawfully acquired data from over 280,000 unsuspecting Pennsylvanians and will suffer no injury by being enjoined from further wrongdoing. Further, there can be no harm to Defendants by being enjoined to follow state statutes enacted for the benefit and protection of the public.

### E.    A Preliminary Injunction Would Restore the Status Quo

The purpose of a preliminary injunction is to prevent irreparable injury by preserving the status quo as it previously existed before the acts complained of occurred. *Duquesne Light Co. v. Longue Vue Club*, 63 A.3d 270, 278 (Pa. Super. Ct. 2013). An injunction is appropriate where it "restore[s] the parties to their status quo as it existed before the alleged wrongful conduct." *Braynman Constr. Corp. v. DOT*, 13 A.3d 925, 935 (Pa. 2011).

Here, there are no impediments to restoring the *status quo*. The status quo existed prior to October 7, 2024, the date Defendants began offering cash prizes in exchange for voters' personal data. *See* Ex. A, Verified Compl. ¶¶ 3, 28. By restraining Defendants from further operating an unlawful lottery or engaging in deceptive conduct prohibited by the UTPCPL, the requested injunction would restore the status quo. *See Firearm Owners Against Crime v. Lower Merion Twp.*, 151 A.3d 1172, 1181 (Pa.

Case ID: 241003509
Control No.: 24105617

Commw. Ct. 2016) ("The *status quo ante* to be preserved by a preliminary injunction is the last actual, peaceable, lawful, noncontested status which preceded the pending controversy.").

### F. The Requested Injunction is Reasonably Suited to Abate the Offending Conduct.

A preliminary injunction must be "reasonably suited to abate the offending activity." *See SEIU*, 104 A.3d at 509 (citation omitted). Without an injunction, Defendants can continue to operate an illegal lottery and unlawfully acquire and use consumers' personal data and engage in deceptive conduct in violation of the UTPCPL, the State Lottery Law, and 18 Pa. C.S. § 5512. Because the injunction is narrowly tailored to enjoin Defendants' wrongful conduct with respect to their illegal lottery, the requested relief is reasonably suited to abate the offending conduct. *See Dillon v. City of Erie*, 83 A.3d 467, 474 (Pa. Cmwlth. 2014) (*en banc*) ("[T]he injunction is reasonably suited to abate the offending activity by enjoining the [unlawful conduct].").

### G. A Preliminary Injunction Will Not Adversely Affect the Public Interest – Instead, It Will Advance the Public Interest.

"Harm to the public is an additional consideration in the issuance or denial of a preliminary injunction." *Allegheny Anesthesiology Assocs., Inc. v. Allegheny Gen. Hosp.*, 826 A.2d 886, 893 (Pa. Super. Ct. 2003). "This factor requires the court to look beyond the parties' respective interests and to gauge the injunction's potential effects on the community as a whole." *McCahon v. Pennsylvania Tpk. Comm'n*, 491 F. Supp. 2d 522, 528 (M.D. Pa. 2007). The injury to the public element is tied to the immediate and irreparable harm element a movant must show: "when the Legislature declares certain conduct to be unlawful, it is tantamount in law to calling it injurious to the public. For

Case ID: 241003509
Control No.: 24105617

one to continue such unlawful conduct constitutes irreparable injury." *Dillon*, 83 A.3d at 474 (*quoting Israel*, 52 A.2d at 317).  As set forth above, Defendants' conduct is unlawful and contrary to public policy.  It is ongoing and violates multiple state statutes.  It is therefore in the public's interest to enjoin Defendants' misconduct.

## VI.    RELIEF

For the foregoing reasons, DA Krasner respectfully requests that this Court enter an Order in the form attached hereto enjoining Defendants from operating an illegal lottery and engaging in deceptive conduct.

Respectfully submitted,

HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER

Dated:  October 28, 2024

By:  */s/ John S. Summers*
    John S. Summers (Atty. I.D. No. 41854)
    jsummers@hangley.com
    Andrew M. Erdlen (Atty. I.D. No. 320260)
    aerdlen@hangley.com
One Logan Square, 27th Floor
Philadelphia, PA 19103-6933
(215) 568-6200
(215) 568-0300 (facsimile)

*Attorneys for Plaintiff*

Case ID: 241003509
Control No.: 24105617

## CERTIFICATE OF SERVICE

I, John S. Summers, hereby certify that I caused a true and correct copy of the foregoing Plaintiff's Emergency Petition for Preliminary Injunctive Relief to be served by first class mail upon the following:

