## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COMMONWEALTH OF
PENNSYLVANIA by and through
Lawrence S. Krasner, District Attorney of
the County of Philadelphia,

          *Plaintiff,*

   v.

ELON MUSK, *et. al.*,

          *Defendants.*

CIVIL ACTION
NO. 24-5823

## ORDER

    **AND NOW**, this 31st day of October 2024, it is **ORDERED** that Defendants

shall file their response to Plaintiff's Emergency Motion to Remand (ECF No. 3), by

**10 a.m. EDT on Friday, November 1, 2024**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.