UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COMMONWEALTH OF PENNSYLVANIA**, acting by and through Philadelphia District Attorney Lawrence S. Krasner, <br><br> Plaintiff, <br> v. <br><br> **AMERICA PAC** and **ELON MUSK** <br><br> Defendants. | : <br> : <br> : <br> : No. 2:24-cv-05823-GJP <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

# ORDER

AND NOW, this _____ day of _____, 2024, it is hereby **ORDERED** and **DECREED** that William Andrew Taylor, Esquire, is admitted *pro hac vice* to the United States District Court for the Eastern District of Pennsylvania, in the above-captioned matter only.

**BY THE COURT:**

_____
Pappert, J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COMMONWEALTH OF PENNSYLVANIA**, acting by and through Philadelphia District Attorney Lawrence S. Krasner, <br><br> Plaintiff, <br><br> v. <br><br> **AMERICA PAC** and **ELON MUSK** <br><br> Defendants. | : <br> : <br> : <br> : No. 2:24-cv-05823-GJP <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

**MATTHEW H. HAVERSTICK'S MOTION FOR *PRO HAC VICE* ADMISSION OF WILLIAM ANDREW TAYLOR**

Mattthew H. Haverstick, undersigned counsel for Defendants America PAC and Elon Musk, hereby moves that William Andrew Taylor be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendants America PAC and Elon Musk pursuant to the Honorable Gerald J. Pappert's Policies and Procedures, Section I(D), and in support thereof I aver as follows:

1. I am admitted practice and am in good standing before this Court.

2. I have entered my appearance in the above-captioned matter as is reflected on the docket.

3. Mr. Taylor frequently represents the Defendants, and the Defendants want him to represent them in the above-captioned matter.

4. On October 31, 2024, undersigned reached out to Plaintiff's counsel requesting his concurrence in this Motion. As of the filing of this Motion, Plaintiff's counsel has not responded to undersigned's request.

5. In compliance with the Honorable Gerald J. Pappert's Policies and Procedures, Section I(D), attached to this Motion attached as Exhibit A is an affidavit of William Andrew Taylor.

WHEREFORE, I respectfully request that this Court grant this Motion and enter the attached Order granting William Andrew Taylor admission *pro hac vice* for the above captioned matter.

Date: October 31, 2024                           s/ Matthew H. Haverstick
                                                 Matthew H. Haverstick (No. 85072)
                                                 KLEINBARD LLC
                                                 Three Logan Square, 5th Floor
                                                 1717 Arch Street
                                                 Philadelphia, PA 19103
                                                 Phone: (215) 568-2000
                                                 Fax: (215) 568-0140
                                                 Eml: mhaverstick@kleinbard.com

                                                 *Counsel for Defendants America PAC and Elon Musk*

# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, acting by and through Philadelphia District Attorney Lawrence S. Krasner, <br><br> Plaintiff, <br><br> v. <br><br> **AMERICA PAC** and **ELON MUSK** <br><br> Defendants. | No. 2:24-cv-05823-GJP |

### AFFIDAVIT OF WILLIAM ANDREW TAYLOR (ANDY TAYLOR) IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Willaim Andrew Taylor (Andy Taylor), make this affidavit in support of my Motion For Admission *Pro Hac Vice* in the above-captioned matter as counsel *pro hac vice* for Defendants America PAC and Elon Musk pursuant this Honorable Court's Policies and Procedures § I(D).

I, Willaim Andrew Taylor (Andy Taylor), being duly sworn, do hereby depose and say as follows:

1. I am a member in good standing of the Texas Bar, having been admitted to practice in Texas as of 1987, and am licensed under Texas Bar Number 19727600.

2. I have never been suspended from the practice of law in any jurisdiction or received any public reprimand by the highest disciplinary authority of any bar.

3. I have read the Honorable Gerald J. Pappert's Polices and Procedures, as revised in August 2023, and I agree to adhere to them in all respects.

1

4. I have read the most recent edition of the Pennsylvania Rules of Professional Conduct and the Local Rules of this Court and I agree to be bound by both sets of Rules for the duration of this case.

5. I will in good faith continue to advise counsel who has moved for the *pro hac vice* admission of the current status of this case and of all material developments herein.

6. Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Date: October 31, 2024

                                            */s/ Andrew Taylor*
Willaim Andrew Taylor, TX #19727600
The Gober Group, PLLC
P.O. Box 341016
Austin, TX, 78734
Telephone : (512) 354-1783
ataylor@vantage.network

2