IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, *acting by and through Philadelphia District Attorney Lawrence S. Krasner,*<br><br>      *Plaintiff,*<br><br> v.<br><br>ELON MUSK and AMERICA PAC,<br><br>      *Defendants.* | CIVIL ACTION<br>NO. 24-5823 |

## **ORDER**

**AND NOW**, this 1st day of November 2024, upon consideration of Defendants Elon Musk and America PAC's Motions for Pro Hac Vice (ECF 5 and 6), it is hereby **ORDERED** that the Applications of Christopher K. Gober and William Andrew Taylor are **GRANTED**.[1]

BY THE COURT:

_____
Gerald J. Pappert, J.

---

[1] Counsel is directed to the United States District Court for the Eastern District of Pennsylvania's website to register for NextGen CM/ECF in the Eastern District.
https://www.paed.uscourts.gov/nextgen-cmecf