IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA by and through Lawrence S. Krasner, District Attorney of the County of Philadelphia,<br><br>  *Plaintiff,*<br><br> v.<br><br>ELON MUSK, *et. al.*,<br><br>  *Defendants.* | CIVIL ACTION<br><br>NO. 24-5823 |

## ORDER

 **AND NOW**, this 1st day of November, 2024, upon consideration of the Defendants' Notice of Removal (ECF No. 1), the Plaintiff's Emergency Motion for Remand (ECF No. 3), and Defendants' Response (ECF No. 7), it is **ORDERED** that the Motion is **GRANTED.** This case is **REMANDED** to the Philadelphia County Court of Common Pleas.

 The Clerk of Court shall close the case.

                BY THE COURT:

                */s/ Gerald J. Pappert*
                Gerald J. Pappert, J.