AMERICA PAC
P.O. Box 341027
Austin, TX 78734

ELON MUSK
52448-54298 Boca Chica Blvd.
Brownsville, TX 78521

*Defendants*

HANGLEY ARONCHICK SEGAL PUDLIN
& SCHILLER

Dated: October 28 , 2024

By: */s/ John S. Summers*
    John S. Summers (Atty. I.D. No. 41854)
    jsummers@hangley.com
    Andrew M. Erdlen (Atty. I.D. No. 320260)
    aerdlen@hangley.com
One Logan Square, 27th Floor
Philadelphia, PA 19103-6933
(215) 568-6200
(215) 568-0300 (facsimile)

*Attorneys for Plaintiff*

# Exhibit C

**IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY**
**FIRST JUDICIAL DISTRICT OF PENNSYLVANIA**
**TRIAL DIVISION - CIVIL**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, acting by and through Philadelphia District Attorney Lawrence S. Krasner, | : : : : | OCTOBER TERM, 2024 |
| | : | NO. 03509 |
| Plaintiff, | : : | MAJOR NON-JURY PROGRAM |
| | : | *24105617* |
| v. | : : | |
| AMERICA PAC and ELON MUSK, | : : | |
| Defendants. | : : | |

## ORDER

**AND NOW**, this 28th day of October, 2024, it appearing that the captioned case concerns election matters that are assigned to the President Judge or her designee, it is **ORDERED** that this case and the pending emergency Petition for Preliminary Injunctive Relief shall be reassigned to the Honorable Angelo J. Foglietta for all further proceedings.

**BY THE COURT:**

_____
NINA WRIGHT PADILLA, P.J.

ORDER Commonwealth Of Pa. By District Attorney Lawrence (SPG)

24100350900012

# Exhibit D

**IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY**
**FIRST JUDICIAL DISTRICT OF PENNSYLVANIA**
**TRIAL DIVISION – CIVIL**

| | | |
|---|---|---|
| **COMMONWEALTH OF PENNSYLVANIA** | : | **OCTOBER TERM, 2024** |
| | : | |
| | : | **NO. 03509** |
| **v.** | : | |
| | : | **Control No. 24105617** |
| **AMERICA PAC,** *et al.* | : | |

### *EX PARTE* ORDER

**AND NOW**, this 28th day of October 2024, upon consideration of Plaintiff's Emergency Petition for Preliminary Injunctive Relief filed under Control Number 24105617, it is hereby **ORDERED** and **DECREED** that a **RULE** is entered upon all parties to show cause why the relief requested should not be granted.

**RULE RETURNABLE** on **FRIDAY, NOVEMBER 1, 2024, at 10:00 A.M.** in Courtroom 446, City Hall, Philadelphia, Pennsylvania.

It is **FURTHER ORDERED** that all parties must be present at the time of the hearing.

It is **FURTHER ORDERED** that, prior to the hearing, Plaintiff shall serve this rule, and the emergency motion, via personal service, mail, email, and/or facsimile, on all parties. Plaintiff shall file proof of service with the court or present proof of service at the time of the hearing.

BY THE COURT:

ANNE MARIE B. COYLE, J.

# Exhibit E

**IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
CIVIL TRIAL DIVISION**

| | | |
|---|---|---|
| | : | OCTOBER TERM, 2024 |
| **COMMONWEALTH OF** | : | |
| **PENNSYLVANIA,** | : | |
| acting by and through Philadelphia District | : | No. 03509 |
| Attorney Lawrence S. Krasner, | : | |
| | : | NOT AN ARBITRATION CASE |
| *Plaintiff*, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | |
| **AMERICA PAC** and **ELON MUSK**, | : | |
| | : | |
| *Defendants.* | : | |

## <u>ORDER</u>

AND NOW, this _____ day of _____, 2024, upon consideration of

the Emergency Motion for Extraordinary Relief and an Expedited Hearing of Plaintiff

Commonwealth of Pennsylvania, acting by and through Philadelphia District Attorney

Lawrence S. Krasner ("Plaintiff"), the Motion is GRANTED.

IT IS ORDERED THAT Defendants show cause before this Court on the

_____ day of October, 2024 at _____ in Courtroom _____, as to why a

Preliminary Injunction providing the relief sought in Plaintiff's Emergency Petition for

Preliminary Injunctive Relief should not be entered;

IT IS FURTHER ORDERED that Plaintiff shall cause a copy of this Rule, along

with the aforesaid Petition and accompanying papers, to be served upon Defendants.

BY THE COURT:

Dated: _____                    _____

                                                                      J.

HANGLEY ARONCHICK SEGAL
PUDLIN & SCHILLER
By:   John S. Summers (Atty. I.D. No. 41854)
        jsummers@hangley.com
        Andrew M. Erdlen (Atty. I.D. No. 320260)
        aerdlen@hangley.com
One Logan Square, 27th Floor
Philadelphia, PA 19103-6933
(215) 568-6200
(215) 568-0300 (facsimile)                    *Attorneys for Plaintiff*

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, acting by and through Philadelphia District Attorney Lawrence S. Krasner, *Plaintiff*, v. AMERICA PAC and ELON MUSK, *Defendants* | COURT OF COMMON PLEAS PHILADELPHIA COUNTY TRIAL DIVISION - CIVIL OCTOBER TERM, 2024 NO.  03509 |

**PLAINTIFF'S EMERGENCY MOTION FOR EXTRAORDINARY RELIEF
AND AN EXPEDITED HEARING**

Plaintiff Commonwealth of Pennsylvania, acting by and through Philadelphia

District Attorney Lawrence S. Krasner ("DA Krasner") respectfully seeks emergency

extraordinary relief scheduling a hearing on his Petition for Emergency Preliminary

Injunctive Relief (Motion Control No. 24105617) on Wednesday, October 30.

1.      Earlier today, October 28, 2024, DA Krasner filed a Verified Complaint

and Emergency Petition for Preliminary Injunctive Relief.  The Emergency Petition

concerns the upcoming November 5 Presidential Election and seeks an injunction to

stop Defendant America PAC's and Elon Musk's unlawful lottery that has been seeking

to influence the election.

2.      We received earlier today an initial Order from Hon. Anne Marie Coyle

(attached as Exhibit A) noticing, in accordance with her schedule, a delayed hearing four

days from now (November 1.)   This delayed scheduling of the hearing would have been prejudicial because it would allow continued interference with the election over this entire week – the week before the Presidential Election.

3.      Additionally, after the filing of the Emergency Petition, Defendant America PAC posted on X that it intends to continue its unlawful awarding of $1 million notwithstanding the filing of the Complaint and Petition for Emergency Relief.  *See* X Posting, 10:08 am, October 28, 2024 (Ex. B); America PAC website (as of Oct. 28, 1:55 p.m.) (Ex. C).

4.      The case was thereafter reassigned to Hon. Angelo Foglietta.

5.      Accordingly, we respectfully request that the Emergency Petition be scheduled for a hearing not later than October 30.

6.      Plaintiff has commenced efforts to serve the Court's *Ex Parte* Order, the Complaint, and the Emergency Petition, including by personal service, Federal Express, and certified and priority U.S. Mail.

WHEREFORE, DA Krasner respectfully requests that this Court accelerate a hearing on the Expedited Petition.

Dated:  October 28, 2024

HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER

By:  */s/ John S. Summers*
       John S. Summers (Atty. I.D. No. 41854)
       jsummers@hangley.com
       Andrew M. Erdlen (Atty. I.D. No. 320260)
       aerdlen@hangley.com
One Logan Square, 27th Floor
Philadelphia, PA 19103-6933
(215) 568-6200
(215) 568-0300 (facsimile)

*Attorneys for Plaintiff*

**VERIFICATION**

I, John S. Summers, am counsel to Plaintiff Commonwealth of Pennsylvania, acting by and through Philadelphia District Attorney Lawrence S. Krasner ("DA Krasner").  I submit this Verification in support of Plaintiff's Emergency Motion for Extraordinary Relief and an Expedited Hearing.  The facts set forth are true and correct to the best of my knowledge, information, and belief, as well as the pleadings and exhibits referenced in the Motion.

I understand that false statements herein are made subject to the penalties of 18 P.S. § 4904 relating to unsworn falsification to authorities.

Dated: October 28, 2024                    _/s/ John S. Summers_____
                                           John S. Summers

# EXHIBIT A

**IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY**
**FIRST JUDICIAL DISTRICT OF PENNSYLVANIA**
**TRIAL DIVISION – CIVIL**

| | | |
|---|---|---|
| **COMMONWEALTH OF PENNSYLVANIA** | : | **OCTOBER TERM, 2024** |
| | : | |
| | : | **NO. 03509** |
| **v.** | : | |
| | : | **Control No. 24105617** |
| **AMERICA PAC,** *et al.* | : | |

## *EX PARTE* ORDER

**AND NOW**, this 28th day of October 2024, upon consideration of Plaintiff's Emergency Petition for Preliminary Injunctive Relief filed under Control Number 24105617, it is hereby **ORDERED** and **DECREED** that a **RULE** is entered upon all parties to show cause why the relief requested should not be granted.

**RULE RETURNABLE** on **FRIDAY, NOVEMBER 1, 2024, at 10:00 A.M.** in Courtroom 446, City Hall, Philadelphia, Pennsylvania.

It is **FURTHER ORDERED** that all parties must be present at the time of the hearing.

It is **FURTHER ORDERED** that, prior to the hearing, Plaintiff shall serve this rule, and the emergency motion, via personal service, mail, email, and/or facsimile, on all parties. Plaintiff shall file proof of service with the court or present proof of service at the time of the hearing.

BY THE COURT:

ANNE MARIE B. COYLE, J.

# EXHIBIT B

**Post**

Pinned

 **America** ✅
@america

**Follow**

Jordan from Hastings, Michigan received $1M for signing our petition to support the Constitution.

Every day until Election Day, a person who signs will be selected to earn $1M as a spokesperson for America PAC.

SIGN: petition.theamericapac.org

  

10:08 AM · 10/28/24 · **79K** Views

💬 191    🔁 299    ♡ 1.7K    🔖 26    ⬆️

Post your reply

# EXHIBIT C



## 💰 EARN $1,000,000! 💰

John earned $1,000,000 in Harrisburg, PA!

Kristine earned $1,000,000 in Pittsburgh, PA!

Shannon earned $1,000,000 in McKees Rocks, PA!

Andy earned $1,000,000 in Holly Springs, NC!

Jason earned $1,000,000 in Holland, MI!

Brian earned $1,000,000 in Eau Claire, WI!

Marie earned $1,000,000 in Pahrump, NV!

Judey earned $1,000,000 in Lancaster, PA!

Nancy earned $1,000,000 in AZ!

Oct 27 - Nov 5: Each day, one petition signer from either PA, GA, NV, AZ, MI, WI, or NC will earn $1,000,000.

The First and Second Amendments guarantee freedom of speech and the right to bear arms. By signing below, I am pledging my support for the First and Second Amendments.

**In appreciation for your support, you will receive $47 for each registered voter you refer that signs this petition.**

Our goal is to get 1 million registered voters in swing states to sign in support of the Constitution, especially freedom of speech and the right to bear arms. This program is exclusively open to registered voters in Pennsylvania, Georgia, Nevada, Arizona, Michigan, Wisconsin and North Carolina. Expires November 5.

## 🚨 SPECIAL OFFER FOR PENNSYLVANIA REGISTERED VOTERS 🚨
Sign this petition and get $100. Refer a petition signer and get $100.

*Offer valid from time of posting through 11:59 PM on 10/28. New signers only. $100 replaces standard $47 offer (not in addition to it) To be eligible, both the referrer and the petition signer must be registered voters of Pennsylvania.*

**First Name \***

First Name

**Last Name \***

Last Name

**Email Address \***

Email Address

**Cell Phone Number \***
Will only be used to confirm you are the legitimate petition signer. No other purpose.

Cell Phone Number

**Mailing Address \***

Street Address

[Use Manual Address](#)

**Did someone refer you?**

**Email or Cell Phone Number**

Email or Cell Phone Number

**SIGN PETITION**　　　　　　　　　　　　　　　　　　>

Each person may only sign this petition once. Eligible people may only list one eligible person as their referrer. Signing the petition on behalf of another person is not permitted. Before payment is made, America PAC will verify the accuracy of all information of the referrer and referee. Payments of $600 or more will require the referrer to provide a signed IRS W-9 so an IRS 1099 can be issued. To be eligible, both the referrer and the petition signer must be registered voters of Arizona, Michigan, Georgia, Nevada, North Carolina, Pennsylvania, or Wisconsin.

## CERTIFICATE OF SERVICE

I, John S. Summers, hereby certify that I caused a true and correct copy of the foregoing Plaintiff's Emergency Motion for Extraordinary Relief and an Expedited Hearing to be served by U.S.P.S. Priority Mail on the following:

> AMERICA PAC
> P.O. Box 341027
> Austin, TX 78734
>
> ELON MUSK
> 52448-54298 Boca Chica Blvd.
> Brownsville, TX 78521
>
> *Defendants*

|  |  |
|---|---|
|  | HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER |
| Dated: October 28, 2024 | By: */s/ John S. Summers* |
|  | John S. Summers (Atty. I.D. No. 41854) |
|  | jsummers@hangley.com |
|  | Andrew M. Erdlen (Atty. I.D. No. 320260) |
|  | aerdlen@hangley.com |
|  | One Logan Square, 27th Floor |
|  | Philadelphia, PA 19103-6933 |
|  | (215) 568-6200 |
|  | (215) 568-0300 (facsimile) |
|  |  |
|  | *Attorneys for Plaintiff* |